**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

_____

In Re:                                                                       :
ALAN E. WASKOWICZ                                      : CASE NO. 23-20091 JJT
                                                                             : CHAPTER 7
DEBTOR                                                              :
_____

**NOTICE OF APPEARANCE OF AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for Credit Acceptance Corporation, a creditor in the above-captioned case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

Dated at Bloomfield Connecticut on February 14, 2023.

        Credit Acceptance Corporation

/s/ Walter Onacewicz, Esq
Walter Onacewicz, Esq
Federal Bar No. CT 11198
Counsel for Credit Acceptance Corporation
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
Telephone No. 860-242-7585
Fax No. 860-242-2980
e-mail address: wonacewicz@nairlevin.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

_____

In Re:                                                                          :
ALAN E. WASKOWICZ                                          : CASE NO. 23-20091 JJT
                                                                                 : CHAPTER 7
DEBTOR                                                                 :

_____

# CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on February 14, 2023, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

(1) a copy of the Notice of Appearance.

**Anthony S. Novak**
Novak Law Office, P.C.
280 Adams Street
Manchester, CT 06042-1975
AnthonySNovak@aol.com
*(Trustee)*

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Michael J. Habib**
Willcutts & Habib LLC
100 Pearl St.
Ste Flr. 14
Hartford, CT 06103-4500
mike@inzitarilawoffice.com

                                                    Credit Acceptance Corporation

                                                    /s/ Walter Onacewicz, Esq
                                                    Walter Onacewicz, Esq
                                                    Federal Bar No. CT 11198
                                                    Counsel for Credit Acceptance Corporation
                                                    Law Offices of Nair & Levin, P.C.
                                                    707 Bloomfield Avenue
                                                    Bloomfield, CT 06002
                                                    Telephone No. 860-242-7585
                                                    Fax No. 860-242-2980
                                                    e-mail address: wonacewicz@nairlevin.com