CT Local Form Order 103B                                                                                                          10/2019

## United States Bankruptcy Court

### District of Connecticut

In re:

    Alan E. Waskowicz

    Debtor

Case Number: 23-20091

Chapter: 7

### ORDER APPROVING APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED

Upon consideration of the Debtor's *Application to Have the Chapter 7 Filing Fee Waived* dated February 12, 2023, (the "Application", ECF No.2 ) (Official Form 103B); it is hereby

**ORDERED:** The Application is **APPROVED;** and it is further

**ORDERED:** The Debtor may be ordered to pay the filing fee in the future if developments in administering the bankruptcy case demonstrate that the waiver of the filing fee was unwarranted.

Dated: February 15, 2023

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.