United States Bankruptcy Court
District of Connecticut

In re:  
Alan E. Waskowicz  
    Debtor

Case No. 23-20091-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2     User: admin     Page 1 of 3  
Date Rcvd: Feb 13, 2023     Form ID: 309A     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| tr | | Anthony S. Novak, Novak Law Office, P.C., 280 Adams Street, Manchester, CT 06042-1975 |
| 9402465 | + | ADP, Inc., Attn: Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 9402501 | + | ALAN WASKOWICZ, 67 Little Fawn Rd, Southington, CT 06489-1736 |
| 9402492 | + | AT&T/Direct TV, Attn: Michael Hartman, Esq., General Counsel, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 9402503 | + | CT Office of the Attorney General, Attn: Bankruptcy Division, 165 Capitol Ave, Hartford, CT 06106-1774 |
| 9402480 | #+ | EK REAL ESTATE FUND I LLC, Attn: Bankruptcy Dept., 111 W 33RD ST, # 1901, NEW YORK, NY 10001-2904 |
| 9402494 | + | Fidelity Brokerage Services LLC, Attn: Jonathan Chiel, Esq., General Counsel, 900 Salem St., Smithfield, RI 02917-1243 |
| 9402495 | + | Hartford Hospital, Attn: David Mack, Esq., Chief Legal Officer, 80 Seymour Street, Hartford, CT 06102-8000 |
| 9402496 | + | Jefferson Radiology, Attn: Theresa Szymanski, Esq., General Counsel, PO Box 3484, Toledo, OH 43607-0484 |
| 9402483 | + | Kilbourne & Tully, P.C., Attn: Dean B. Kilbourne, Esq., 120 Laurel St., Bristol, CT 06010-5706 |
| 9402497 | + | Meriden Imaging Center, Attn: HARRY HAJEDEMOS, MD, 101 N Plains Industrial Rd., Bldg. 1A, Wallingford, CT 06492-2360 |
| 9402498 | | Orthopedic Associates of, Hartford Surgery Center LLC, Attn: PIETRO A. MEMMO MD, President, 150 Enterprise Dr Rocky Hill, CT 06067-3579 |
| 9402499 | + | Southington Family Dentistry, P.C., Attn: GINO A. BRINO, DMD, President, 954 S Main St., Plantsville, CT 06479-1645 |
| 9402489 | + | Southington Tax Collector, Attn: Teresa M. Babon, PO Box 579, Southington, CT 06489-0579 |
| 9402502 | | Willcutts & Habib LLC, Attn: Michael J. Habib, Esq., 100 Pearl St., Fl. 14, Hartford, CT 06103-4500 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@inzitarilawoffice.com | Feb 13 2023 18:26:00 | Michael J. Habib, Willcutts & Habib LLC, 100 Pearl St., Ste Flr. 14, Hartford, CT 06103-4500 |
| ust | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Feb 13 2023 18:27:00 | U. S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| 9402466 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2023 18:35:08 | American Express, World Financial Center, Attn: Laureen Seeger, Esq., General Counsel, 200 Vesey Street, New York, NY 10285-1000 |
| 9402467 | | EDI: TSYS2 | Feb 13 2023 23:24:00 | BARCLAYS, Attn: Mark Shelton, Esq., General Counsel, PO Box 8802, Wilmington, DE 19899-8802 |
| 9402469 | + | EDI: CCS.COM | Feb 13 2023 23:29:00 | CCS COLLECTIONS, Attn: STEVEN SANDS, 725 CANTON STREET, Norwood, MA 02062-2679 |
| 9402476 | | Email/Text: DRS.Bankruptcy@ct.gov | Feb 13 2023 18:26:00 | CT Department of Revenue Services, Bankruptcy Division, Attn: Pamela D. Calachan, 450 |

