**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Connecticut** | |
| Case number | **2:23-BK-20091** | | |

☑ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☑ No. Go to Part 2.
    ☐ Yes. Where is the property?

    _____
    Street address, if available, or other description

    _____

    _____
    City          State     ZIP Code

    _____
    County

    **What is the property?** Check all that apply.
    ☐ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Other information you wish to add about this item, such as local property identification number: _____

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    **Current value of the entire property?**

    _____

    **Current value of the portion you own?**

    _____

    **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

    _____

    ☐ Check if this is community property
       (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..................................................➔

| $0.00 |
|---|

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

    3.1 Make: **Ford**

    Model: **Explorer XLT**

    Year: **2017**

    Approximate mileage: **98000**

    Other information:

    VIN: 1FN5K8D87HGE06824

    **Who has an interest in the property?** Check one.

    ☑ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    ☐ **Check if this is community property**
    (see instructions)

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    | Current value of the entire property? | Current value of the portion you own? |
    |---|---|
    | $18,138.00 | $18,138.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................................** → | $18,138.00 |

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe........ | See Attached. | $1,300.00

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe........ | See Attached. | $1,100.00

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe........

Debtor 1    **Alan**                    **E.**                    **Waskowicz**                    Case number *(if known)* **2:23-BK-20091**

       First Name            Middle Name           Last Name

---

9. **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe........    | Fishing Equipment, Skiing Equipment |    **$1,000.00**

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe........    | 12-guage Shotgun (Mossberg), 12-guage ammunition, AR-22 rifle, .22 ammunition |    **$1,050.00**

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........    |  |    **$200.00**

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe........    |  |    _____

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe........    |  |    _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........    |  |    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................................................➔    | **$4,650.00** |

---

**Part 4:**  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**        **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes................................................................................................................................  Cash..............    _____

---

Debtor 1  **Alan**                **E.**                **Waskowicz**                Case number (if known) **2:23-BK-20091**

First Name          Middle Name          Last Name

---

17. **Deposits of money**

    Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.................

    Institution name:

    17.1. Checking account:     **TD Bank**                                                    $400.00

18. **Bonds, mutual funds, or publicly traded stocks**

    Examples: Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.................

    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific
        information about
        them...................

    Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
        information about
        them...................

    Issuer name:

21. **Retirement or pension accounts**

    Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each
        account separately.

    Type of account:          Institution name:

    401(k) or similar plan:     **Fidelity**                              $39,438.91

    Additional account:         **Fidelity 403b**                         $26,993.37

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes.....................

Institution name or individual:

Security deposit on rental unit:    **EK Real Estate**                                        **$0.00**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    **Alan**          **E.**          **Waskowicz**          Case number *(if known)* **2:23-BK-20091**

First Name          Middle Name          Last Name

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

| | |
|---|---|
| 2021 \| 2021 Over-payment; Debtor elected to apply to 2022 liability. | Federal: $3,951.00 |
| 2021 \| 2021 Over-payment; Debtor elected to apply to 2022 liability. | State: $2,831.00 |
| | Local: |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony:
Maintenance:
Support:
Divorce settlement:
Property settlement:

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..........

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim.................

Debtor 1    **Alan**          **E.**          **Waskowicz**          Case number *(if known)* **2:23-BK-20091**
             First Name      Middle Name      Last Name

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim...............

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information..........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................➔    | $73,614.28 |

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe........

41. **Inventory**

    ☑ No
    ☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe........

    Name of entity:                                    % of ownership:

    _____    _____%    _____

---

Debtor 1    **Alan**         **E.**         **Waskowicz**                    Case number *(if known)* **2:23-BK-20091**
      First Name    Middle Name    Last Name

---

43. **Customer lists, mailing lists, or compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

         ☑ No
         ☐ Yes. Describe........ [                                      ]    _____

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific
    information.........

    _____    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here**................................................................................................ ➔    [ $0.00 ]

---

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
          **If you own or have an interest in farmland, list it in Part 1.**

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

|  |
|---|
| **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

47. **Farm animals**

    *Examples:*  Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes......................... [                                      ]    _____

48. **Crops—either growing or harvested**

    ☑ No
    ☐ Yes. Give specific
    information............. [                                      ]    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No
    ☐ Yes......................... [                                      ]    _____

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No
    ☐ Yes......................... [                                      ]    _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific
    information............. [                                      ]    _____

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here.................................................................................➔ $0.00

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

 *Examples:* Season tickets, country club membership

 ☑ No
 ☐ Yes. Give specific
 information.............

