| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Connecticut** | |
| Case number (if known) | **2:23-BK-20091** | | |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   |   | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **CT Department of Revenue Services**<br>Priority Creditor's Name<br>**Bankruptcy Division**<br>**Attn: Pamela D. Calachan**<br>**450 Columbus Blvd Ste 1**<br>Number        Street<br>**Hartford, CT 06103-1837**<br>City                                    State         ZIP Code<br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number** _____<br>**When was the debt incurred?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify | $0.00 | $0.00 | $0.00 |
| 2.2 | **Internal Revenue Service**<br>Priority Creditor's Name<br>**Centralized Insolvency Operation**<br>**Po Box 7346**<br>Number        Street<br>**Philadelphia, PA 19101-7346**<br>City                                    State         ZIP Code<br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt** | **Last 4 digits of account number** _____<br>**When was the debt incurred?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated | $0.00 | $0.00 | $0.00 |

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# Part 1: Your PRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.3**

**Southington Tax Collector**
Priority Creditor's Name

**Attn: Teresa M. Babon**

**PO Box 579**
Number        Street

**Southington, CT 06489**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Total claim: $0.00    Priority amount: $0.00    Nonpriority amount: $0.00

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1**

**American Express**
Nonpriority Creditor's Name

**PO Box 981535**
Number       Street

**El Paso, TX 79998**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Amex EveryDay® Credit Card

**Last 4 digits of account number** **1008**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$1,680.00**

---

**4.2**

**BARCLAYS**
Nonpriority Creditor's Name

**Po Box 13337**
Number       Street

**Philadelphia, PA 19101-3337**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Extra Points World MasterCard®

**Last 4 digits of account number** **5604**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$2,470.00**

---

Debtor 1  **Alan     E.     Waskowicz**                         Case number *(if known)* **2:23-BK-20091**
          First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   **Total claim**

---

**4.3**  **BARCLAYS**
Nonpriority Creditor's Name
**Po Box 13337**
Number      Street
**Philadelphia, PA 19101-3337**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Barclaycard CashForward™ World MasterCard®

Last 4 digits of account number **6942**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**Total claim: unknown**

---

**4.4**  **BARCLAYS**
Nonpriority Creditor's Name
**Po Box 13337**
Number      Street
**Philadelphia, PA 19101-3337**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **6724**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**Total claim: $9,553.31**

Debtor 1  **Alan    E.    Waskowicz**         Case number *(if known)* **2:23-BK-20091**
          First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    Total claim

### 4.5

**Capital One Bank (USA), N.A.**
Nonpriority Creditor's Name
**Po Box 30285**
Number     Street
**Salt Lake City, UT 84130-0285**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

**Remarks:** Platinum MasterCard. Original Balance: $11,556.56. Offset by $8,686.37 in Wage Garnishment Executions.

**Last 4 digits of account number  8299**
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Credit Card**

**$2,775.19**

### 4.6

**CCS COLLECTIONS**
Nonpriority Creditor's Name
**725 CANTON STREET**
Number     Street
**Norwood, MA 02062**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Remarks:** FRONTIER COMMUNICATIONS CORPOR

**Last 4 digits of account number**  _____
**When was the debt incurred?**   **03/16/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Collection Agency**

**$425.00**

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

**Total claim**

### 4.7

**Chase**
Nonpriority Creditor's Name
**Po Box 15123**
Number        Street
**Wilmington, DE 19850-5123**
City                                State         ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Sapphire

**Last 4 digits of account number** 8059
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$7,691.00**

### 4.8

**Chase**
Nonpriority Creditor's Name
**Po Box 15123**
Number        Street
**Wilmington, DE 19850-5123**
City                                State         ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Slate

**Last 4 digits of account number** 4726
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$7,895.00**

Debtor 1  **Alan**      **E.**        **Waskowicz**                           Case number *(if known)* **2:23-BK-20091**
          First Name    Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**                    **Total claim**

---

**4.9**  **Chase**                                                   Last 4 digits of account number **6848**              **$7,690.00**
Nonpriority Creditor's Name
**Po Box 15123**                                                    **When was the debt incurred?** _____
Number        Street
**Wilmington, DE 19850-5123**                                        **As of the date you file, the claim is:** Check all that apply.
City                    State    ZIP Code
                                                                    ❑ Contingent
**Who incurred the debt?** Check one.
                                                                    ❑ Unliquidated
☑ Debtor 1 only
                                                                    ❑ Disputed
❑ Debtor 2 only
                                                                    **Type of NONPRIORITY unsecured claim:**
❑ Debtor 1 and Debtor 2 only
                                                                    ❑ Student loans
❑ At least one of the debtors and another
                                                                    ❑ Obligations arising out of a separation agreement or
❑ **Check if this claim is for a community debt**                         divorce that you did not report as priority claims

