# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 2:23-bk-20091 (JJT) |
| **ALAN E. WASKOWICZ** | Chapter: 7 |
| Debtor. | |
| _____/ | |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Fed. R. Bankr. Pro.* 2002 and 7004, the undersigned certifies that on the **16th** day of **FEBRUARY**, **2023**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below.

1. **Documents Served:**

   1. Debtor's Corrected Amended Schedule E/F.

2. **Parties Served via First Class Mail:**

| | |
|---|---|
| CREDIT COLLECTION SERVICE<br>ATTN: STEVEN SANDS<br>PO BOX 710<br>NORWOOD, MA 02062 | NAIR & LEVIN PC<br>ATTN: ROBERT M. LEVIN, ESQ.<br>707 BLOOMFIELD AVE<br>BLOOMFIELD, CT 06002 |
| I. C. SYSTEM, INC.<br>ATTN: MICHELLE DOVE, ESQ.<br>GENERAL COUNSEL & CCO<br>PO BOX 64378<br>SAINT PAUL, MN 55164 | Resurgent Capital Services<br>Attn: Compliance Department<br>PO Box 10497<br>Greenville, SC 29603 |

ADP, Inc.
Attn: Wage Garnishments
PO Box 221230
El Paso, TX 79912

American Express
World Financial Center
Attn: Laureen Seeger, Esq.
General Counsel
200 Vesey Street
New York, NY 10285

BARCLAYS
Attn: Mark Shelton, Esq.
General Counsel
PO Box 8802
Wilmington, DE 19899-8802

Chase
Attn: Stacey Friedman, Esq.
General Counsel
PO Box 15123
Wilmington, DE 19850-5123

Comenity Capital Bank
Attn: Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043

CREDIT ACCEPTANCE
Attn: Erin Kerber, Esq.
General Counsel
25505 W 12 Mile Rd
Southfield, MI 48034-1846

Cross River Bank
Best Egg Personal Loans
1523 Concord Pike, Ste 201
Wilmington, DE 19803

Discover
Attn: Hope Mehlman, Esq.
General Counsel
PO Box 30939
Salt Lake City, UT 84130

CCS COLLECTIONS
Attn: STEVEN SANDS
725 CANTON STREET
Norwood, MA 02062

Orthopedic Associates of
Hartford Surgery Center LLC
Attn: PIETRO A. MEMMO MD
President
150 Enterprise Dr
Rocky Hill, CT 06067-3579

Capital One Bank (USA), N.A.
Attn: Matt Cooper, Esq.
General Counsel
PO Box 30285
Salt Lake City, UT 84130-0285

CitiBank
Attn:  Brent McIntosh, Esq.
General Counsel
701 E. 60th St.
Sioux Falls, SD 57117

CREDIT CENTER, INC.
Attn: Noel C. Roy II, President
7 FINANCE DR.
Danbury, CT 06810

CT Department of Revenue Services
Bankruptcy Division
Attn: Pamela D. Calachan
450 Columbus Blvd, Ste 1
Hartford, CT 06103-1837

EK REAL ESTATE FUND I LLC
Attn: Bankruptcy Dept.
111 W 33RD ST, # 1901
NEW YORK, NY 10120

Discover Bank
Attn: Hope Mehlman, Esq.
General Counsel
PO Box 30943
Salt Lake City, UT 84130

| | |
|---|---|
| EASTERN ACCOUNT SYST<br>Attn: JOSEPH P. COURTNEY JR<br>President<br>3 CORPORATE DR<br>Danbury, CT 06810 | GM FINANCIAL<br>Attn: Doug Johnson, Esq.<br>Chief Legal Officer<br>PO Box 181145<br>Arlington, TX 76096 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kilbourne & Tully, P.C.<br>Attn: Dean B. Kilbourne, Esq.<br>120 Laurel St.<br>Bristol, CT 06010 |
| London & London<br>Attn: Dora Richwine, Esq.<br>48 Christian Ln<br>Newington, CT 06111 | LVNV FUNDING LLC<br>Attn: Bankruptcy Dept.<br>55 BEATTIE PLACE<br>Greenville, SC 29601 |
| RUBIN & ROTHMAN LLC<br>Attn: Andrew White, Esq.<br>1787 Veterans Memorial Hwy, Ste 32<br>Islandia, NY 11749 | SCHREIBER LAW LLC<br>Attn: Jeffrey A. Schreiber, Esq.<br>53 STILES ROAD, STE. A102<br>SALEM, NH 03079 |
| Southington Tax Collector<br>Attn: Teresa M. Babon<br>PO Box 579<br>Southington, CT 06489 | UHG I LLC<br>Attn: Darren Turco, Manager<br>6400 SHERIDAN DR., STE. 138<br>WILLIAMSVILLE, NY 14221 |
| AT&T/Direct TV<br>Attn: Michael Hartman, Esq.<br>General Counsel<br>2260 E Imperial Hwy<br>El Segundo, CA 90245 | Eversource<br>Attn: Greg Butler, Esq.<br>General Counsel<br>107 Selden Street<br>Berlin, CT 06037 |
| Fidelity Brokerage Services LLC<br>Attn: Jonathan Chiel, Esq.<br>General Counsel<br>900 Salem St.<br>Smithfield, RI 02917 | Hartford Hospital<br>Attn: David Mack, Esq.<br>Chief Legal Officer<br>80 Seymour Street<br>Hartford, CT 06102 |
| Jefferson Radiology<br>Attn: Theresa Szymanski, Esq.<br>General Counsel<br>PO Box 3484<br>Toledo, OH 43607 | Meriden Imaging Center<br>Attn: HARRY HAJEDEMOS, MD<br>101 N Plains Industrial Rd.<br>Bldg. 1A<br>Wallingford, CT 06492 |

| | |
|---|---|
| Southington Family Dentistry, P.C.<br>Attn: GINO A. BRINO, DMD<br>President<br>954 S Main St.<br>Plantsville, CT 06479 | CT Office of the Attorney General<br>Attn: Bankruptcy Division<br>165 Capitol Ave<br>Hartford, CT 06106 |
| U.S. Securities & Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549 | ALAN WASKOWICZ<br>67 Little Fawn Rd<br>Southington, CT 06489 |
| MIDLAND CREDIT MANAGEMENT, INC.<br>Attn: Addison Crawford, Esq.<br>General Counsel<br>350 Camino De La Reina, Ste 100<br>San Diego, CA 92108 | WELLS FARGO<br>Attn: Ellen Patterson, Esq.<br>General Counsel<br>PO Box 10347<br>Des Moines, IA 50306-0347 |

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>16th</u> day of <u>FEBRUARY</u>, <u>2023</u>.**

*/s/ Michael J. Habib*

**MICHAEL J. HABIB, ESQ.** (CT29412)