# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 17, 2023

In re:
   Alan E. Waskowicz
   Debtor*

Case Number: 23–20091
Chapter: 7

Hartford Healthcare
Attn: Payroll Department
389 John Downey Drive
New Britain, CT 06051

In re: Alan E. Waskowicz
Case Number: 23–20091
Chapter: 7
Judge: James J. Tancredi

Dear Payroll Department:

This letter serves as notice that the above referenced individual filed a bankruptcy petition on February 12, 2023. This means that an AUTOMATIC STAY preventing any further wage executions or wage garnishments is now in effect pursuant to 11 United States Code, § 362. Because there is now an automatic stay in effect, all persons (including you or your company as an employer) are prohibited by law from taking additional collection action, including implementing wage garnishments.

The statute also prohibits:

*...any act or proceeding to recover a claim against the Debtor that arose before commencement of the case under Title 11, including the commencement or continuation of any judicial or other proceedings or the enforement of any judgment against the Debtor or his property, or any act to obtain possession of or create, perfect or enforce a lien against property of the estate or of the Debtor or any setoff of other act to collect, assess or recover such a claim.*

An exception is any wage executions that have been levied for the collection of alimony, maintenance or support which are exempt from the automatic stay pursuant to 11 United States Code § 362(b)(2).

All wage garnishments for this individual should cease immediately, except wage garnishments or levies for the collection of alimony or maintenance or support.

Dated: February 17, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 180 – kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.