# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–2 | User: admin | Date Created: 2/17/2023 |
| Case: 23–20091 | Form ID: pdfdoc2 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust        U. S. Trustee        USTPRegion02.NH.ECF@USDOJ.GOV

                                                                            TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
Hartford Healthcare        Attn: Payroll Department        389 John Downey Drive        New Britain, CT 06051

                                                                            TOTAL: 1