United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 23-20091-jjt |
| Alan E. Waskowicz | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 17, 2023 | Form ID: 180 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Michael J. Habib | on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Walter J. Onacewicz | on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com |

TOTAL: 4

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 17, 2023

In re:
    Alan E. Waskowicz
    Debtor*

Case Number: 23−20091
Chapter: 7

Hartford Healthcare
Attn: Payroll Department
389 John Downey Drive
New Britain, CT 06051

In re: Alan E. Waskowicz
Case Number: 23−20091
Chapter: 7
Judge: James J. Tancredi

Dear Payroll Department:

This letter serves as notice that the above referenced individual filed a bankruptcy petition on February 12, 2023. This means that an AUTOMATIC STAY preventing any further wage executions or wage garnishments is now in effect pursuant to 11 United States Code, § 362. Because there is now an automatic stay in effect, all persons (including you or your company as an employer) are prohibited by law from taking additional collection action, including implementing wage garnishments.

The statute also prohibits:

*...any act or proceeding to recover a claim against the Debtor that arose before commencement of the case under Title 11, including the commencement or continuation of any judicial or other proceedings or the enforement of any judgment against the Debtor or his property, or any act to obtain possession of or create, perfect or enforce a lien against property of the estate or of the Debtor or any setoff of other act to collect, assess or recover such a claim.*

An exception is any wage executions that have been levied for the collection of alimony, maintenance or support which are exempt from the automatic stay pursuant to 11 United States Code § 362(b)(2).

All wage garnishments for this individual should cease immediately, except wage garnishments or levies for the collection of alimony or maintenance or support.

Dated: February 17, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 180 − kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.