# United States Bankruptcy Court

## District of Connecticut


Filed and Entered
On Docket
April 28, 2023

In re:
    Alan E. Waskowicz
    Last four digits of Social–Security No or other Individual
    Taxpayer–Identification No (ITIN): xxx–xx–7506
                         Debtor

Case Number: 23–20091 jjt
Chapter: 7

### NOTICE OF REQUIREMENT TO FILE CERTIFICATION OF COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE

PLEASE BE ADVISED that pursuant to 11 U.S.C. § 727(a)(11), each Debtor, subject to statutory exceptions, is required to complete an approved instructional course concerning personal financial management within 60 days of the first date set for the meeting of creditors in order to receive a discharge.

Pursuant to Fed. R. Bankr. P. 1007(b)(7), unless an approved provider of an instructional course concerning personal financial management has notified the court that a Debtor has completed the course after filing the petition, each Debtor must complete and file a "Debtor's Certification About a Financial Management Course" (Official Form B423).

Failure to file the certification by the date specified below will result in the case being closed without an entry of discharge. If your case is closed without a discharge being issued, you may file a motion to reopen the case to request that a discharge be granted. A filing fee (currently $260.00) will be charged for filing the motion to reopen, whether or not the motion to reopen or the discharge is granted.

**Official Form B423 from Debtor or Personal Financial Management Course Certificate from Course Provider Due: May 12, 2023**

The Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition.

Staff members of the Bankruptcy Court Clerk's Office are available to assist with procedural matters; however they are not allowed to provide legal advice. Please do not contact the staff for legal advice.

Dated: April 28, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 100