# Notice Recipients

District/Off: 0205–2             User: admin                  Date Created: 04/28/2023
Case: 23–20091                   Form ID: 100                 Total: 2

**Recipients of Notice of Electronic Filing:**
aty        Michael J. Habib        mike@inzitarilawoffice.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Alan E. Waskowicz       67 LITTLE FAWN RD       SOUTHINGTON, CT 06489

TOTAL: 1