Certificate Number: 05781-CT-DE-037408503

Bankruptcy Case Number: 23-20091



05781-CT-DE-037408503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 7, 2023, at 10:45 o'clock AM PDT, Alan Waskowicz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date: May 7, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President