# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–2 | User: admin | Date Created: 05/17/2023 |
| Case: 23–20091 | Form ID: 318 | Total: 50 |

**Recipients of Notice of Electronic Filing:**
tr    Anthony S. Novak    AnthonySNovak@aol.com
aty   Anthony S. Novak    AnthonySNovak@aol.com
aty   Michael J. Habib    mike@inzitarilawoffice.com
aty   Walter J. Onacewicz    wonacewicz@nairlevin.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Alan E. Waskowicz    67 LITTLE FAWN RD    SOUTHINGTON, CT 06489
cr          Credit Acceptance Corporation    c/o Law Offices of Nair & Levin, P.C.    707 Bloomfield Avenue    Bloomfield, CT 06002
cr          Atlas Acquisitions LLC    492C Cedar Lane, Ste 442    Teaneck, NJ 07666
9402465     ADP, Inc.    Attn: Wage Garnishments    PO Box 221230    El Paso, TX 79912
9402501     ALAN WASKOWICZ    67 Little Fawn Rd    Southington, CT 06489
9402492     AT&T/Direct TV    Attn: Michael Hartman, Esq.    General Counsel    2260 E Imperial Hwy    El Segundo, CA 90245
9402466     American Express    World Financial Center    Attn: Laureen Seeger, Esq.    General Counsel    200 Vesey Street    New York, NY 10285
9405374     Atlas Acquisitions LLC    on behalf of UHG I LLC    492C Cedar Lane, Ste 442    Teaneck, NJ 07666
9402467     BARCLAYS    Attn: Mark Shelton, Esq.    General Counsel    PO Box 8802    Wilmington, DE 19899–8802
9402469     CCS COLLECTIONS    Attn: STEVEN SANDS    725 CANTON STREET    Norwood, MA 02062
9402474     CREDIT CENTER, INC.    Attn: Noel C. Roy II, President    7 FINANCE DR.    Danbury, CT 06810
9402476     CT Department of Revenue Services    Bankruptcy Division    Attn: Pamela D. Calachan    450 Columbus Blvd, Ste 1    Hartford, CT 06103–1837
9402503     CT Office of the Attorney General    Attn: Bankruptcy Division    165 Capitol Ave    Hartford, CT 06106
9402468     Capital One Bank (USA), N.A.    Attn: Matt Cooper, Esq.    General Counsel    PO Box 30285    Salt Lake City, UT 84130–0285
9402470     Chase    Attn: Stacey Friedman, Esq.    General Counsel    PO Box 15123    Wilmington, DE 19850–5123
9402471     CitiBank    Attn: Brent McIntosh, Esq.    General Counsel    701 E. 60th St.    Sioux Falls, SD 57117
9402472     Comenity Capital Bank    Bankruptcy Department    PO Box 183043    Columbus, OH 43218–3043
9403128     Credit Collection Service    Attn: STEVEN SANDS    PO Box 710    Norwood, MA 02062
9402475     Cross River Bank    Best Egg Personal Loans    1523 Concord Pike, Ste 201    Wilmington, DE 19803
9402477     Discover    Attn: Hope Mehlman, Esq.    General Counsel    PO Box 30939    Salt Lake City, UT 84130
9402478     Discover Bank    Attn: Hope Mehlman, Esq.    General Counsel    PO Box 30943    Salt Lake City, UT 84130
9402479     EASTERN ACCOUNT SYST    Attn: JOSEPH P. COURTNEY JR    President    3 CORPORATE DR    Danbury, CT 06810
9402480     EK REAL ESTATE FUND I LLC    Attn: Bankruptcy Dept.    111 W 33RD ST, # 1901    NEW YORK, NY 10120
9402493     Eversource    Attn: Greg Butler, Esq.    General Counsel    107 Selden Street    Berlin, CT 06037
9402494     Fidelity Brokerage Services LLC    Attn: Jonathan Chiel, Esq.    General Counsel    900 Salem St.    Smithfield, RI 02917
9402481     GM FINANCIAL    Attn: Doug Johnson, Esq.    Chief Legal Officer    PO Box 181145    Arlington, TX 76096
9402495     Hartford Hospital    Attn: David Mack, Esq.    Chief Legal Officer    80 Seymour Street    Hartford, CT 06102
9403129     I. C. System, Inc.    Attn: Michelle Dove, Esq.    General Counsel & CCO    PO Box 64378    Saint Paul, MN 55164
9402482     Internal Revenue Service    Centralized Insolvency Operation    PO Box 7346    Philadelphia, PA 19101–7346
9402496     Jefferson Radiology    Attn: Theresa Szymanski, Esq.    General Counsel    PO Box 3484    Toledo, OH 43607
9402483     Kilbourne & Tully, P.C.    Attn: Dean B. Kilbourne, Esq.    120 Laurel St.    Bristol, CT 06010
9402485     LVNV FUNDING LLC    Attn: Bankruptcy Dept.    55 BEATTIE PLACE    Greenville, SC 29601
9402484     London & London    Attn: Dora Richwine, Esq.    48 Christian Ln    Newington, CT 06111
9402486     MIDLAND CREDIT MANAGEMENT, INC.    Attn: Addison Crawford, Esq.    General Counsel    350 Camino De La Reina, Ste 100    San Diego, CA 92108

| | | | | |
|---|---|---|---|---|
| 9402497 | Meriden Imaging Center | Attn: HARRY HAJEDEMOS, MD | 101 N Plains Industrial Rd. | Bldg. 1A    Wallingford, CT 06492 |
| 9403130 | Nair & Levin PC | Attn: Robert M. Levin, Esq. | 707 Bloomfield Ave | Bloomfield, CT 06002 |
| 9402498 | Orthopedic Associates of Hartford Surgery Center LLC | Attn: PIETRO A. MEMMO MD    President | 150 Enterprise Dr | Rocky Hill, CT 06067–3579 |
| 9402487 | RUBIN & ROTHMAN LLC | Attn: Andrew White, Esq. | 1787 Veterans Memorial Hwy, Ste 32 | Islandia, NY 11749 |
| 9403131 | Resurgent Capital Services | Attn: Compliance Department | PO Box 10497 | Greenville, SC 29603 |
| 9402488 | SCHREIBER LAW LLC | Attn: Jeffrey A. Schreiber, Esq. | 53 STILES ROAD, STE. A102 | SALEM, NH 03079 |
| 9402499 | Southington Family Dentistry, P.C. | Attn: GINO A. BRINO, DMD    President | 954 S Main St. | Plantsville, CT 06479 |
| 9402489 | Southington Tax Collector | Attn: Teresa M. Babon | PO Box 579 | Southington, CT 06489 |
| 9402500 | U.S. Securities & Exchange Commission | 100 F Street, N.E. | Washington, D.C. 20549 | |
| 9402490 | UHG I LLC | Attn: Darren Turco, Manager | 6400 SHERIDAN DR., STE. 138 | WILLIAMSVILLE, NY 14221 |
| 9402491 | WELLS FARGO | Attn: Ellen Patterson, Esq.    General Counsel | PO Box 10347 | Des Moines, IA 50306–0347 |
| 9402502 | Willcutts & Habib LLC | Attn: Michael J. Habib, Esq. | 100 Pearl St., Fl. 14 | Hartford, CT 06103–4500 |

TOTAL: 46