United States Bankruptcy Court

District of Connecticut

| In re: | Case No. 23-20091-jjt |
|---|---|
| Alan E. Waskowicz | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0205-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: 318 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| cr | + | Credit Acceptance Corporation, c/o Law Offices of Nair & Levin, P.C., 707 Bloomfield Avenue, Bloomfield, CT 06002-2406 |
| 9402465 | + | ADP, Inc., Attn: Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 9402501 | + | ALAN WASKOWICZ, 67 Little Fawn Rd, Southington, CT 06489-1736 |
| 9402492 | + | AT&T/Direct TV, Attn: Michael Hartman, Esq., General Counsel, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 9402503 | + | CT Office of the Attorney General, Attn: Bankruptcy Division, 165 Capitol Ave, Hartford, CT 06106-1774 |
| 9402480 | #+ | EK REAL ESTATE FUND I LLC, Attn: Bankruptcy Dept., 111 W 33RD ST, # 1901, NEW YORK, NY 10001-2904 |
| 9402494 | + | Fidelity Brokerage Services LLC, Attn: Jonathan Chiel, Esq., General Counsel, 900 Salem St., Smithfield, RI 02917-1243 |
| 9402495 | + | Hartford Hospital, Attn: David Mack, Esq., Chief Legal Officer, 80 Seymour Street, Hartford, CT 06102-8000 |
| 9402496 | + | Jefferson Radiology, Attn: Theresa Szymanski, Esq., General Counsel, PO Box 3484, Toledo, OH 43607-0484 |
| 9402483 | + | Kilbourne & Tully, P.C., Attn: Dean B. Kilbourne, Esq., 120 Laurel St., Bristol, CT 06010-5706 |
| 9402497 | + | Meriden Imaging Center, Attn: HARRY HAJEDEMOS, MD, 101 N Plains Industrial Rd., Bldg. 1A, Wallingford, CT 06492-2360 |
| 9403130 | + | Nair & Levin PC, Attn: Robert M. Levin, Esq., 707 Bloomfield Ave, Bloomfield, CT 06002-2406 |
| 9402498 | | Orthopedic Associates of, Hartford Surgery Center LLC, Attn: PIETRO A. MEMMO MD, President, 150 Enterprise Dr Rocky Hill, CT 06067-3579 |
| 9402499 | + | Southington Family Dentistry, P.C., Attn: GINO A. BRINO, DMD, President, 954 S Main St., Plantsville, CT 06479-1645 |
| 9402489 | + | Southington Tax Collector, Attn: Teresa M. Babon, PO Box 579, Southington, CT 06489-0579 |
| 9402502 | | Willcutts & Habib LLC, Attn: Michael J. Habib, Esq., 100 Pearl St., Fl. 14, Hartford, CT 06103-4500 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ATLASACQU | May 17 2023 22:26:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: bankruptcy@nairlevin.com | May 17 2023 18:31:00 | Credit Acceptance Corporation, c/o Law Offices of Nair & Levin, P.C., 707 Bloomfield Avenue, Bloomfield, CT 06002-2406 |
| 9405374 | | EDI: ATLASACQU | May 17 2023 22:26:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9402466 | + | Email/PDF: bncnotices@becket-lee.com | May 17 2023 18:45:34 | American Express, World Financial Center, Attn: Laureen Seeger, Esq., General Counsel, 200 Vesey Street, New York, NY 10285-1000 |
| 9402467 | | EDI: TSYS2 | May 17 2023 22:26:00 | BARCLAYS, Attn: Mark Shelton, Esq., General Counsel, PO Box 8802, Wilmington, DE 19899-8802 |
| 9402469 | + | EDI: CCS.COM | May 17 2023 22:26:00 | CCS COLLECTIONS, Attn: STEVEN SANDS, 725 CANTON STREET, Norwood, MA |

