# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 26, 2023

In re:
Alan E. Waskowicz
Debtor*

Case Number: 23–20091
Chapter: 7

### ORDER SCHEDULING STATUS CONFERENCE

**ORDERED:** A Status Conference will be held on **June 15, 2023 at 11:30 AM** at 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103, to consider and act upon the following matter(s):

Trustee's Report of Assets in a Chapter 7 Case and Request to Set Deadline for Filing Proofs of Claim. Filed by Trustee. (Re: Doc #28) ; and it is further

**ORDERED:** Counsel for the parties to the matter(s) listed herein, or the parties if not represented by counsel, shall appear before this Court at the Status Conference .

Dated: May 26, 2023

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.