**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | |
| | : | **CHAPTER 7** |
| ALAN E. WASKOWICZ | : | **CASE NO. 23-20091-JJT** |
| | : | |
| DEBTOR | : | May 31, 2023 |

### CERTIFICATE OF SERVICE

      This is to certify that a copy of Hearing Notice, Application to Employ and Proposed Order were mailed this 31st day of May 2023 via notice of electronic filing for parties or counsel who are registered filers and via first class mail, postage prepaid *to all parties on the mailing matrix* and to all other parties as follows:

Office of the U.S. Trustee (via ECF)

Michael J. Habib, Esq. (via ECF)
(Debtor's Counsel)

Alan E. Waskowicz (via First Class Mail)
67 Little Fawn Road
Southington, CT 06489
 (Debtor)

Jeffrey Hellman, Esq. (Via email)
(Special Counsel )

ANTHONY S. NOVAK, TRUSTEE

By */s/ Anthony S. Novak*
Anthony S. Novak
Chapter 7 Trustee
Federal Bar #ct09074
280 Adams Street
Manchester, CT 06042-1975
Tel: 860-432-7710
Email: anthonysnovak@aol.com