United States Bankruptcy Court
District of Connecticut

In re:  
Alan E. Waskowicz  
    Debtor

Case No. 23-20091-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 30, 2023      Form ID: pdfdoc1      Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| sp | + | Law Offices of Jeffrey Hellman, LLC, 195 Church Street, 10th Floor, New Haven, CT 06510-2009 |
| 9402465 | + | ADP, Inc., Attn: Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 9402501 | + | ALAN WASKOWICZ, 67 Little Fawn Rd, Southington, CT 06489-1736 |
| 9402492 | + | AT&T/Direct TV, Attn: Michael Hartman, Esq., General Counsel, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 9402503 | + | CT Office of the Attorney General, Attn: Bankruptcy Division, 165 Capitol Ave, Hartford, CT 06106-1774 |
| 9402480 | #+ | EK REAL ESTATE FUND I LLC, Attn: Bankruptcy Dept., 111 W 33RD ST, # 1901, NEW YORK, NY 10001-2904 |
| 9402494 | + | Fidelity Brokerage Services LLC, Attn: Jonathan Chiel, Esq., General Counsel, 900 Salem St., Smithfield, RI 02917-1243 |
| 9402495 | + | Hartford Hospital, Attn: David Mack, Esq., Chief Legal Officer, 80 Seymour Street, Hartford, CT 06102-8000 |
| 9402496 | + | Jefferson Radiology, Attn: Theresa Szymanski, Esq., General Counsel, PO Box 3484, Toledo, OH 43607-0484 |
| 9402483 | + | Kilbourne & Tully, P.C., Attn: Dean B. Kilbourne, Esq., 120 Laurel St., Bristol, CT 06010-5706 |
| 9402497 | + | Meriden Imaging Center, Attn: HARRY HAJEDEMOS, MD, 101 N Plains Industrial Rd., Bldg. 1A, Wallingford, CT 06492-2360 |
| 9402498 | | Orthopedic Associates of, Hartford Surgery Center LLC, Attn: PIETRO A. MEMMO MD, President, 150 Enterprise Dr Rocky Hill, CT 06067-3579 |
| 9402499 | + | Southington Family Dentistry, P.C., Attn: GINO A. BRINO, DMD, President, 954 S Main St., Plantsville, CT 06479-1645 |
| 9402489 | + | Southington Tax Collector, Attn: Teresa M. Babon, PO Box 579, Southington, CT 06489-0579 |
| 9402502 | | Willcutts & Habib LLC, Attn: Michael J. Habib, Esq., 100 Pearl St., Fl. 14, Hartford, CT 06103-4500 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Jun 30 2023 18:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: bankruptcy@nairlevin.com | Jun 30 2023 18:31:00 | Credit Acceptance Corporation, c/o Law Offices of Nair & Levin, P.C., 707 Bloomfield Avenue, Bloomfield, CT 06002-2406 |
| 9405374 | | Email/Text: bnc@atlasacq.com | Jun 30 2023 18:31:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9402466 | + | Email/PDF: bncnotices@becket-lee.com | Jun 30 2023 18:37:52 | American Express, World Financial Center, Attn: Laureen Seeger, Esq., General Counsel, 200 Vesey Street, New York, NY 10285-1000 |
| 9402467 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 30 2023 18:31:00 | BARCLAYS, Attn: Mark Shelton, Esq., General Counsel, PO Box 8802, Wilmington, DE 19899-8802 |
| 9402469 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 30 2023 18:31:00 | CCS COLLECTIONS, Attn: STEVEN SANDS, 725 CANTON STREET, Norwood, MA 02062-2609 |

