**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | SEPTEMBER 19, 2023 |
| | : | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned attorney hereby enters an appearance as Special Counsel to Anthony S. Novak, Chapter 7 Trustee for the Estate of Alan E. Waskowicz in the above-captioned Chapter 7 case. Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including without limitation, Rules 2002 and 9007, the undersigned demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the undersigned at the office address, email address and telephone number set forth below.

Respectfully submitted, this 19th day of September, 2023.

                        **ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE**
                        **FOR THE ESTATE OF ALAN E. WASKOWICZ**

By:   /s/ *Jeffrey Hellman*
        Jeffrey Hellman, Esq.
        Law Offices of Jeffrey Hellman, LLC
        195 Church Street, 10th Floor
        New Haven, CT 06510
        Tel. 203-691-8762
        Email: jeff@jeffhellmanlaw.com
        Federal Bar No.: ct04102