**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | SEPTEMBER 19, 2023 |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 19, 2023, the foregoing Notice of Appearance has

been served by operation of the Court's CM/ECF system, electronic mail, or U.S., postage

prepaid, mail upon the following:


**Michael J. Habib**: mike@inzitarilawoffice.com; mike.inzitarilawoffice.com@recap.email
**Anthony S. Novak**: AnthonySNovak@aol.com; ct07@ecfcbis.com;
novaklawofficepc@gmail.com
**Walter J. Onacewicz**: wonacewicz@nairlevin.com
**U. S. Trustee**: USTPRegion02.NH.ECF@USDOJ.GOV

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
steven.e.mackey@usdoj.gov

Atlas Acquisitions LLC
Attn:  Managing Member
492C Cedar Lane, Ste 442
Teaneck, NJ 07666


/s/ *Jeffrey Hellman*
Jeffrey Hellman