**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | SEPTEMBER 19, 2023 |
| | : | |

## MOTION FOR RULE 2004 EXAMINATION

Anthony S. Novak, Chapter 7 Trustee of the Estate of Alan E. Waskowicz (the "Trustee") through his undersigned counsel, Jeffrey Hellman hereby moves the Court for an order compelling the debtor, Alan E. Waskowicz (the "Debtor") to appear for an examination pursuant to Fed. R. Bankr. P. 2004(a) and 9016. In support hereof, the Trustee respectfully alleges as follows:

### INTRODUCTION

1. On February 12, 2023 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

### BACKGROUND

3. The Trustee believes that the Debtor has knowledge concerning the following: property located at 67 Little Fawn Road, Southington, CT (the "Property") at which the Debtor currently resides and in which the Debtor appears to be a party to an agreement regarding the Property that provides the Debtor with an interest that is more than just a tenancy on the Property; and, per a divorce decree in February 2020, the assignment to his ex-wife of a lawsuit

1

that the Debtor had against Bank of America with his ex-wife's claim against any recovery being $36,125.50 and which recovery may have additional value.

## RELIEF REQUESTED

4. In order to fully determine the financial condition of the Debtor at the time of his bankruptcy filing, the Trustee requests an order authorizing him to take the examination of the Debtor pursuant to Fed. R. Bankr. P. 2004(a).

5. In addition to conducting an examination of the Debtor, the Trustee seeks to compel, pursuant to Fed. R. Bankr. P. 2004(c), the production of documentary evidence in the manner provided in Fed. R. Bankr. P. 9016 as set forth on Schedule A of the subpoena annexed hereto.

## BASIS OF RELIEF REQUESTED

6. Fed. R. Bankr. P. 2004(a) provides that this Court may order the examination of any entity. The Debtor is an entity which the Trustee believes should be examined under Rule 2004(a) and from whom documents should be obtained pursuant to Rule 2004(c).

7. The undersigned submits that the relief requested herein is appropriate and authorized by Fed. R. Bankr. P. 2004(a) and (c).

**WHEREFORE**, the undersigned respectfully requests that the Court grant the relief requested herein and for such other and further relief as may be just and proper.

Dated at New Haven, Connecticut this 19th day of September, 2023.

                                **ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ALAN E. WASKOWICZ**

By:    /s/ *Jeffrey Hellman*
        Jeffrey Hellman
        Law Offices of Jeffrey Hellman, LLC
        195 Church Street, 10th Floor
        New Haven, CT 06510
        Tel.: 203-691-8762
        jeff@jeffhellmanlaw.com
        Federal Bar No.: ct04102