## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | SEPTEMBER 19, 2023 |
| | : | |

### NOTICE OF MOTION FOR RULE 2004 EXAMINATION

Pursuant to Fed. R. Bankr. P. 2004(c) and Fed. R. Bankr. P. 9016, Anthony S. Novak, Chapter 7 Trustee for the Estate of Alan E. Waskowicz hereby provides notice that any objections to the foregoing Motion for Rule 2004 Examination (the "Motion") must be filed within seven (7) days of the date of the Motion. In the absence of a timely filed objection, the proposed order may enter without further notice and hearing.

        ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE FOR
        THE ESTATE OF ALAN E. WASKOWICZ

By:   /s/ *Jeffrey Hellman*
       Jeffrey Hellman
       Law Offices of Jeffrey Hellman, LLC
       195 Church Street, 10th Floor
       New Haven, CT 06510
       Tel.: 203-691-8762
       jeff@jeffhellmanlaw.com
       Federal Bar No.: ct04102