**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | SEPTEMBER 19, 2023 |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 19, 2023, the foregoing Motion for Rule 2004 Examination, the Subpoena with Schedule A, Notice, and the Proposed Order have been served by U.S., postage prepaid, mail, electronic mail, or operation of the Court's CM/ECF system upon the following:

**Debtor:**

Alan E. Waskowicz
67 Little Fawn Road
Southington, CT 06489

**U.S. Trustees/Trustee/Attorneys who filed Appearances:**

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
steven.e.mackey@usdoj.gov

**Michael J. Habib**: mike@inzitarilawoffice.com; mike.inzitarilawoffice.com@recap.email
**Anthony S. Novak**: AnthonySNovak@aol.com; ct07@ecfcbis.com; novaklawofficepc@gmail.com
**Walter J. Onacewicz**: wonacewicz@nairlevin.com
**U. S. Trustee**: USTPRegion02.NH.ECF@USDOJ.GOV

1

**Manual Notice**:

Atlas Acquisitions LLC
Attn: Managing Member
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

        /s/ *Jeffrey Hellman*
        Jeffrey Hellman