# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 23-20091 (JJT) |
| **ALAN E. WASKOWICZ** | Chapter: 7 |
| Debtor. | ECF No. 49 |
| _____/ | |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the undersigned certifies that on the **13TH** day of **OCTOBER**, **2023**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by USPS First-Class Mail and by e-mail, where indicated, on the parties listed in section 2 below:

1. **Documents Served:**

    1. Debtor's *Motion for Protective Order* (ECF # 48); and,

    2. Proposed *Protective Order*.

2. **Parties Served via First Class Mail:**

    BANK OF AMERICA, N.A.　　　　　　　　　　　*Interested Third-Party*
    ATTN: GENERAL COUNSEL　　　　　　　　　　*Corporate Office*
    BANK OF AMERICA CORPORATE CENTER
    100 NORTH TRYON STREET
    CHARLOTTE, NC 28255

    TANIELLE HENRIQUES, ESQ,　　　　　　　　*Counsel*
    WINSTON & STRAWN LLP　　　　　　　　　　*to Bank of America, N.A.*
    300 S TRYON ST., 16TH FL.
    CHARLOTTE, NC 28202

    e-mail: THenriques@winston.com

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 2 -

PIERRE-YVES KOLAKOWSKI, ESQ.  *Local Counsel*
ZEICHNER ELLMAN & KRAUSE LLP  *to Bank of America, N.A.*
35 MASON ST.
GREENWICH, CT 06830

e-mail: PKolakowski@zeklaw.com

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>13TH</u> day of <u>OCTOBER</u>, <u>2023</u>.**

*[signature]*
**MICHAEL J. HABIB, ESQ.** (CT29412)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514