# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 23-20091 (JJT) |
| **ALAN E. WASKOWICZ** | Chapter: 7 |
| Debtor. | ECF No. 52 |
| _____/ | |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the undersigned certifies that on the **18TH** day of **OCTOBER**, **2023**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by USPS First-Class Mail and by e-mail, where indicated, on the parties listed in section 2 below:

1. **Documents Served**:

    1. *Notice of Hearing* (ECF # 51) regarding Debtor's *Motion for Protective Order* (ECF # 48).

2. **Parties Served via First Class Mail**:

    | | |
    |---|---|
    | BANK OF AMERICA, N.A.<br>ATTN: GENERAL COUNSEL<br>BANK OF AMERICA CORPORATE CENTER<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28255 | *Interested Third-Party<br>Corporate Office* |
    | TANIELLE HENRIQUES, ESQ,<br>WINSTON & STRAWN LLP<br>300 S TRYON ST., 16TH FL.<br>CHARLOTTE, NC 28202<br>e-mail: THenriques@winston.com | *Counsel<br>to Bank of America, N.A.* |



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

- 2 -

| | |
|---|---|
| PIERRE-YVES KOLAKOWSKI, ESQ.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>35 MASON ST.<br>GREENWICH, CT 06830 | *Local Counsel*<br>*to Bank of America, N.A.* |

e-mail: PKolakowski@zeklaw.com

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>18TH</u> day of <u>OCTOBER</u>, <u>2023</u>.**

*[signature]*
_____
**MICHAEL J. HABIB, ESQ.** (CT29412)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 17, 2023

In re:
    Alan E. Waskowicz
    Debtor*

Case Number: 23−20091
Chapter: 7

### NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **October 26, 2023** at **11:00 AM** to consider and act upon the following matter(s):

    **Motion for Protective Order Filed by Michael J. Habib on behalf of Alan E. Waskowicz, Debtor. (Re: Doc #48)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**TO THE FILING PARTY:**

**YOU ARE REQUIRED TO SERVE THIS NOTICE ON OR BEFORE: October 19, 2023** in accordance with the Bankruptcy Rules and file a Certificate of Service with the court indicating the name and address of each party served unless service was made electronically through CM/ECF.

**YOU ARE REQUIRED TO FILE A CERTIFICATE OF SERVICE ON OR BEFORE: October 24, 2023** before 4:00 p.m. Untimely certificates of service may result in the hearing not being held.

Dated: October 17, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut

Tel. (860) 240−3675
VCIS* (866) 222−8029

450 Main Street, 7th Floor
Hartford, CT 06103

* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − lbw