# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                                  Case No.: 23-20091 (JJT)

**ALAN E. WASKOWICZ**                                      Chapter: 7

                                Debtor.                      ECF No. 57
_____/

### DEBTOR'S OBJECTION TO CLAIM

**COMES NOW** the Debtor in the above-captioned matter, **ALAN E. WASKOWICZ**, by and through Undersigned Counsel, and Hereby Respectfully **OBJECTS** to the Proof of Claim filed in this case by **TOWN OF SOUTHINGTON TAX COLECTOR**, pursuant to *Fed. R. Bankr. P.* 3007.

In support hereof, the Debtor Respectfully Represents:

#### JURISDICTION

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a 'core proceeding' under 28 U.S.C. § 157(b)(2)(B).

3. The Debtor resides in the Town of Southington, Hartford County, Connecticut, and the Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.

4. Venue of the Debtor's Chapter 7 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

## BASIC FACTS

5. The Debtor commenced this action by the filing of a Chapter 7 petition on February 12, 2023.

6. The **TOWN OF SOUTHINGTON TAX COLLECTOR** filed a purported Proof of Claim (Claim No. 5.1) on July 5, 2023, in the amount of $7,495.71.

7. The **TOWN OF SOUTHINGTON TAX COLLECTOR** claims said sum is due for property taxes due on the 2021 Grand List for the real property located at 340 Lazy Lane in Southington, Connecticut.

8. Also appended to Claim No. 5.1, the **TOWN OF SOUTHINGTON TAX COLLECTOR** included evidence of property taxes due on the 2022 Grand List for the real property located at 340 Lazy Lane in Southington, Connecticut, in the amount of $7,243.90, though said sum is not claimed in Claim No. 5.1.

## BASIS FOR OBJECTION

9. The **TOWN OF SOUTHINGTON TAX COLLECTOR**'s Claim No. 5.1 alleges that the Debtor owes property taxes to the Town for the real property located at 340 Lazy Lane in Southington, Connecticut, on 2021 Grand List.

10. Said debt for property taxes is not owed by the Debtor to the Town.

11. As evidenced by the Debtor's *Amended Schedule A/B* (ECF # 10), on the petition date, the Debtor did not own the real property located at 340 Lazy Lane in Southington, Connecticut.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

12. Further, in both 2021 and 2022, the Debtor also did not own the real property located at 340 Lazy Lane in Southington, Connecticut.

13. Indeed, the Debtor lost the real property located at 340 Lazy Lane in Southington, Connecticut, in foreclosure.

14. The foreclosure action affecting the real property located at 340 Lazy Lane in Southington, Connecticut is styled: *Bank of America, N.A. v. Alan E. Waskowicz et al.*, Docket No. HHB-CV-13-6022409-S.

15. Pursuant to the Judgment of the Connecticut Superior Court dated February 19, 2019 (Aurigemma, J.), title to the real property located at 340 Lazy Lane in Southington, Connecticut vested in the foreclosure Plaintiff, Bank of America, N.A., on March 20, 2019. *See Exhibit A*, appended hereto.

16. Further, by *Order* dated April 29, 2019 and denying the Debtor's *Motion to Open Judgment of Foreclosure*, the Connecticut Superior Court (Aurigemma, J.) held that "Title [to the real property located at 340 Lazy Lane in Southington, Connecticut] has already passed." *See Exhibit B*, appended hereto.

17. The Debtor lost title to the real property located at 340 Lazy Lane in Southington, Connecticut at 5:00 p.m. on March 18, 2019, when the Debtor failed to redeem the property on his Law Day.

18. Since March 20, 2019, Bank of America, N.A. has been and continues to be the owner of the real property located at 340 Lazy Lane in Southington, Connecticut.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

19. Any property taxes due to the Town for the real property located at 340 Lazy Lane in Southington, Connecticut on the 2021 and/or 2022 Grand Lists, are due from Bank of America, N.A., not from the Debtor.

**WHEREFORE**, for the foregoing reasons, the Debtor **ALAN E. WASKOWICZ**, Respectfully **OBJECTS** to Claim No. 5.1, and Respectfully Moves this Honorable Court to sustain this Objection thereto.

**DATED AT NEW HAVEN THIS 3ʳᴰ DAY OF NOVEMBER, 2023.**

RESPECTFULLY SUBMITTED,
THE DEBTOR, ALAN E. WASKOWICZ,
BY HIS ATTORNEY,

_____
**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib, LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com



WILLCUTTS & HABIB LLC
100 PEARL ST., 14ᵀᴴ FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 4 -