# EXHIBIT A



**Willcutts & Habib LLC**
100 Pearl St., 14th Flr.
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
Firm Juris No. 440514

| | ORDER   402017 |
|---|---|
| DOCKET NO: HHBCV136022409S | SUPERIOR COURT |
| BANK OF AMERICA, N.A.<br>V.<br>WASKOWICZ, ALAN E Et Al | JUDICIAL DISTRICT OF NEW BRITAIN<br>  AT NEW BRITAIN<br>2/19/2019 |

### ORDER

ORDER REGARDING:
02/05/2019 191.00 MOTION TO OPEN JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

The new law day(s) is 3/18/2019, et. seq. All previous orders of the judgment remain in effect.

Judicial Notice (JDNO) was sent regarding this order.

> 402017
>
> Judge: JULIA L AURIGEMMA

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.



| DEREK R. COURNOYER, ESQ. | GARY D. MARINOSCI, ESQ. | DAVID M. BENGS, ESQ. |
| Admitted in FL & RI | Admitted in RI & MA | Admitted in IN & MI |
| CHAD A. MORRONE, ESQ. | | DAVID V. NOYCE, ESQ. |
| Admitted in MA & CT | | Admitted in KS & MO |
| JOSEPH M. DOLBEN, ESQ. | CHRISTOPHER K. BAXTER, ESQ. | DIANA A. CARPINTERO, ESQ. |
| Admitted in NH, MA & RI | Admitted in AR, TX, GA & NY | Admitted in IL |

February 26, 2019

*VIA CERTIFIED AND REGULAR MAIL*

ALAN E. WASKOWICZ
C/O MICHAEL J HABIB
P.O. BOX 261392
HARTFORD, CT 06126

91 7199 9991 7036 7773 2433

91 7199 9991 7036 7773 2440

BANK OF AMERICA, N.A. F/K/A FLEET HOME EQUITY USA, INC.
C/O BLANK ROME LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174

    Re:    Docket No: HHB-CV13-6022409-S
            BANK OF AMERICA, N.A. v. WASKOWICZ, ALAN E Et Al
            Property: 340 Lazy Lane, Southington, CT 06489

Dear Sir or Madam:

    This letter is being sent at the direction of the Court. Please be advised that on February 19, 2019, the Court granted a Motion to Open Judgment in connection with the above matter. The Court set the first law day to commence on March 18, 2019 with title scheduled to vest in the name of the plaintiff on March 20, 2019.

    The Court suggests that you either consult an attorney to appear on your behalf or enter your own appearance in this action. The Court also requires us to information you that you will risk the loss of any potential equity in the above property if you fail to take steps to protect your equity

    This is an attempt to collect a debt and any information obtained will be used for this purpose.

                                         Very truly yours,
                                         MARINOSCI LAW GROUP, PC

                                         Chad A. Morrone, Juris #439324

Cc: Clerk, Superior Court

                THIS LAW FIRM IS A DEBT COLLECTOR. ANY
       INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.