# EXHIBIT B



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

| | ORDER   402017 |
|---|---|
| DOCKET NO: HHBCV136022409S | SUPERIOR COURT |
| BANK OF AMERICA, N.A.<br>    V.<br>WASKOWICZ, ALAN E Et Al | JUDICIAL DISTRICT OF NEW BRITAIN<br>    AT NEW BRITAIN |
| | 4/29/2019 |

### ORDER

ORDER REGARDING:
03/06/2019 194.00 MOTION TO OPEN JUDGMENT AND EXTEND THE LAW DAY

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Title has already passed

Short Calendar Results Automated Mailing (SCRAM) Notice was sent on the underlying motion.

                               402017
                               _____
                               Judge: JULIA L AURIGEMMA

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.