# United States Bankruptcy Court

## District of Connecticut



In re:  **ALAN E.**

Debtor*

Case Number: **23-20091 JJT**
Chapter: 7

### ORDER ON OBJECTION TO PROOF OF CLAIM(S)

      The Objection to the Proof of Claim of Town of Southington Tax Collector, Claim number(s) 5.1, filed pursuant to *Fed. R. Bankr. P.* 3007 dated November 3, 2023 (the "Objection to Claim", ECF No. 57), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1),* and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

      **ORDERED:** The Proof of Claim of Town of Southington Tax Collector, Claim No. 5.1, in the amount of $7,495.71, is:

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.