# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 23-20091 (JJT) |
| **ALAN E. WASKOWICZ** | Chapter: 7 |
| Debtor. | ECF No. 58 |
| _____/ | |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the undersigned certifies that on the **3ʳᴰ** day of **NOVEMBER**, **2023**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by USPS First-Class Mail and by e-mail, where indicated, on the parties listed in section 2 below:

1. **Documents Served:**

    1. Debtor's *Objection to Claim*;
    2. *Exhibits A & B* to Debtor's *Objection to Claim*;
    3. Local Form 420B – *Notice of Objection to Claim*; and,
    4. Proposed Order.

5. **Parties Served via First Class Mail:**

    TOWN OF SOUTHINGTON TAX COLLECTOR
    P.O. BOX 579
    SOUTHINGTON, CT 06489

    ALAN E. WASKOWICZ
    67 LITTLE FAWN RD
    SOUTHINGTON, CT 06489



WILLCUTTS & HABIB LLC
100 PEARL ST., 14ᵀᴴ FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 2 -

**DATED AT <u>NEW HAVEN</u> THIS <u>3RD</u> DAY OF <u>NOVEMBER</u>, <u>2023</u>.**

                                                               _____
                                                               **MICHAEL J. HABIB, ESQ.** (CT29412)



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514