United States Bankruptcy Court
District of Connecticut

In re:  
Alan E. Waskowicz  
    Debtor

Case No. 23-20091-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2     User: admin     Page 1 of 2  
Date Rcvd: Dec 11, 2023     Form ID: 123     Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| sp | + | Law Offices of Jeffrey Hellman, LLC, 195 Church Street, 10th Floor, New Haven, CT 06510-2009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Dec 11 2023 18:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: bankruptcy@nairlevin.com | Dec 11 2023 18:29:00 | Credit Acceptance Corporation, c/o Law Offices of Nair & Levin, P.C., 707 Bloomfield Avenue, Bloomfield, CT 06002-2406 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |

District/off: 0205-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 11, 2023 | Form ID: 123 | Total Noticed: 4

Jeffrey Hellman
    on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com

Michael J. Habib
    on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

Walter J. Onacewicz
    on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com

TOTAL: 6

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 11, 2023

In re:
    Alan E. Waskowicz
    Debtor*

Case Number: 23−20091
Chapter: 7

### ORDER ON OBJECTION TO PROOF OF CLAIM(S)

The Objection to the Proof of Claim of Town of Southington Tax Collector, Claim number(s) 5, filed pursuant to Fed. R. Bankr. P. 3007 dated November 3, 2023 (the "Objection to Claim", ECF No. 57), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1),* and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

**ORDERED:** The Proof of Claim of Town of Southington Tax Collector, Claim No. 5, in the amount of $7,495.71 is disallowed. .

Dated: December 11, 2023

BY THE COURT

James J. Tancredi
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 123 − sab

*For the purposes of this order, "Debtor" means "Debtors" where applicable.