**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (HARTFORD)**

IN RE:

Alan E. Waskowicz,                               Chapter 7
                                                 Case No.: 23-20091
    Debtor.

_____/        : March 27, 2024

## NOTICE OF APPEARANCE

    The undersigned Law Firm of Marinosci Law Group, P.C., enters their appearance on behalf of Bank of America, N.A., a creditor in above named bankruptcy proceedings and requests that all notices and pleadings be directed to their attention.

Date: March 27, 2024

                                            /s/ Jennifer L. Joubert
                                            Jennifer L. Joubert, Esq. CT #31228
                                            Marinosci Law Group, P.C.
                                            275 West Natick Rd, # 500
                                            Warwick, RI 02886
                                            Telephone: (401) 234-9200
                                            bkinquiries@mlg-defaultlaw.com
                                            jjoubert@mlg-defaultlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (HARTFORD)**

IN RE:

Alan E. Waskowicz,   Chapter 7
   Case No.: 23-20091

   Debtor.

_____/   : <u>March 27, 2024</u>

**<u>CERTIFICATE OF SERVICE</u>**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 27th day of March, 2024, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in below.

Documents Served:

1. Notice of Appearance
2. Certificate of Service

<u>/s/ Jennifer L. Joubert</u>
Jennifer L. Joubert, Esq. CT #31228
Marinosci Law Group, P.C.
275 West Natick Rd, # 500
Warwick, RI 02886
Telephone: (401) 234-9200
bkinquiries@mlg-defaultlaw.com
jjoubert@mlg-defaultlaw.com

**VIA ECF**
Michael J. Habib, Esq. on behalf of the Debtor
Office of the U.S. Trustee, on behalf of the U.S. Trustee
U.S. Trustee, on behalf of the US Trustee
Steven E. Mackey, on behalf of the US Trustee
Anthony S. Novak, on behalf of the Trustee
Jeffrey Hellman, on behalf of the Trustee
Walter Onacewicz, Esq. on behalf of Credit Acceptance Corporation

**VIA US MAIL**
Alan E. Waskowicz
67 LITTLE FAWN RD
SOUTHINGTON, CT 06489