# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                        Case No.: 23-20091 (JJT)

    **ALAN E. WASKOWICZ**,                          Chapter: 7

               Debtor.          ECF No. 62

    **BANK OF AMERICA, N.A.**,

               Movant,

v.

    **ALAN E. WASKOWICZ**, Debtor
    **ANTHONY S. NOVAK**, Trustee

               Respondents.

_____/

### DEBTOR'S RESPONSE TO BANK OF AMERICA, N.A.'S
### MOTION FOR RELIEF FROM AUTOMATIC STAY (ECF 61)

    **COMES NOW** the Debtor in the above-captioned action, **ALAN E. WASKOWICZ**, by and through undersigned Counsel, and Hereby Respectfully **RESPONDS** to the *Motion* of **BANK OF AMERICA, N.A.** for relief from the automatic stay (ECF 61), pursuant to 11 U.S.C. § 362, *Fed. R. Bankr. P.* 4001 & 9014, and *D. Conn. Bankr. L. R.* 4001-1, 9013-1, & 9014-1.

    As more specifically set-forth below, this Honorable Court should **DENY** the *Motion* (ECF 61) of **BANK OF AMERICA, N.A.** as **MOOT**, because:

    a) the real property that is the subject of the *Motion for Relief from Stay* is exclusively owned by the Movant, **BANK OF AMERICA, N.A.**;



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

b) the real property is not included in the Debtor's bankruptcy estate and is not included in the Debtor's petition or schedules;

c) the Debtor does not live at the real property and did not live at the property on the date that the petition was filed, nor has the Debtor lived at the property at any time since the petition date;

d) the Movant **BANK OF AMERICA, N.A.** is perfectly aware that the Debtor does not live at the property because the Movant required the Debtor to vacate the property as a condition of settling certain claims brought against the Movant, and all of the parties, including the Movant, fully performed under the settlement agreement; and,

e) finally, on three (3) separate occasions and dates over the past 13 months, Counsel for the Movant **BANK OF AMERICA, N.A.** contacted the Undersigned via e-mail to inquire as to whether the Debtor was still occupying the property, and the Undersigned responded to each of Counsel's e-mails to relay that the Debtor vacated the property and title has passed to the Movant.

In support hereof, the Debtor-Movant Respectfully Represents as follows:

### JURISDICTION AND VENUE

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 & 1334.  This is a "core proceeding" pursuant to 28 U.S.C. § 157(b).  Venue of Debtor's Chapter 7 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

2. Debtor resides in the Town of Southington, Hartford County, Connecticut, and Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.

## PROCEDURAL HISTORY

3. Debtor-Movant filed a voluntary petition for relief under Chapter 7 of the *Bankruptcy Code* in the above-captioned case, on **FEBRUARY 12, 2023**.

4. Anthony S. Novak was appointed Chapter 7 Trustee.

5. The Debtor's *Section 341* Meeting commenced on March 13, 2023, at which the Debtor and Debtor's Undersigned Counsel appeared, and concluded on April 10, 2023.

**6.** On March 27, 2024, the Movant **BANK OF AMERICA, N.A.** filed a *Motion for Relief from Stay* (ECF 61) regarding the real property located at 340 Lazy Lane in Southington, Connecticut.

## RELEVANT FACTS

7. As evidenced by the Debtor's *Petition & Schedules* (ECF 1) and the Debtor's *Amended Schedule A/B* (ECF 10), on the petition date, February 12, 2023, the Debtor did not own or live at the real property located at 340 Lazy Lane in Southington, Connecticut, and said real property is not included in the bankruptcy estate of the Debtor.

8. In 2013, the Movant **BANK OF AMERICA, N.A.** commenced a foreclosure action against the Debtor to foreclose on the mortgage that the Debtor gave to Fleet

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

National Bank in 2003 on the property located at 340 Lazy Lane in Southington, Connecticut.

9. The foreclosure action affecting the real property located at 340 Lazy Lane in Southington, Connecticut is styled: *Bank of America, N.A. v. Alan E. Waskowicz et al.*, Docket No. HHB-CV-13-6022409-S.