| District/off: 0205-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: 309A | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 9402473 | Email/Text: ebnnotifications@creditacceptance.com | Feb 13 2023 18:26:00 | Columbus Blvd, Ste 1, Hartford, CT 06103-1837 |
| | | | CREDIT ACCEPTANCE, Attn: Erin Kerber, Esq., General Counsel, 25505 W 12 Mile Rd, Southfield, MI 48034-1846 |
| 9402474 | Email/Text: service@creditcenterinc.com | Feb 13 2023 18:27:00 | CREDIT CENTER, INC., Attn: Noel C. Roy II, President, 7 FINANCE DR., Danbury, CT 06810 |
| 9402468 | EDI: CAPITALONE.COM | Feb 13 2023 23:24:00 | Capital One Bank (USA), N.A., Attn: Matt Cooper, Esq., General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9402471 | + EDI: CITICORP.COM | Feb 13 2023 23:24:00 | CitiBank, Attn: Brent McIntosh, Esq., General Counsel, 701 E. 60th St., Sioux Falls, SD 57104-0432 |
| 9402472 | EDI: WFNNB.COM | Feb 13 2023 23:24:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 9402478 | EDI: DISCOVER.COM | Feb 13 2023 23:24:00 | Discover Bank, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9402477 | + EDI: DISCOVER.COM | Feb 13 2023 23:24:00 | Discover, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 9402479 | ^ MEBN | Feb 13 2023 18:21:45 | EASTERN ACCOUNT SYST, Attn: JOSEPH P. COURTNEY JR, President, 3 CORPORATE DR, Danbury, CT 06810-4166 |
| 9402493 | + Email/Text: bankruptcynotices@eversource.com | Feb 13 2023 18:27:00 | Eversource, Attn: Greg Butler, Esq., General Counsel, 107 Selden Street, Berlin, CT 06037-1616 |
| 9402481 | + EDI: PHINAMERI.COM | Feb 13 2023 23:24:00 | GM FINANCIAL, Attn: Doug Johnson, Esq., Chief Legal Officer, PO Box 181145, Arlington, TX 76096-1145 |
| 9402482 | EDI: IRS.COM | Feb 13 2023 23:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9402470 | EDI: JPMORGANCHASE | Feb 13 2023 23:24:00 | Chase, Attn: Stacey Friedman, Esq., General Counsel, PO Box 15123, Wilmington, DE 19850-5123 |
| 9402485 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2023 18:35:17 | LVNV FUNDING LLC, Attn: Bankruptcy Dept., 55 BEATTIE PLACE, Greenville, SC 29601-5115 |
| 9402484 | + Email/Text: Bankruptcies@londonandlondon.com | Feb 13 2023 18:27:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9402486 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 13 2023 18:27:00 | MIDLAND CREDIT MANAGEMENT, INC., Attn: Addison Crawford, Esq., General Counsel, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 9402487 | + Email/Text: bankruptcy@rubinrothman.com | Feb 13 2023 18:27:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 9402488 | ^ MEBN | Feb 13 2023 18:21:50 | SCHREIBER LAW LLC, Attn: Jeffrey A. Schreiber, Esq., 53 STILES ROAD, STE. A102, SALEM, NH 03079-2890 |
| 9402500 | + Email/Text: secbankruptcy@sec.gov | Feb 13 2023 18:27:00 | U.S. Securities & Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-2001 |
| 9402490 | ^ MEBN | Feb 13 2023 18:21:44 | UHG I LLC, Attn: Darren Turco, Manager, 6400 SHERIDAN DR., STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9402491 | EDI: WFFC2 | Feb 13 2023 23:24:00 | WELLS FARGO, Attn: Ellen Patterson, Esq., General Counsel, PO Box 10347, Des Moines, IA 50306-0347 |

| District/off: 0205-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: 309A | Total Noticed: 42 |
| TOTAL: 26 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9402475 | ##+ | Cross River Bank, Best Egg Personal Loans, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2023                         Signature:        /s/Gustava Winters

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Alan E. Waskowicz** | Social Security number or ITIN   xxx–xx–7506 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Connecticut** | | Date case case filed for chapter  **7**  **2/12/23** |
| Case number:   **23–20091 jjt** | | |

<u>Official Form 309A (For Individuals or Joint Debtors)</u>

### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline           10/1/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov/).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Alan E. Waskowicz | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 67 LITTLE FAWN RD<br>SOUTHINGTON, CT 06489 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael J. Habib<br>Willcutts & Habib LLC<br>100 Pearl St.<br>Ste Flr. 14<br>Hartford, CT 06103–4500 | Contact phone 860–249–7071<br><br>Email:  mike@inzitarilawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Anthony S. Novak<br>Novak Law Office, P.C.<br>280 Adams Street<br>Manchester, CT 06042–1975 | Contact phone 860.432.7710 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page 1

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 450 Main Street<br>7th Floor<br>Hartford, CT 06103 | Hours open: 9:00 a.m. – 4:00 p.m.<br>Monday – Friday<br>Contact phone: 860–240–3675<br>Date: February 13, 2023 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 13, 2023 at 10:30 AM**<br><br>**Conference Line: 866–720–4251**<br><br>**Participant Code: 1248423** | Location:<br><br>**DUE TO COVID–19 THE MEETING OF CREDITORS WILL BE HELD TELEPHONICALLY.** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** May 12, 2023 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                   page **2**