54. Add the dollar value of all of your entries from Part 7. Write that number here....................................➔ $0.00

---

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................➔ $0.00

56. **Part 2: Total vehicles, line 5** $18,138.00

57. **Part 3: Total personal and household items, line 15** $4,650.00

58. **Part 4: Total financial assets, line 36** $73,614.28

59. **Part 5: Total business-related property, line 45** $0.00

60. **Part 6: Total farm- and fishing-related property, line 52** $0.00

61. **Part 7: Total other property not listed, line 54** + $0.00

62. **Total personal property.** Add lines 56 through 61.............. $96,402.28  Copy personal property total ➔ + $96,402.28

63. **Total of all property on Schedule A/B.** Add line 55 + line 62................................................ $96,402.28

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

| 6. | Household goods and furnishings | |
|---|---|---|
| | | $1,000.00 |
| | Gun Safe | $300.00 |
| 7. | Electronics | |
| | TV (2) | $700.00 |
| | Desktop Computer, Cell Phone | $400.00 |

Fill in this information to identify your case:

| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Connecticut**

Case number **2:23-BK-20091**
(if known)

☑ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  2017 Ford Explorer XLT  VIN: 1FN5K8D87HGE06824  Line from *Schedule A/B*: ___3.1___ | $18,138.00 | ☑ $3,511.05  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:  Household goods  Line from *Schedule A/B*: ___6___ | $1,000.00 | ☐ ____  ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | | Case number *(if known)* 2:23-BK-20091 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Gun Safe<br><br>Line from *Schedule A/B:* 6 | $300.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>Desktop Computer, Cell Phone<br><br>Line from *Schedule A/B:* 7 | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>TV (2)<br><br>Line from *Schedule A/B:* 7 | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>Fishing Equipment, Skiing Equipment<br><br>Line from *Schedule A/B:* 9 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>12-guage Shotgun (Mossberg), 12-guage ammunition, AR-22 rifle, .22 ammunition<br><br>Line from *Schedule A/B:* 10 | $1,050.00 | ☑ $1,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Clothes<br><br>Line from *Schedule A/B:* 11 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>TD Bank<br>Checking account<br><br>Line from *Schedule A/B:* 17 | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Fidelity<br><br>Line from *Schedule A/B:* 21 | $39,438.91 | ☑ $39,438.91<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* 2:23-BK-20091 |
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Fidelity 403b  Line from *Schedule A/B:* 21 | $26,993.37 | ☑ $26,993.37 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description: 2021 Over-payment; Debtor elected to apply to 2022 liability. Federal tax  Line from *Schedule A/B:* 28 | $3,951.00 | ☑ $3,951.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: 2021 Over-payment; Debtor elected to apply to 2022 liability. State tax  Line from *Schedule A/B:* 28 | $2,831.00 | ☑ $2,831.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

**Fill in this information to identify your case:**

| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **District of Connecticut**

Case number **2:23-BK-20091**
(if known)

☑ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** CREDIT ACCEPTANCE<br>Creditor's Name<br><br>25505 W 12 Mile Rd<br>Number      Street<br><br>Southfield, MI 48034-1846<br>City      State      ZIP Code | **Describe the property that secures the claim:**<br><br>2017 Ford Explorer XLT | $14,626.95 | $18,138.00 | $0.00 |

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
 05/30/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Last 4 digits of account number  2  8  6  1

| Add the dollar value of your entries in Column A on this page. Write that number here: | $14,626.95 |
|---|---|

Debtor 1    **Alan**            **E.**            **Waskowicz**                    Case number *(if known)* 2:23-BK-20091

    First Name    Middle Name    Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

Creditor's Name

Number            Street

City                State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $14,626.95 |

**Fill in this information to identify your case:**

Debtor 1    __Alan_____ __E._____ __Waskowicz_____
　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2    _____
(Spouse, if filing)　First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the:　**District of Connecticut**

Case number　__2:23-BK-20091__
(if known)