**Is the claim subject to offset?**                                   ❑ Debts to pension or profit-sharing plans, and other
                                                                         similar debts
☑ No
                                                                    ☑ Other. Specify
❑ Yes                                                                  **Credit Card**
**Remarks:** Freedom

---

**4.10**  **CitiBank**                                               Last 4 digits of account number **5264**              **$11,576.54**
Nonpriority Creditor's Name
**701 E. 60th St.**                                                  **When was the debt incurred?** _____
Number        Street
**Sioux Falls, SD 57117**                                            **As of the date you file, the claim is:** Check all that apply.
City                    State    ZIP Code
                                                                    ❑ Contingent
**Who incurred the debt?** Check one.
                                                                    ❑ Unliquidated
☑ Debtor 1 only
                                                                    ❑ Disputed
❑ Debtor 2 only
                                                                    **Type of NONPRIORITY unsecured claim:**
❑ Debtor 1 and Debtor 2 only
                                                                    ❑ Student loans
❑ At least one of the debtors and another
                                                                    ❑ Obligations arising out of a separation agreement or
❑ **Check if this claim is for a community debt**                         divorce that you did not report as priority claims

**Is the claim subject to offset?**                                   ❑ Debts to pension or profit-sharing plans, and other
                                                                         similar debts
❑ No
                                                                    ☑ Other. Specify
☑ Yes                                                                  **Credit Card**
**Remarks:** Simplicity Mastercard; Partially Satisfied by Wage Garnishment

Debtor 1  **Alan      E.      Waskowicz**                    Case number *(if known)* **2:23-BK-20091**
          First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    **Total claim**

---

### 4.11 CREDIT CENTER, INC.
Nonpriority Creditor's Name
**7 FINANCE DR.**
Number     Street
**Danbury, CT 06810**
City            State    ZIP Code

**Total claim: $172.00**

**Last 4 digits of account number** _____
**When was the debt incurred?** **02/22/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Agency**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 4.12 CREDIT CENTER, INC.
Nonpriority Creditor's Name
**7 FINANCE DR.**
Number     Street
**Danbury, CT 06810**
City            State    ZIP Code

**Total claim: $13.00**

**Last 4 digits of account number** _____
**When was the debt incurred?** **10/23/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Agency**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 4.13 CREDIT CENTER, INC.
Nonpriority Creditor's Name
**7 FINANCE DR.**
Number     Street
**Danbury, CT 06810**
City            State    ZIP Code

**Total claim: $15.00**

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Agency**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Alan    E.    Waskowicz**          Case number *(if known)* **2:23-BK-20091**
　　　　　First Name　Middle Name　Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

**Total claim**

### 4.14 CREDIT CENTER, INC. — $15.00
Nonpriority Creditor's Name
**7 FINANCE DR.**
Number　Street
**Danbury, CT 06810**
City　State　ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** 05/23/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

### 4.15 Discover — $2,915.00
Nonpriority Creditor's Name
**PO Box 30939**
Number　Street
**Salt Lake City, UT 84130**
City　State　ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2294
**When was the debt incurred?** 11/03/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Debtor 1  **Alan    E.    Waskowicz**                     Case number *(if known)* **2:23-BK-20091**
         First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    **Total claim**

---

### 4.16

**Discover Bank**
Nonpriority Creditor's Name
**PO Box 30943**
Number    Street
**Salt Lake City, UT 84130**
City        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Remarks:** Discover it chrome Card

Last 4 digits of account number **4986**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$13,894.86**

---

### 4.17

**EASTERN ACCOUNT SYST**
Nonpriority Creditor's Name
**111 Park Ridge Rd**
Number    Street
**Brookfield, CT 06804**
City        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?**    **05/03/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Agency**

**$851.00**

---

Debtor 1  **Alan      E.      Waskowicz**                    Case number *(if known)* **2:23-BK-20091**
         First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**      **Total claim**