| District/off: 0205-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: 318 | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| | | | 02062-2679 |
| 9402476 | | Email/Text: DRS.Bankruptcy@ct.gov | |
| | | May 17 2023 18:31:00 | CT Department of Revenue Services, Bankruptcy Division, Attn: Pamela D. Calachan, 450 Columbus Blvd, Ste 1, Hartford, CT 06103-1837 |
| 9402474 | | Email/Text: service@creditcenterinc.com | |
| | | May 17 2023 18:31:00 | CREDIT CENTER, INC., Attn: Noel C. Roy II, President, 7 FINANCE DR., Danbury, CT 06810 |
| 9402468 | | EDI: CAPITALONE.COM | |
| | | May 17 2023 22:26:00 | Capital One Bank (USA), N.A., Attn: Matt Cooper, Esq., General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9402471 | + | EDI: CITICORP.COM | |
| | | May 17 2023 22:26:00 | CitiBank, Attn: Brent McIntosh, Esq., General Counsel, 701 E. 60th St., Sioux Falls, SD 57104-0432 |
| 9402472 | | EDI: WFNNB.COM | |
| | | May 17 2023 22:26:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 9403128 | + | EDI: CCS.COM | |
| | | May 17 2023 22:26:00 | Credit Collection Service, Attn: STEVEN SANDS, PO Box 710, Norwood, MA 02062-0710 |
| 9402478 | | EDI: DISCOVER.COM | |
| | | May 17 2023 22:26:00 | Discover Bank, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9402477 | + | EDI: DISCOVER.COM | |
| | | May 17 2023 22:26:00 | Discover, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 9402479 | ^ | MEBN | |
| | | May 17 2023 18:29:27 | EASTERN ACCOUNT SYST, Attn: JOSEPH P. COURTNEY JR, President, 3 CORPORATE DR, Danbury, CT 06810-4166 |
| 9402493 | + | Email/Text: bankruptcynotices@eversource.com | |
| | | May 17 2023 18:31:00 | Eversource, Attn: Greg Butler, Esq., General Counsel, 107 Selden Street, Berlin, CT 06037-1616 |
| 9402481 | + | EDI: PHINAMERI.COM | |
| | | May 17 2023 22:26:00 | GM FINANCIAL, Attn: Doug Johnson, Esq., Chief Legal Officer, PO Box 181145, Arlington, TX 76096-1145 |
| 9403129 | + | EDI: LCIICSYSTEM | |
| | | May 17 2023 22:26:00 | I. C. System, Inc., Attn: Michelle Dove, Esq., General Counsel & CCO, PO Box 64378, Saint Paul, MN 55164-0378 |
| 9402482 | | EDI: IRS.COM | |
| | | May 17 2023 22:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9402470 | | EDI: JPMORGANCHASE | |
| | | May 17 2023 22:26:00 | Chase, Attn: Stacey Friedman, Esq., General Counsel, PO Box 15123, Wilmington, DE 19850-5123 |
| 9402485 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 17 2023 18:34:59 | LVNV FUNDING LLC, Attn: Bankruptcy Dept., 55 BEATTIE PLACE, Greenville, SC 29601-5115 |
| 9402484 | + | Email/Text: Bankruptcies@londonandlondon.com | |
| | | May 17 2023 18:31:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9402486 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | May 17 2023 18:31:00 | MIDLAND CREDIT MANAGEMENT, INC., Attn: Addison Crawford, Esq., General Counsel, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 9403130 | + | Email/Text: bankruptcy@nairlevin.com | |
| | | May 17 2023 18:31:00 | Nair & Levin PC, Attn: Robert M. Levin, Esq., 707 Bloomfield Ave, Bloomfield, CT 06002-2406 |
| 9402487 | + | Email/Text: bankruptcy@rubinrothman.com | |
| | | May 17 2023 18:31:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 9403131 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 17 2023 18:34:59 | Resurgent Capital Services, Attn: Compliance Department, PO Box 10497, Greenville, SC 29603-0497 |

District/off: 0205-2                          User: admin                                    Page 3 of 3
Date Rcvd: May 17, 2023                       Form ID: 318                                    Total Noticed: 45

| 9402488 | ^ MEBN | | |
|---|---|---|---|
| | | May 17 2023 18:29:31 | SCHREIBER LAW LLC, Attn: Jeffrey A. Schreiber, Esq., 53 STILES ROAD, STE. A102, SALEM, NH 03079-2890 |
| 9402500 | + Email/Text: secbankruptcy@sec.gov | | |
| | | May 17 2023 18:31:00 | U.S. Securities & Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-2001 |
| 9402490 | ^ MEBN | | |
| | | May 17 2023 18:29:21 | UHG I LLC, Attn: Darren Turco, Manager, 6400 SHERIDAN DR., STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9402491 | EDI: WFFC2 | | |
| | | May 17 2023 22:26:00 | WELLS FARGO, Attn: Ellen Patterson, Esq., General Counsel, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9402475 | ##+ | Cross River Bank, Best Egg Personal Loans, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | |
| | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | |
| | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Michael J. Habib | |
| | on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | |
| | USTPRegion02.NH.ECF@USDOJ.GOV |
| Walter J. Onacewicz | |
| | on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alan E. Waskowicz | Social Security number or ITIN  xxx–xx–7506 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of Connecticut

Case number:  23–20091

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alan E. Waskowicz

Dated: May 17, 2023

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**