| District/off: 0205-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2023 | Form ID: pdfdoc1 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 9402476 | | Email/Text: DRS.Bankruptcy@ct.gov | Jun 30 2023 18:31:00 | CT Department of Revenue Services, Bankruptcy Division, Attn: Pamela D. Calachan, 450 Columbus Blvd, Ste 1, Hartford, CT 06103-1837 |
| 9402474 | | Email/Text: service@creditcenterinc.com | Jun 30 2023 18:31:00 | CREDIT CENTER, INC., Attn: Noel C. Roy II, President, 7 FINANCE DR., Danbury, CT 06810 |
| 9402468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2023 18:37:31 | Capital One Bank (USA), N.A., Attn: Matt Cooper, Esq., General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9402471 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 18:37:51 | CitiBank, Attn: Brent McIntosh, Esq., General Counsel, 701 E. 60th St., Sioux Falls, SD 57104-0432 |
| 9428675 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 18:37:06 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9402472 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 30 2023 18:31:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 9403128 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 30 2023 18:31:00 | Credit Collection Service, Attn: STEVEN SANDS, PO Box 710, Norwood, MA 02062-0710 |
| 9402478 | | Email/Text: mrdiscen@discover.com | Jun 30 2023 18:31:00 | Discover Bank, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9402477 | + | Email/Text: mrdiscen@discover.com | Jun 30 2023 18:31:00 | Discover, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 9427595 | | Email/Text: mrdiscen@discover.com | Jun 30 2023 18:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 9402479 | ^ | MEBN | Jun 30 2023 18:27:12 | EASTERN ACCOUNT SYST, Attn: JOSEPH P. COURTNEY JR, President, 3 CORPORATE DR, Danbury, CT 06810-4166 |
| 9402493 | + | Email/Text: bankruptcynotices@eversource.com | Jun 30 2023 18:31:00 | Eversource, Attn: Greg Butler, Esq., General Counsel, 107 Selden Street, Berlin, CT 06037-1616 |
| 9402481 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 30 2023 18:31:00 | GM FINANCIAL, Attn: Doug Johnson, Esq., Chief Legal Officer, PO Box 181145, Arlington, TX 76096-1145 |
| 9403129 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 30 2023 18:31:00 | I. C. System, Inc., Attn: Michelle Dove, Esq., General Counsel & CCO, PO Box 64378, Saint Paul, MN 55164-0378 |
| 9402482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2023 18:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9402470 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 30 2023 18:38:16 | Chase, Attn: Stacey Friedman, Esq., General Counsel, PO Box 15123, Wilmington, DE 19850-5123 |
| 9402485 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 18:37:45 | LVNV FUNDING LLC, Attn: Bankruptcy Dept., 55 BEATTIE PLACE, Greenville, SC 29601-5115 |
| 9430017 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 18:37:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9402484 | + | Email/Text: Bankruptcies@londonandlondon.com | Jun 30 2023 18:31:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9402486 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2023 18:31:00 | MIDLAND CREDIT MANAGEMENT, INC., Attn: Addison Crawford, Esq., General Counsel, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 9403130 | + | Email/Text: bankruptcy@nairlevin.com | Jun 30 2023 18:31:00 | Nair & Levin PC, Attn: Robert M. Levin, Esq., 707 Bloomfield Ave, Bloomfield, CT 06002-2406 |

Case 23-20091    Doc 43    Filed 07/02/23    Entered 07/03/23 00:16:35    Page 3 of 5

| District/off: 0205-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2023 | Form ID: pdfdoc1 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 9402487 | + | Email/Text: bankruptcy@rubinrothman.com | Jun 30 2023 18:31:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 9403131 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 18:38:16 | Resurgent Capital Services, Attn: Compliance Department, PO Box 10497, Greenville, SC 29603-0497 |
| 9402488 | ^ | MEBN | Jun 30 2023 18:27:16 | SCHREIBER LAW LLC, Attn: Jeffrey A. Schreiber, Esq., 53 STILES ROAD, STE. A102, SALEM, NH 03079-2890 |
| 9402500 | + | Email/Text: secbankruptcy@sec.gov | Jun 30 2023 18:31:00 | U.S. Securities & Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-2001 |
| 9402490 | ^ | MEBN | Jun 30 2023 18:27:11 | UHG I LLC, Attn: Darren Turco, Manager, 6400 SHERIDAN DR., STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9402491 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 30 2023 18:38:13 | WELLS FARGO, Attn: Ellen Patterson, Esq., General Counsel, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9402475 | ##+ | Cross River Bank, Best Egg Personal Loans, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jul 02, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Michael J. Habib | on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Walter J. Onacewicz | on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com |

District/off: 0205-2     User: admin     Page 4 of 4
Date Rcvd: Jun 30, 2023     Form ID: pdfdoc1     Total Noticed: 49
TOTAL: 5

# United States Bankruptcy Court
## District of Connecticut



In re:    Alan E. Waskowicz

Case Number: 23-20091

Chapter: 7

Debtor*

## ORDER APPROVING APPLICATION TO EMPLOY

Pursuant to 11 U.S.C. §§ 327 and/or 328, Anthony S. Novak, Trustee (the "Applicant"), filed an Application to Employ the Law Offices of Jeffrey Hellman, LLC as Special Counsel on May 30, 2023, (ECF No. 31). After notice and a hearing, it is hereby

**ORDERED:** The Application to Employ the Law Offices of Jeffrey Hellman, LLC as Special Counsel is APPROVED; and it is further

**ORDERED:** Any professional employed in this case who has received or will receive a retainer for services rendered is not authorized to use any retainer funds unless and until an Application for Compensation is filed and approved by this Court; and it is further

**ORDERED:** The allowance and payment of compensation of reasonable fees and reimbursement for actual, necessary expenses are subject to further order of the Court in accordance with 11 U.S.C. §§ 328, 330 and/or 331.

Dated:   June 30, 2023

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

* For the purposes of this order, "Debtor" means "Debtors" where applicable.