10. Pursuant to the *Judgment of Foreclosure* of the Connecticut Superior Court dated February 19, 2019 (Aurigemma, J.), title to the real property located at 340 Lazy Lane in Southington, Connecticut vested in the foreclosure Plaintiff, the Movant **BANK OF AMERICA, N.A.**, on March 20, 2019. *See* Exhibit A, appended hereto.

11. Pursuant to Connecticut law, the Debtor lost title to the real property located at 340 Lazy Lane in Southington, Connecticut at 5:00 p.m. on March 18, 2019, the Debtor's law day, when the Debtor failed to redeem the property on his Law Day.

12. Since March 20, 2019, the Movant **BANK OF AMERICA, N.A.** has been and continues to be the owner of the real property located at 340 Lazy Lane in Southington, Connecticut.

13. The foreclosure action regarding the real property located at 340 Lazy Lane in Southington, Connecticut and the counterclaims pled in that action, resulted in the parties reaching a confidential settlement and release of the various claims.[1]

---

[1] As this Honorable Court is aware, a more detailed and comprehensive history and explanation of the confidential settlement that resolved the foreclosure action, and the subsequent litigation, can be found in *Debtor's Motion for Protective Order* (ECF 48) and the hearing on the record regarding the same, which was held before this Honorable court on October 26, 2023 (ECF 53–54).



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

14. After the parties agreed to the terms of the confidential settlement, and after partial performance by the Movant **BANK OF AMERICA, N.A.**, the Debtor alleged that the Movant had breached one or more of the material terms of the *Confidential Settlement Agreement*, which resulted in the Movant **BANK OF AMERICA, N.A.**'s refusal to perform its remaining obligations under agreement.

15. The Movant **BANK OF AMERICA, N.A.**'s breach of the settlement agreement gave rise to a separate cause of action against the Movant **BANK OF AMERICA, N.A.**.

16. In February 2020, the Debtor assigned that cause of action against **BANK OF AMERICA, N.A.** to the Debtor's then-wife as part of a negotiated stipulation to resolve the divorce action brought in 2019 by the Debtor's now ex-wife, *Carrie Waskowicz v. Alan Waskowicz*, Docket No. HHB-FA-19-6051863-S.

17. Consistent with the Debtor's assignment of the cause action to his now ex-wife, in March 2020 the Debtor's ex-wife filed an action against the Movant **BANK OF AMERICA, N.A.**, *Alan E. Waskowicz v. Bank of America, N.A.*, Docket No. HHB-CV-20-60659727-S.

18. In the fall of 2022, the Debtor's ex-wife reached an confidential agreement with the Movant **BANK OF AMERICA, N.A.** to settle said action, however the Movant **BANK OF AMERICA, N.A.** required that the Debtor must completely vacate the property at 340 Lazy Lane in Southington, Connecticut before the Movant **BANK OF AMERICA, N.A.** would satisfy its financial obligations to the Debtor's ex-wife under the confidential settlement agreement.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 5 -

19. On **JANUARY 10, 2023**, prior to the petition date in this action, the Debtor completely vacated the real property owned by the Movant **BANK OF AMERICA, N.A.** and located at 340 Lazy Lane, Southington, Connecticut, and the Debtor has not occupied or lived at the real property located at 340 Lazy Lane, Southington, Connecticut since that time.

20. Upon informing the Movant **BANK OF AMERICA, N.A.** that the Debtor vacated the real property located at 340 Lazy Lane, Southington, Connecticut, the Movant then satisfied its obligations to the Debtor's ex-wife under the terms of the settlement agreement, which evidences that the Movant **BANK OF AMERICA, N.A.** is well-aware that the Debtor does not live at said property and has not lived at said property for over a year.

21. Finally, on three (3) separate occasions, on **FEBRUARY 23, 2023**, on **APRIL 10, 2023**, and on **AUGUST 4, 2023**, the Movant **BANK OF AMERICA, N.A.**'s legal counsel, **MARINOSCI LAW GROUP, P.C.**, contacted the Undersigned via e-mail to inquire about the occupancy status of the real property located at 340 Lazy Lane, Southington, Connecticut.  (*See* Exhibit B, appended hereto.)