☑ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims　　　12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:　List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
　☐ No. Go to Part 2.
　☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **CT Department of Revenue Services**
Priority Creditor's Name

**Bankruptcy Division**
**Attn: Pamela D. Calachan**

__450 Columbus Blvd Ste 1__
Number　　Street

__Hartford, CT 06103-1837__
City　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim **$0.00**　Priority amount **$0.00**　Nonpriority amount **$0.00**

**2.2** **Internal Revenue Service**
Priority Creditor's Name

**Centralized Insolvency Operation**

__Po Box 7346__
Number　　Street

__Philadelphia, PA 19101-7346__
City　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Last 4 digits of account number _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

Total claim **$0.00**　Priority amount **$0.00**　Nonpriority amount **$0.00**

Debtor 1     **Alan**     **E.**     **Waskowicz**

First Name    Middle Name    Last Name

Case number *(if known)* **2:23-BK-20091**

| Part 1: | Your PRIORITY Unsecured Claims - Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| | $0.00 | $0.00 | $0.00 |

**2.3**

**Southington Tax Collector**
Priority Creditor's Name

**Attn: Teresa M. Babon**

**PO Box 579**
Number    Street

**Southington, CT 06489**
City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

| Debtor 1 | __Alan__ | __E.__ | __Waskowicz__ | Case number *(if known)* __2:23-BK-20091__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**

| __American Express__ | Last 4 digits of account number __1008__ | __$1,680.00__ |
|---|---|---|

Nonpriority Creditor's Name

__PO Box 981535__

Number        Street

__El Paso, TX 79998__

City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Remarks: Amex EveryDay® Credit Card

**4.2**

| __BARCLAYS__ | Last 4 digits of account number __5604__ | __$2,470.00__ |
|---|---|---|

Nonpriority Creditor's Name

__Po Box 13337__

Number        Street

__Philadelphia, PA 19101-3337__

City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Remarks: Extra Points World MasterCard®

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.3**

**BARCLAYS**
Nonpriority Creditor's Name

**Po Box 13337**
Number        Street

**Philadelphia, PA 19101-3337**
City                    State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Barclaycard CashForward™ World MasterCard®

**Last 4 digits of account number  6942**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**unknown**

---

**4.4**

**BARCLAYS**
Nonpriority Creditor's Name

**Po Box 13337**
Number        Street

**Philadelphia, PA 19101-3337**
City                    State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  6724**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$9,553.31**

Debtor 1    **Alan**      **E.**      **Waskowicz**        Case number *(if known)* **2:23-BK-20091**

First Name       Middle Name      Last Name

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.5**   **Capital One Bank (USA), N.A.**      Last 4 digits of account number **8299**       $11,556.56

Nonpriority Creditor's Name

**Po Box 30285**

Number    Street                  **When was the debt incurred?** _____

**Salt Lake City, UT 84130-0285**      **As of the date you file, the claim is:** Check all that apply.

City          State    ZIP Code

**Who incurred the debt? Check one.**      ☐ Contingent

☑ Debtor 1 only                       ☐ Unliquidated

☐ Debtor 2 only                       ☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☑ Yes                             ☐ Debts to pension or profit-sharing plans, and other similar debts

Remarks: Platinum MasterCard              ☑ Other. Specify **Credit Card**

---

**4.6**   **CCS COLLECTIONS**            Last 4 digits of account number _____      $425.00

Nonpriority Creditor's Name

**725 CANTON STREET**             **When was the debt incurred?** **03/16/2022**

Number    Street

**Norwood, MA 02062**             **As of the date you file, the claim is:** Check all that apply.

City          State    ZIP Code

**Who incurred the debt? Check one.**      ☐ Contingent

☑ Debtor 1 only                       ☐ Unliquidated

☐ Debtor 2 only                       ☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Yes                             ☐ Debts to pension or profit-sharing plans, and other similar debts

Remarks: FRONTIER COMMUNICATIONS CORPOR     ☑ Other. Specify **Collection Agency**

---

Debtor 1    **Alan**                    **E.**                    **Waskowicz**                    Case number *(if known)* **2:23-BK-20091**
_____
First Name          Middle Name          Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.7**    **Chase**
_____
Nonpriority Creditor's Name