---

**4.18**

**Eversource**                                              Last 4 digits of account number **3040**           **$794.85**
Nonpriority Creditor's Name
**107 Selden Street**                                       When was the debt incurred? _____
Number       Street
**Berlin, CT 06037**                                        As of the date you file, the claim is: Check all that apply.
City              State      ZIP Code
                                                            ❏ Contingent
Who incurred the debt? Check one.
                                                            ❏ Unliquidated
☑ Debtor 1 only
                                                            ❏ Disputed
❏ Debtor 2 only
                                                            **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 and Debtor 2 only
                                                            ❏ Student loans
❏ At least one of the debtors and another
                                                            ❏ Obligations arising out of a separation agreement or
❏ **Check if this claim is for a community debt**              divorce that you did not report as priority claims

**Is the claim subject to offset?**                          ❏ Debts to pension or profit-sharing plans, and other
                                                               similar debts
☑ No
                                                            ❏ Other. Specify
❏ Yes

---

**4.19**

**Fidelity Brokerage Services LLC**                         Last 4 digits of account number _____          **$14,243.45**
Nonpriority Creditor's Name
**900 Salem St.**                                           When was the debt incurred? _____
Number       Street
**Smithfield, RI 02917**                                    As of the date you file, the claim is: Check all that apply.
City              State      ZIP Code
                                                            ❏ Contingent
Who incurred the debt? Check one.
                                                            ❏ Unliquidated
☑ Debtor 1 only
                                                            ❏ Disputed
❏ Debtor 2 only
                                                            **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 and Debtor 2 only
                                                            ❏ Student loans
❏ At least one of the debtors and another
                                                            ❏ Obligations arising out of a separation agreement or
❏ **Check if this claim is for a community debt**              divorce that you did not report as priority claims

**Is the claim subject to offset?**                          ☑ Debts to pension or profit-sharing plans, and other
                                                               similar debts
☑ No
                                                            ❏ Other. Specify
❏ Yes

---

**4.20**

**GM FINANCIAL**                                            Last 4 digits of account number _____            **$976.00**
Nonpriority Creditor's Name
**PO Box 181145**                                           When was the debt incurred? **09/09/2019**
Number       Street
**Arlington, TX 76096**                                     As of the date you file, the claim is: Check all that apply.
City              State      ZIP Code
                                                            ❏ Contingent
Who incurred the debt? Check one.
                                                            ❏ Unliquidated
☑ Debtor 1 only
                                                            ❏ Disputed
❏ Debtor 2 only
                                                            **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 and Debtor 2 only
                                                            ❏ Student loans
❏ At least one of the debtors and another
                                                            ❏ Obligations arising out of a separation agreement or
❏ **Check if this claim is for a community debt**              divorce that you did not report as priority claims

**Is the claim subject to offset?**                          ❏ Debts to pension or profit-sharing plans, and other
                                                               similar debts
☑ No
                                                            ❏ Other. Specify
❏ Yes

---

Debtor 1  **Alan         E.         Waskowicz**                         Case number *(if known)* **2:23-BK-20091**
          First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**                                                                           **Total claim**

---

**4.21**  **Hartford Hospital**                                   Last 4 digits of account number _____                    $172.00
Nonpriority Creditor's Name

**80 Seymour Street**                                             When was the debt incurred? _____
Number    Street

**Hartford, CT 06102**                                            **As of the date you file, the claim is:** Check all that apply.
City              State    ZIP Code
                                                                  ❏ Contingent
**Who incurred the debt?** Check one.
                                                                  ❏ Unliquidated
☑ Debtor 1 only
                                                                  ❏ Disputed
❏ Debtor 2 only
                                                                  **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 and Debtor 2 only
                                                                  ❏ Student loans
❏ At least one of the debtors and another
                                                                  ❏ Obligations arising out of a separation agreement or
❏ **Check if this claim is for a community debt**                    divorce that you did not report as priority claims

**Is the claim subject to offset?**                               ❏ Debts to pension or profit-sharing plans, and other
                                                                     similar debts
☑ No
                                                                  ❏ Other. Specify
❏ Yes

---

**4.22**  **I. C. System, Inc.**                                  Last 4 digits of account number **8015**                  $266.56
Nonpriority Creditor's Name

**Attn: Michelle Dove, Esq.**                                     When was the debt incurred? _____
**General Counsel & CCO**

**PO Box 64378**                                                  **As of the date you file, the claim is:** Check all that apply.
Number    Street
                                                                  ❏ Contingent
**Saint Paul, MN 55164**
City              State    ZIP Code                               ❏ Unliquidated

**Who incurred the debt?** Check one.                             ❏ Disputed

☑ Debtor 1 only                                                   **Type of NONPRIORITY unsecured claim:**