22. In response to each e-mail from the Movant **BANK OF AMERICA, N.A.**'s legal counsel, on **FEBRUARY 23, 2023**, on **APRIL 10, 2023**, and on **AUGUST 5, 2023**, respectively, the Undersigned responded to each e-mail, informing the Movant **BANK OF AMERICA, N.S.**'s legal counsel that the Debtor had already vacated the real property located at 340 Lazy Lane, Southington, Connecticut, title to the property had already vested in the Movant, and the Debtor had no further knowledge of information about the property.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

### SUMMATION

**BANK OF AMERICA, N.A.** moves for relief from the automatic stay (ECF 61) regarding the real property located at 340 Lazy Lane in Southington, Connecticut, in order to "enforce its rights against Debtor pursuant to applicable state and federal law," *Mot. Relief from Stay* at ¶ 5, and "to proceed with a forcible detainer action and its rights as to the Property," *id.* at ¶ 6(a).

The Movant is and has been the sole and exclusive owner of the real property located at 340 Lazy Lane in Southington, Connecticut since March 20, 2019 and the Movant remains the sole and exclusive owner to this day. As a result, the property is not listed on the Debtor's *Petition* or *Schedules*. The real property located at 340 Lazy Lane in Southington, Connecticut is not the property of the Debtor nor of the bankruptcy estate.

The Debtor vacated the real property located at 340 Lazy Lane in Southington, Connecticut on **JANUARY 10, 2023** and the Debtor has never returned to or reoccupied the property since that time. The Debtor has not lived at said property since January 10, 2023, over a year ago. And the Movant is very much aware that the Debtor no longer lives at said property. Indeed, the Debtor was required to vacate said property by the Movant, and the Movant confirmed that the Debtor did in fact vacate said property on or about **JANUARY 13, 2023.**

Finally, on three separate occasions during the year 2023, the Movant's legal counsel has e-mailed the Undersigned to inquire about the occupancy status of said property. On all three occasions, the Undersigned promptly responded, also replying



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

by e-mail, and informed the Movant's legal counsel that the Debtor vacated the property and was no longer living there.

The Movant **BANK OF AMERICA, N.A.** owns the property at 340 Lazy Lane, Southington, Connecticut and has owned it since 2019; the property is not nor has it ever been a part of the Debtor's bankruptcy estate; and, the Debtor vacated the property over a year ago, and the Debtor has not resided, lived at, or occupied the property in any way, shape, or form, since January 10, 2023.

The Movant **BANK OF AMERICA, N.A.** is perfectly aware of each of these facts, and yet still is needlessly consuming and wasting this Honorable Court's valuable time, the Trustee's time, and the Undersigned's time, and the Movant is wasting its own money by paying an unnecessary filing fee and its own legal counsel to file the instant *Motion for Relief from Stay*.  The Movant refuses to accept that the Debtor vacated the property over a year ago, and at least once every few months since February 2023, the Undersigned as either received an e-mail or phone call (or both) from the Movant's legal counsel regarding this property.  **BANK OF AMERICA, N.A.**'s refusal to accept the answer it is looking for, that the property is vacant and has been vacant for over a year, despite being told the same on numerous occasions over the past 14 months, is becoming so absurd that it is laughable.[2]

The Movant's *Motion for Relief from Stay* is patently and objectively **MOOT**.

---

[2] Evidently, despite having title to the property for almost 4 years and the Movant's demonstrable knowledge that the Debtor vacated the property over a year ago, **BANK OF AMERICA, N.A.** has too little regard for the property to simply have someone visit the property and confirm that it is vacant.  Perhaps the Movant should just donate the property to a needy family, to rid itself of the burden of continued nonsense litigation.

**Willcutts & Habib LLC**
100 Pearl St., 14th Flr.
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
Firm Juris No. 440514

<u>**REQUEST FOR RELIEF**</u>

**WHEREFORE**, for the foregoing reasons, the Debtor-Movant **ALAN E. WASKOWICZ** Respectfully **RESPONDS** and **OBJECTS** to the Movant **BANK OF AMERICA, N.A.**'s *Motion for Relief from Stay* (ECF 61), because the *Motion* is **MOOT**.

DATED AT <u>NEW HAVEN, CONNECTICUT</u> THIS <u>28<sup>th</sup></u> DAY OF <u>MARCH</u>, 20<u>24</u>.