**Po Box 15123**
_____
Number          Street

**Wilmington, DE 19850-5123**
_____
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Sapphire

Last 4 digits of account number  **8059**          **$7,691.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

**4.8**    **Chase**
_____
Nonpriority Creditor's Name

**Po Box 15123**
_____
Number          Street

**Wilmington, DE 19850-5123**
_____
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Slate

Last 4 digits of account number  **4726**          **$7,895.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

Debtor 1    **Alan**                    **E.**                    **Waskowicz**                    Case number *(if known)* **2:23-BK-20091**
             First Name              Middle Name               Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

---

**4.9**    **Chase**                                              Last 4 digits of account number **6848**                    **$7,690.00**
Nonpriority Creditor's Name

**Po Box 15123**                                                **When was the debt incurred?** _____
Number        Street

**Wilmington, DE 19850-5123**                                  **As of the date you file, the claim is:** Check all that apply.
City            State        ZIP Code

**Who incurred the debt?** Check one.                          ☐ Contingent

☑ Debtor 1 only                                                ☐ Unliquidated

☐ Debtor 2 only                                                ☐ Disputed

☐ Debtor 1 and Debtor 2 only
                                                               **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                               ☐ Student loans
☐ **Check if this claim is for a community debt**
                                                               ☐ Obligations arising out of a separation agreement or
**Is the claim subject to offset?**                               divorce that you did not report as priority claims

☑ No                                                           ☐ Debts to pension or profit-sharing plans, and other
                                                                  similar debts
☐ Yes                                                          ☑ Other. Specify
Remarks: Freedom                                                  **Credit Card**

---

**4.10**    **CitiBank**                                         Last 4 digits of account number **5264**                   **$11,576.54**
Nonpriority Creditor's Name

**701 E. 60th St.**                                             **When was the debt incurred?** _____
Number        Street

**Sioux Falls, SD 57117**                                      **As of the date you file, the claim is:** Check all that apply.
City            State        ZIP Code

**Who incurred the debt?** Check one.                          ☐ Contingent

☑ Debtor 1 only                                                ☐ Unliquidated

☐ Debtor 2 only                                                ☐ Disputed

☐ Debtor 1 and Debtor 2 only
                                                               **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                               ☐ Student loans
☐ **Check if this claim is for a community debt**
                                                               ☐ Obligations arising out of a separation agreement or
**Is the claim subject to offset?**                               divorce that you did not report as priority claims

☐ No                                                           ☐ Debts to pension or profit-sharing plans, and other
                                                                  similar debts
☑ Yes                                                          ☑ Other. Specify
Remarks: Simplicity Mastercard; Partially Satisfied by Wage       **Credit Card**
Garnishment

---

Debtor 1    **Alan**            **E.**              **Waskowicz**                          Case number *(if known)* **2:23-BK-20091**
            First Name          Middle Name         Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

---

**4.11**  **CREDIT CENTER, INC.**                                    Last 4 digits of account number ___ ___ ___ ___          $172.00
Nonpriority Creditor's Name
**7 FINANCE DR.**                                                    When was the debt incurred?   **02/22/2022**
Number      Street
**Danbury, CT 06810**                                                As of the date you file, the claim is: Check all that apply.
City                State       ZIP Code
**Who incurred the debt?** Check one.                                ☐ Contingent
☑ Debtor 1 only                                                      ☐ Unliquidated
☐ Debtor 2 only                                                      ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another                           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                    ☐ Student loans
**Is the claim subject to offset?**                                  ☐ Obligations arising out of a separation agreement or
☑ No                                                                     divorce that you did not report as priority claims
☐ Yes                                                                ☐ Debts to pension or profit-sharing plans, and other
                                                                         similar debts
                                                                     ☑ Other. Specify
                                                                         **Collection Agency**