❏ Debtor 2 only                                                   ❏ Student loans

❏ Debtor 1 and Debtor 2 only                                      ❏ Obligations arising out of a separation agreement or
                                                                     divorce that you did not report as priority claims
❏ At least one of the debtors and another
                                                                  ❏ Debts to pension or profit-sharing plans, and other
❏ **Check if this claim is for a community debt**                    similar debts

**Is the claim subject to offset?**                               ☑ Other. Specify
                                                                  **Collection Agency**
☑ No

❏ Yes

**Remarks:** AT&T/Direct TV

Debtor 1  **Alan    E.    Waskowicz**                    Case number *(if known)* **2:23-BK-20091**
              First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   **Total claim**

| | | |
|---|---|---|
| **4.23** | **Jefferson Radiology**<br>Nonpriority Creditor's Name<br>**PO Box 3484**<br>Number    Street<br>**Toledo, OH 43607**<br>City         State   ZIP Code<br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number 3158**<br>**When was the debt incurred?**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify | $57.85 |
| **4.24** | **Kilbourne & Tully, P.C.**<br>Nonpriority Creditor's Name<br>**Attn: Dean B. Kilbourne, Esq.**<br>**120 Laurel St.**<br>Number    Street<br>**Bristol, CT 06010**<br>City         State   ZIP Code<br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number 17-1**<br>**When was the debt incurred?   2018**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify<br>**Legal Fees** | $2,500.00 |
| **4.25** | **LVNV FUNDING LLC**<br>Nonpriority Creditor's Name<br>**55 BEATTIE PLACE**<br>Number    Street<br>**Greenville, SC 29601**<br>City         State   ZIP Code<br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number**<br>**When was the debt incurred?   05/06/2021**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify<br>**Collection Agency** | $31,421.00 |

Debtor 1  **Alan        E.        Waskowicz**                    Case number *(if known)* **2:23-BK-20091**
         First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**                    **Total claim**

---

**4.26**  **Meriden Imaging Center**                                Last 4 digits of account number **7914**            **$757.28**
Nonpriority Creditor's Name
**101 North Plains Industrial Rd.**                                 **When was the debt incurred?**
**101 N Plains Industrial Rd. -1A**                                 **As of the date you file, the claim is:** Check all that apply.
Number   Street
                                                                    ❏ Contingent
**Wallingford, CT 06492**                                           ❏ Unliquidated
City                       State    ZIP Code                        ❏ Disputed

**Who incurred the debt?** Check one.                               **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                                     ❏ Student loans
❏ Debtor 2 only                                                     ❏ Obligations arising out of a separation agreement or
❏ Debtor 1 and Debtor 2 only                                            divorce that you did not report as priority claims
❏ At least one of the debtors and another                           ❏ Debts to pension or profit-sharing plans, and other
❏ **Check if this claim is for a community debt**                       similar debts
**Is the claim subject to offset?**                                 ☑ Other. Specify **Medical Bill**
☑ No
❏ Yes

---

**4.27**  **MIDLAND CREDIT MANAGEMENT, INC.**                       Last 4 digits of account number **6668**            **$5,186.74**
Nonpriority Creditor's Name
**350 Camino De La Reina Ste. 100**                                 **When was the debt incurred?**
Number   Street
**San Diego, CA 92108**                                             **As of the date you file, the claim is:** Check all that apply.
City                       State    ZIP Code                        ❏ Contingent
                                                                    ❏ Unliquidated
**Who incurred the debt?** Check one.                               ❏ Disputed
☑ Debtor 1 only
❏ Debtor 2 only                                                     **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 and Debtor 2 only                                        ❏ Student loans
❏ At least one of the debtors and another                           ❏ Obligations arising out of a separation agreement or
❏ **Check if this claim is for a community debt**                       divorce that you did not report as priority claims
**Is the claim subject to offset?**                                 ❏ Debts to pension or profit-sharing plans, and other
❏ No                                                                    similar debts
☑ Yes                                                               ☑ Other. Specify **Collection Agency**