              **RESPECTFULLY SUBMITTED,**
              **THE DEBTOR, ALAN E. WASKOWICZ,**
              **BY HIS ATTORNEY,**

              *(signature)*

              **MICHAEL J. HABIB, ESQ.** (CT29412)
              Willcutts & Habib, LLC
              100 Pearl St., Fl. 14
              Hartford, CT 06103-4500
              Tel: (860) 249-7071
              Fax: (860) 863-4625
              E-Mail: Mike@InzitariLawOffice.com



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 9 -

# EXHIBIT A



| DEREK R. COURNOYER, ESQ. | GARY D. MARINOSCI, ESQ. | DAVID M. BENGS, ESQ. |
|---|---|---|
| Admitted in FL & RI | Admitted in RI & MA | Admitted in IN & MI |
| **CHAD A. MORRONE, ESQ.** | | **DAVID V. NOYCE, ESQ.** |
| Admitted in MA & CT | | Admitted in KS & MO |
| **JOSEPH M. DOLBEN, ESQ.** | **CHRISTOPHER K. BAXTER, ESQ.** | **DIANA A. CARPINTERO, ESQ.** |
| Admitted in NH, MA & RI | Admitted in AR, TX, GA & NY | Admitted in IL |

February 26, 2019

### *VIA CERTIFIED AND REGULAR MAIL*

ALAN E. WASKOWICZ
C/O MICHAEL J HABIB
P.O. BOX 261392
HARTFORD, CT 06126

91 7199 9991 7036 7773 2433

91 7199 9991 7036 7773 2440

BANK OF AMERICA, N.A. F/K/A FLEET HOME EQUITY USA, INC.
C/O BLANK ROME LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174

    Re:    Docket No: HHB-CV13-6022409-S
             BANK OF AMERICA, N.A. v. WASKOWICZ, ALAN E Et Al
             Property: 340 Lazy Lane, Southington, CT 06489

Dear Sir or Madam:

    This letter is being sent at the direction of the Court. Please be advised that on February 19, 2019, the Court granted a Motion to Open Judgment in connection with the above matter. The Court set the first law day to commence on March 18, 2019 with title scheduled to vest in the name of the plaintiff on March 20, 2019.

    The Court suggests that you either consult an attorney to appear on your behalf or enter your own appearance in this action. The Court also requires us to information you that you will risk the loss of any potential equity in the above property if you fail to take steps to protect your equity

    This is an attempt to collect a debt and any information obtained will be used for this purpose.

              Very truly yours,
             *MARINOSCI LAW GROUP, PC*

             Chad A. Morrone, Juris #439324

Cc: Clerk, Superior Court
             THIS LAW FIRM IS A DEBT COLLECTOR. ANY
         INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

ORDER    402017

DOCKET NO: HHBCV136022409S

SUPERIOR COURT

BANK OF AMERICA, N.A.
  V.
WASKOWICZ, ALAN E Et Al

JUDICIAL DISTRICT OF NEW BRITAIN
  AT NEW BRITAIN

2/19/2019

## ORDER

ORDER REGARDING:
02/05/2019 191.00 MOTION TO OPEN JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

The new law day(s) is 3/18/2019, et. seq. All previous orders of the judgment remain in effect.

Judicial Notice (JDNO) was sent regarding this order.

402017
_____

Judge: JULIA L AURIGEMMA

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

## EXHIBIT B



## Re: 2:23-bk-20091 - Alan E. Waskowicz

1 message

**Habib, Michael J.** <mike@inzitarilawoffice.com>                     Sat, Aug 5, 2023 at 4:30 PM
To: Lisa Veith <lveith@mlg-defaultlaw.com>

Ms. Veith -

Please see my e-mail to you dated February 23, 2023 at 4:52 pm, and included below.  Our position has not changed since that e-mail about 6 months ago.  My client vacated the property at 340 Lazy Lane, Southington, Connecticut in January 2023 and the property has been vacant since that time.  According to the Connecticut courts, title to the property passed to your client approximately 4 years ago.

The property is owned by your client, and my client vacated approximately 8 months ago.  My client has no further interest in the property.  We do not know if the property is occupied; however, if it is occupied, it is not occupied by my client. Because your client owns the property, not mine, and my client does not occupy the property, you will need to contact your  own client, Bank of America, to determine whether any inspection or preservation work can be done at the property.