---

**4.12**  **CREDIT CENTER, INC.**                                    Last 4 digits of account number ___ ___ ___ ___          $13.00
Nonpriority Creditor's Name
**7 FINANCE DR.**                                                    When was the debt incurred?   **10/23/2018**
Number      Street
**Danbury, CT 06810**                                                As of the date you file, the claim is: Check all that apply.
City                State       ZIP Code
**Who incurred the debt?** Check one.                                ☐ Contingent
☑ Debtor 1 only                                                      ☐ Unliquidated
☐ Debtor 2 only                                                      ☑ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another                           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                    ☐ Student loans
**Is the claim subject to offset?**                                  ☐ Obligations arising out of a separation agreement or
☑ No                                                                     divorce that you did not report as priority claims
☐ Yes                                                                ☐ Debts to pension or profit-sharing plans, and other
                                                                         similar debts
                                                                     ☑ Other. Specify
                                                                         **Collection Agency**

---

**4.13**  **CREDIT CENTER, INC.**                                    Last 4 digits of account number ___ ___ ___ ___          $15.00
Nonpriority Creditor's Name
**7 FINANCE DR.**                                                    When was the debt incurred?   _____
Number      Street
**Danbury, CT 06810**                                                As of the date you file, the claim is: Check all that apply.
City                State       ZIP Code
**Who incurred the debt?** Check one.                                ☐ Contingent
☑ Debtor 1 only                                                      ☐ Unliquidated
☐ Debtor 2 only                                                      ☑ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another                           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                    ☐ Student loans
**Is the claim subject to offset?**                                  ☐ Obligations arising out of a separation agreement or
☑ No                                                                     divorce that you did not report as priority claims
☐ Yes                                                                ☐ Debts to pension or profit-sharing plans, and other
                                                                         similar debts
                                                                     ☑ Other. Specify
                                                                         **Collection Agency**

---

Debtor 1    __Alan__         __E.__          __Waskowicz__                    Case number *(if known)* **2:23-BK-20091**
            First Name    Middle Name    Last Name

**Part 2:**    Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

| 4.14 | **CREDIT CENTER, INC.** | | |
|---|---|---|---|

Nonpriority Creditor's Name                                                             $15.00

**7 FINANCE DR.**
Number      Street

**Danbury, CT 06810**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   05/23/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

| 4.15 | **Discover** | | |
|---|---|---|---|

Nonpriority Creditor's Name                                                           $2,915.00

**PO Box 30939**
Number      Street

**Salt Lake City, UT 84130**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  2294

**When was the debt incurred?**   11/03/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.16

**Discover Bank**
Nonpriority Creditor's Name

**PO Box 30943**
Number          Street

**Salt Lake City, UT 84130**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Remarks: Discover it chrome Card

**Last 4 digits of account number  4986**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$13,894.86**

### 4.17

**EASTERN ACCOUNT SYST**
Nonpriority Creditor's Name

**111 Park Ridge Rd**
Number          Street

**Brookfield, CT 06804**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   05/03/2021

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**$851.00**

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.18** | **Eversource** | | **$794.85**

Nonpriority Creditor's Name

**107 Selden Street**
Number    Street

**Berlin, CT 06037**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **3040**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.19** | **Fidelity Brokerage Services LLC** | | **$14,243.45**

Nonpriority Creditor's Name

**900 Salem St.**
Number    Street

**Smithfield, RI 02917**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☑ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.20** | **GM FINANCIAL** | | **$976.00**

Nonpriority Creditor's Name

**PO Box 181145**
Number    Street

**Arlington, TX 76096**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** **09/09/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.21**

**Hartford Hospital**
Nonpriority Creditor's Name

**80 Seymour Street**
Number      Street

**Hartford, CT 06102**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$172.00**

**4.22**

**I. C. System, Inc.**
Nonpriority Creditor's Name

**Attn: Michelle Dove, Esq.**
**General Counsel & CCO**

**PO Box 64378**
Number      Street

**Saint Paul, MN 55164**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: AT&T/Direct TV

**Last 4 digits of account number  8015**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**$266.56**

Debtor 1   **Alan**              **E.**              **Waskowicz**                              Case number *(if known)* **2:23-BK-20091**
First Name          Middle Name          Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.23**   Jefferson Radiology
Nonpriority Creditor's Name

PO Box 3484
Number     Street

Toledo, OH 43607
City          State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3158**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$57.85

---

**4.24**   Kilbourne & Tully, P.C.
Nonpriority Creditor's Name

Attn: Dean B. Kilbourne, Esq.