---

**4.28**  **Orthopedic Associates of Hartford Surgery Center LLC**  Last 4 digits of account number ___              **$1,721.26**
Nonpriority Creditor's Name
**150 Enterprise Dr**                                               **When was the debt incurred?**
Number   Street
**Rocky Hill, CT 06067-3579**                                       **As of the date you file, the claim is:** Check all that apply.
City                       State    ZIP Code                        ❏ Contingent
                                                                    ❏ Unliquidated
**Who incurred the debt?** Check one.                               ❏ Disputed
☑ Debtor 1 only
❏ Debtor 2 only                                                     **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 and Debtor 2 only                                        ❏ Student loans
❏ At least one of the debtors and another                           ❏ Obligations arising out of a separation agreement or
❏ **Check if this claim is for a community debt**                       divorce that you did not report as priority claims
**Is the claim subject to offset?**                                 ❏ Debts to pension or profit-sharing plans, and other
☑ No                                                                    similar debts
❏ Yes                                                               ☑ Other. Specify

Debtor 1 **Alan E. Waskowicz**    Case number *(if known)* **2:23-BK-20091**
First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**  **Total claim**

---

**4.29**

**Southington Family Dentistry, P.C.**
Nonpriority Creditor's Name
**954 S Main St.**
Number    Street
**Plantsville, CT 06479**
City         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **1269**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

**$1,222.00**

---

**4.30**

**UHG I LLC**
Nonpriority Creditor's Name
**6400 SHERIDAN DR. STE. 138**
Number    Street
**WILLIAMSVILLE, NY 14221**
City         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes
**Remarks:** CITI 2XCASH REWARDS MASTERCARD (3357)

**Last 4 digits of account number** **3357**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Agency**

**$14,368.76**

---

Debtor 1  **Alan**  **E.**  **Waskowicz**  Case number *(if known)* **2:23-BK-20091**
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

| 4.31 | **WELLS FARGO** | | |
|---|---|---|---|

**WELLS FARGO**
Nonpriority Creditor's Name
**Po Box 10347**
Number  Street
**Des Moines, IA 50306-0347**
City  State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** CASH WISE VISA PLATINUM® CARD

**Last 4 digits of account number** **6986**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$6,550.00**

Debtor 1  **Alan  E.  Waskowicz**                                  Case number *(if known)* **2:23-BK-20091**
　　　　　First Name　　Middle Name　　Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**ADP, Inc.**
Name
**Wage Garnishments**
**PO Box 221230**
Number　Street
**El Paso, TX 79912**
City　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Credit Collection Service**
Name
**PO Box 710**
Number　Street
**Norwood, MA 02062**
City　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**EASTERN ACCOUNT SYST**
Name
**111 Park Ridge Rd**
Number　Street
**Brookfield, CT 06804**
City　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**London & London**
Name
**Attn: Dora Richwine, Esq.**
**48 Christian Ln**
Number　Street
**Newington, CT 06111**
City　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**MIDLAND CREDIT MANAGEMENT, INC**
Name
**350 Camino De La Reina Ste. 100**
Number　Street
**San Diego, CA 92108**
City　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Nair & Levin PC**
Name
**Attn: Robert M. Levin, Esq.**
**707 Bloomfield Ave**
Number　Street
**Bloomfield, CT 06002**
City　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Nair & Levin PC**
Name
**Attn: Robert M. Levin, Esq.**
**707 Bloomfield Ave**
Number　Street
**Bloomfield, CT 06002**
City　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Resurgent Capital Services**
Name
**Attn: Compliance Department**
**PO Box 10497**
Number    Street
**Greenville, SC 29603**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.25** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**RUBIN & ROTHMAN LLC**
Name
**Attn: Andrew White, Esq.**
**1787 Veterans Memorial Hwy Ste 32**
Number    Street
**Islandia, NY 11749**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.10** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  8653**

---

**RUBIN & ROTHMAN LLC**
Name
**Attn: Andrew White, Esq.**
**1787 Veterans Memorial Hwy Ste 32**
Number    Street
**Islandia, NY 11749**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.30** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**SCHREIBER LAW LLC**
Name
**53 STILES ROAD STE. A102**
Number    Street
**Salem, NH 03079**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.16** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**SCHREIBER LAW LLC**
Name
**53 STILES ROAD STE. A102**
Number    Street
**Salem, NH 03079**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.27** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**SCHREIBER LAW LLC**
Name
**53 STILES ROAD STE. A102**
Number    Street
**Salem, NH 03079**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.15** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

Debtor 1  **Alan**            **E.**              **Waskowicz**                              Case number *(if known)*  **2:23-BK-20091**
          First Name          Middle Name         Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. | **Domestic support obligations** | $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | $0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | + $0.00 |
| 6e. | **Total.** Add lines 6a through 6d. | $0.00 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. | **Student loans** | $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | $14,243.45 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | + $135,626.20 |
| 6j. | **Total.** Add lines 6f through 6i. | $149,869.65 |