***************************
Michael J. Habib, Esq.
Willcutts & Habib LLC
100 Pearl St., 14th Fl.
Hartford, CT 06103-4500

Ph: (860) 249-7071
Fax: (860) 863-4625

***********************************************************************
This e-mail message (and any attachment(s)) is covered by the *Electronic Communications Privacy Act*, 18 U.S.C. §§ 2510-2521, is intended only for the person or entity to whom it is addressed, and is a legally **PRIVILEGED and CONFIDENTIAL** communication.

This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege.  If you are not the intended recipient, you are hereby notified that any review, re-transmission, dissemination, disclosure, copying, distribution or other use of, or taking any action in reliance upon, the information contained in or attached to this message by persons or entities other than the intended recipient is strictly prohibited.

Please notify the sender of the delivery error by replying to this message or by calling (860) 863-4574, and then delete it from your system.  Thank you.
***********************************************************************


On Fri, Aug 4, 2023 at 1:56 PM Lisa Veith <lveith@mlg-defaultlaw.com> wrote:

Property Address: 340 Lazy Ln, Southington, CT

Our client/Lender: Bank of America, N.A.

Our File #: 17-03528

Hello,

Our client would like to know the occupancy of the property for inspections/preservation.  Please review and advise:

1. Is the subject property occupied?
2. Can contact, inspections and preservation work be performed on the property?



Lisa Veith

Bankruptcy Manager

**Marinosci Law Group, P.C.**

16415 Addison Road, Suite 725

Addison, TX 75001

Phone: (954) 644-8704 Ext 1014

Direct (954) 448-3066

Fax: (954) 947-0402

Send new referrals to : bkreferral@mlg-defaultlaw.com

Send questions or requests for information to: bkinquiries@mlg-defaultlaw.com

Send Fees and Costs Requests to: bkfeesandcosts@mlg-defaultlaw.com



Serving all of your Default needs in:

AR | CT | DE | FL | IL | IN | KS | MA | MO | MS | MT | NH | ND | SD |OK |RI | TN | TX | WI | WY |

CONFIDENTIALITY NOTICE:

This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or Marinosci Law Group, P.C. If this communication is concerning the collection of a debt, please be advised that Marinosci Law Group, P.C., is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

---------- Forwarded message ---------
From: **mike@inzitarilawoffice.com** <mike@inzitarilawoffice.com>
Date: Thu, Feb 23, 2023 at 4:52 PM
Subject: Re: 2:23-bk-20091 - ALAN WASKOWICZ
To: Lisa Veith <lveith@mlg-defaultlaw.com>


Hi Lisa -

Mr. Waskowicz vacated the property some time ago. It is our position that your client is the owner of the property.

MJH

Sent from my iPhone

> On Feb 23, 2023, at 2:46 PM, Lisa Veith <lveith@mlg-defaultlaw.com> wrote:
>
>
> Property Address: 340 LAZY LN, SOUTHINGTON  Connecticut  06489
>
> Our client/Lender: Bank of America, N.A.
>
> Our File #:  17-03528
>
>
> Hello,
>
> Our client would like to know the occupancy of the property for inspections/preservation.  Please review and advise:
>
>> 1. Is the subject property occupied?
>> 2. Can contact, inspections and preservation work be performed on the property?
>
>
>
> image001.jpg
>
> Lisa Veith
>
> Bankruptcy Manager
>
> **Marinosci Law Group, P.C.**
>
> 16415 Addison Road, Suite 725
>
> Addison, TX 75001
>
> Phone: (954) 644-8704 Ext 1014
>
> Direct (954) 448-3066
>
> Fax: (954) 947-0402
>
>
> Send new referrals to : bkreferral@mlg-defaultlaw.com
>
> Send questions or requests for information to: bkinquiries@mlg-defaultlaw.com
>
> Send Fees and Costs Requests to: bkfeesandcosts@mlg-defaultlaw.com
>
> image002.png

Serving all of your Default needs in:

AR | CT | DE | FL | IL | IN | KS | MA | MO | MS | MT | NH | ND | SD |OK |RI | TN | TX | WI | WY |

CONFIDENTIALITY NOTICE:

This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or Marinosci Law Group, P.C. If this communication is concerning the collection of a debt, please be advised that Marinosci Law Group, P.C., is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

 **Gmail**

<div align="right">Habib, Michael J. &lt;mike@inzitarilawoffice.com&gt;</div>

---

## Re: 2:23-bk-20091 - Alan E. Waskowicz
1 message

---

**mike@inzitarilawoffice.com** &lt;mike@inzitarilawoffice.com&gt;                     Mon, Apr 10, 2023 at 12:40 PM
To: Lisa Veith &lt;lveith@mlg-defaultlaw.com&gt;

Lisa -

Please see my e-mail of February 23, 2023, regarding this same issue.

MJH

Sent from my iPhone

> On Apr 10, 2023, at 11:31 AM, Lisa Veith &lt;lveith@mlg-defaultlaw.com&gt; wrote:
>
>
> Property Address: 340 Lazy Lane, Southington, CT 06489
>
> Our client/Lender: Bank of America, N.A.
>
> Our File #:  17-03528
>
>
> Hello,
>
> Our client would like to know the occupancy of the property for inspections/preservation.  Please review and advise:
>
>   1. Is the subject property occupied?
>   2. Can contact, inspections and preservation work be performed on the property?
>
>
> 
>
> Lisa Veith
>
> Bankruptcy Manager
>
> **Marinosci Law Group, P.C.**
>
> 16415 Addison Road, Suite 725
>
> Addison, TX 75001
>
> Phone: (954) 644-8704 Ext 1014
>
> Direct (954) 448-3066
>
> Fax: (954) 947-0402

Send new referrals to : bkreferral@mlg-defaultlaw.com

Send questions or requests for information to: bkinquiries@mlg-defaultlaw.com

Send Fees and Costs Requests to: bkfeesandcosts@mlg-defaultlaw.com



Serving all of your Default needs in:

AR | CT | DE | FL | IL | IN | KS | MA | MO | MS | MT | NH | ND | SD |OK |RI | TN | TX | WI | WY |

CONFIDENTIALITY NOTICE:

This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or Marinosci Law Group, P.C. If this communication is concerning the collection of a debt, please be advised that Marinosci Law Group, P.C., is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

# United States Bankruptcy Court

## District of Connecticut



In re: **ALAN E. WASKOWICZ**

     Debtor*

Case Number: **23-20091 JJT**
Chapter: **7**

**BANK OF AMERICA, N.A.**

Movant(s)

v.

  **ALAN E. WASKOWICZ,** Debtor
  **ANTHONY S. NOVAK**, Trustee

Respondent(s)

## ORDER DENYING RELIEF FROM AUTOMATIC STAY

      Pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(2),  BANK OF AMERICA, N.A. (the "Movant"), filed a Motion for Relief from Stay dated March 27, 2024 (the "Motion", ECF No. 61).   After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should NOT be granted; it is hereby

      **ORDERED:** DENIED.

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                              Case No.: 23-20091 (JJT)

    **ALAN E. WASKOWICZ**,                    Chapter: 7

           Debtor.

    **BANK OF AMERICA, N.A.**,

           Movant,

v.

    **ALAN E. WASKOWICZ**, Debtor
    **ANTHONY S. NOVAK**, Trustee

           Respondents.

_____/          MARCH 28, 2024

## <u>CERTIFICATE OF SERVICE</u>

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on this 28th day of March, 2024, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

    1. Documents Served:

        A. Debtor's Response to Motion for Relief from Stay;

        B. Exhibits A & B;

        C. Proposed Order; and,

        D. Certificate of Service.



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

2. Parties Served via First Class Mail:

**ALAN E. WASKOWICZ**, Debtor
67 LITTLE FAWN RD
SOUTHINGTON, CT 06489

**DATED AT <u>NEW HAVEN, CONNECTICUT</u> THIS <u>28</u>th DAY OF <u>MARCH</u>, 2024.**

RESPECTFULLY SUBMITTED,
THE DEBTOR, ALAN E. WASKOWICZ,
BY HIS ATTORNEY,

**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib, LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 2 -