120 Laurel St.
Number     Street

Bristol, CT 06010
City          State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **17-1**

**When was the debt incurred?**  **2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Legal Fees**

$2,500.00

---

**4.25**   LVNV FUNDING LLC
Nonpriority Creditor's Name

55 BEATTIE PLACE
Number     Street

Greenville, SC 29601
City          State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  **05/06/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

$31,421.00

---

Debtor 1     __Alan__     __E.__     __Waskowicz__     Case number *(if known)* __2:23-BK-20091__
    First Name     Middle Name     Last Name

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.26**  **Meriden Imaging Center**          $757.28
Nonpriority Creditor's Name

 **101 North Plains Industrial Rd.**

 **101 N Plains Industrial Rd. -1A**
Number     Street

 **Wallingford, CT 06492**
City     State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **7914**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

---

**4.27**  **MIDLAND CREDIT MANAGEMENT, INC.**      $5,186.74
Nonpriority Creditor's Name

 **350 Camino De La Reina Ste. 100**
Number     Street

 **San Diego, CA 92108**
City     State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  **6668**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Agency**

---

**4.28**  **Orthopedic Associates of Hartford Surgery Center LLC**    $1,721.26
Nonpriority Creditor's Name

 **150 Enterprise Dr**
Number     Street

 **Rocky Hill, CT 06067-3579**
City     State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.29**

**Southington Family Dentistry, P.C.**
Nonpriority Creditor's Name

**954 S Main St.**
Number    Street

**Plantsville, CT 06479**
City                    State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1269**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical Bill**

**$1,222.00**

---

**4.30**

**UHG I LLC**
Nonpriority Creditor's Name

**6400 SHERIDAN DR. STE. 138**
Number    Street

**WILLIAMSVILLE, NY 14221**
City                    State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **3357**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**$14,368.76**

**Remarks:** CITI 2XCASH REWARDS MASTERCARD (3357)

Debtor 1    **Alan**              **E.**              **Waskowicz**
_____    _____    _____
First Name          Middle Name      Last Name

Case number *(if known)* **2:23-BK-20091**

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

Total claim

---

**4.31** | **WELLS FARGO**                                    | **$6,550.00**

Nonpriority Creditor's Name

**Po Box 10347**

Number      Street

**Des Moines, IA 50306-0347**

City              State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Remarks: CASH WISE VISA PLATINUM® CARD

Last 4 digits of account number **6986**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Credit Card**

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

ADP, Inc.
Name
Wage Garnishments
PO Box 221230
Number       Street
El Paso, TX 79912
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.10** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Credit Collection Service
Name
PO Box 710
Number       Street
Norwood, MA 02062
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.6** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

EASTERN ACCOUNT SYST
Name
111 Park Ridge Rd
Number       Street
Brookfield, CT 06804
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.23** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

London & London
Name
Attn: Dora Richwine, Esq.
48 Christian Ln
Number       Street
Newington, CT 06111
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.5** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

MIDLAND CREDIT MANAGEMENT, INC
Name
350 Camino De La Reina Ste. 100
Number       Street
San Diego, CA 92108
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.4** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Nair & Levin PC
Name
Attn: Robert M. Levin, Esq.
707 Bloomfield Ave
Number       Street
Bloomfield, CT 06002
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.21** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Nair & Levin PC
Name
Attn: Robert M. Levin, Esq.
707 Bloomfield Ave
Number       Street
Bloomfield, CT 06002
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.28** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Debtor 1   __Alan__   __E.__   __Waskowicz__     Case number *(if known)* __2:23-BK-20091__

First Name   Middle Name   Last Name

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

__Resurgent Capital Services__
Name
__Attn: Compliance Department__
__PO Box 10497__
Number       Street
__Greenville, SC 29603__
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.25__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

__RUBIN & ROTHMAN LLC__
Name
__Attn: Andrew White, Esq.__
__1787 Veterans Memorial Hwy Ste 32__
Number       Street
__Islandia, NY 11749__
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.10__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __8653__

---

__RUBIN & ROTHMAN LLC__
Name
__Attn: Andrew White, Esq.__
__1787 Veterans Memorial Hwy Ste 32__
Number       Street
__Islandia, NY 11749__
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.30__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

__SCHREIBER LAW LLC__
Name
__53 STILES ROAD STE. A102__
Number       Street
__Salem, NH 03079__
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.16__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

__SCHREIBER LAW LLC__
Name
__53 STILES ROAD STE. A102__
Number       Street
__Salem, NH 03079__
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.27__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

__SCHREIBER LAW LLC__
Name
__53 STILES ROAD STE. A102__
Number       Street
__Salem, NH 03079__
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.15__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | **$0.00** |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$14,243.45** |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$144,407.57** |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | **$158,651.02** |

Fill in this information to identify your case:

| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Connecticut**

Case number **2:23-BK-20091**
(if known)

☑ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | EK REAL ESTATE FUND I LLC<br>Name<br>111 W 33RD ST # 1901<br>Number     Street<br>New York, NY 10120<br>City          State     ZIP Code | DEBTOR'S PRIMARY RESIDENCE<br>Contract to be ASSUMED |
| 2.2 | Name<br>Number     Street<br>City          State     ZIP Code | |
| 2.3 | Name<br>Number     Street<br>City          State     ZIP Code | |
| 2.4 | Name<br>Number     Street<br>City          State     ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Connecticut**

Case number **2:23-BK-20091**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................ | $0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................ | $96,402.28 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*...................................................... | $96,402.28 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $14,626.95 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. | + $158,651.02 |
| **Your total liabilities** | $173,277.97 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................. | $2,469.52 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................................... | $5,007.79 |

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* 2:23-BK-20091 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $5,960.09

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e.Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $14,243.45 |
| 9g. **Total**. Add lines 9a through 9f. | $14,243.45 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Connecticut**

Case number **2:23-BK-20091**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ Alan E. Waskowicz
_____
Alan E. Waskowicz, Debtor 1

Date 02/16/2023
      MM/ DD/ YYYY

**Fill in this information to identify your case:**

Debtor 1      __Alan__          __E.__          __Waskowicz__
              First Name      Middle Name     Last Name

Debtor 2      _____
(Spouse, if filing)   First Name      Middle Name     Last Name

United States Bankruptcy Court for the:      __District of Connecticut__

Case number      __2:23-BK-20091__
(if known)

☑ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7      **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: **CREDIT ACCEPTANCE**<br><br>Description of property securing debt: **2017 Ford Explorer XLT** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: **continue paying monthly.** | ☐ No<br>☑ Yes |

Debtor 1    **Alan**      **E.**      **Waskowicz**        Case number *(if known)* 2:23-BK-20091

First Name      Middle Name      Last Name

---

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |

---

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X**   /s/ Alan E. Waskowicz

Signature of Debtor 1

Date 02/16/2023

MM/ DD/ YYYY

ADP, Inc.
Attn: Wage Garnishments
PO Box 221230
El Paso, TX 79912


American Express
World Financial Center
Attn: Laureen Seeger, Esq.
General Counsel
200 Vesey Street
New York, NY 10285


BARCLAYS
Attn: Mark Shelton, Esq.
General Counsel
PO Box 8802
Wilmington, DE 19899-8802


Capital One Bank (USA), N.A.
Attn: Matt Cooper, Esq.
General Counsel
PO Box 30285
Salt Lake City, UT 84130-0285


CCS COLLECTIONS
Attn: STEVEN SANDS
725 CANTON STREET
Norwood, MA 02062


Chase
Attn: Stacey Friedman, Esq.
General Counsel
PO Box 15123
Wilmington, DE 19850-5123


CitiBank
Attn:  Brent McIntosh, Esq.
General Counsel
701 E. 60th St.
Sioux Falls, SD 57117

Comenity Capital Bank
Attn: Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043

Credit Collection Service
Attn: STEVEN SANDS
PO Box 710
Norwood, MA 02062

CREDIT ACCEPTANCE
Attn: Erin Kerber, Esq.
General Counsel
25505 W 12 Mile Rd
Southfield, MI 48034-1846

CREDIT CENTER, INC.
Attn: Noel C. Roy II, President
7 FINANCE DR.
Danbury, CT 06810

Cross River Bank
Best Egg Personal Loans
1523 Concord Pike, Ste 201
Wilmington, DE 19803

CT Department of Revenue Services
Bankruptcy Division
Attn: Pamela D. Calachan
450 Columbus Blvd, Ste 1
Hartford, CT 06103-1837

Discover
Attn: Hope Mehlman, Esq.
General Counsel
PO Box 30939
Salt Lake City, UT 84130

Discover Bank
Attn: Hope Mehlman, Esq.
General Counsel
PO Box 30943
Salt Lake City, UT 84130


EASTERN ACCOUNT SYST
Attn: JOSEPH P. COURTNEY JR
President
3 CORPORATE DR
Danbury, CT 06810


EK REAL ESTATE FUND I LLC
Attn: Bankruptcy Dept.
111 W 33RD ST, # 1901
NEW YORK, NY 10120


GM FINANCIAL
Attn: Doug Johnson, Esq.
Chief Legal Officer
PO Box 181145
Arlington, TX 76096


I. C. System, Inc.
Attn: Michelle Dove, Esq.
General Counsel & CCO
PO Box 64378
Saint Paul, MN 55164


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Kilbourne & Tully, P.C.
Attn: Dean B. Kilbourne, Esq.
120 Laurel St.
Bristol, CT 06010

London & London
Attn: Dora Richwine, Esq.
48 Christian Ln
Newington, CT 06111


LVNV FUNDING LLC
Attn: Bankruptcy Dept.
55 BEATTIE PLACE
Greenville, SC 29601


MIDLAND CREDIT MANAGEMENT, INC.
Attn: Addison Crawford, Esq.
General Counsel
350 Camino De La Reina, Ste 100
San Diego, CA 92108


Nair & Levin PC
Attn: Robert M. Levin, Esq.
707 Bloomfield Ave
Bloomfield, CT 06002


Resurgent Capital Services
Attn: Compliance Department
PO Box 10497
Greenville, SC 29603


RUBIN & ROTHMAN LLC
Attn: Andrew White, Esq.
1787 Veterans Memorial Hwy, Ste 32
Islandia, NY 11749


SCHREIBER LAW LLC
Attn: Jeffrey A. Schreiber, Esq.
53 STILES ROAD, STE. A102
SALEM, NH 03079

Southington Tax Collector
Attn: Teresa M. Babon
PO Box 579
Southington, CT 06489


UHG I LLC
Attn: Darren Turco, Manager
6400 SHERIDAN DR., STE. 138
WILLIAMSVILLE, NY 14221


WELLS FARGO
Attn: Ellen Patterson, Esq.
General Counsel
PO Box 10347
Des Moines, IA 50306-0347


AT&T/Direct TV
Attn: Michael Hartman, Esq.
General Counsel
2260 E Imperial Hwy
El Segundo, CA 90245


Eversource
Attn: Greg Butler, Esq.
General Counsel
107 Selden Street
Berlin, CT 06037


Fidelity Brokerage Services LLC
Attn: Jonathan Chiel, Esq.
General Counsel
900 Salem St.
Smithfield, RI 02917


Hartford Hospital
Attn: David Mack, Esq.
Chief Legal Officer
80 Seymour Street
Hartford, CT 06102

Jefferson Radiology
Attn: Theresa Szymanski, Esq.
General Counsel
PO Box 3484
Toledo, OH 43607


Meriden Imaging Center
Attn: HARRY HAJEDEMOS, MD
101 N Plains Industrial Rd.
Bldg. 1A
Wallingford, CT 06492


Orthopedic Associates of
Hartford Surgery Center LLC
Attn: PIETRO A. MEMMO MD
President
150 Enterprise Dr
Rocky Hill, CT 06067-3579


Southington Family Dentistry, P.C.
Attn: GINO A. BRINO, DMD
President
954 S Main St.
Plantsville, CT 06479


U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549


ALAN WASKOWICZ
67 Little Fawn Rd
Southington, CT 06489


Willcutts & Habib LLC
Attn: Michael J. Habib, Esq.
100 Pearl St., Fl. 14
Hartford, CT 06103-4500

CT Office of the Attorney General
Attn: Bankruptcy Division
165 Capitol Ave
Hartford, CT  06106

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

IN RE: **Waskowicz, Alan E.**                                              CASE NO 2:23-BK-20091

                                                                                            CHAPTER **7**


**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____02/16/2023_____      Signature _____/s/ Alan E. Waskowicz_____
                                                                                                    Alan E. Waskowicz, Debtor