## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT (HARTFORD)

| | |
|---|---|
| In re:<br><br>Alan E. Waskowicz,<br><br>                    Debtor.<br><br>Bank of America, N.A.<br><br>                    Movant.<br><br>Vs.<br><br>Alan E. Waskowicz, Debtor<br>Anthony S. Novak, Trustee<br><br>                    Respondents. | Chapter 7<br><br>Case No. 23-20091<br><br><br><br><br><br><br><br><br><br><br><br>:April 9, 2024 |

## **CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on this 9th day of April, 2024, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:
    A. Notice of Hearing

                                                Respectfully Submitted,

                                                /s/ Jennifer L. Joubert
                                                Jennifer L. Joubert, Esq. CT #31228
                                                Marinosci Law Group, P.C.
                                                275 West Natick Road, Suite 500
                                                Warwick, RI 02861
                                                Telephone: (401) 234-9200
                                                jjoubert@mlg-defaultlaw.com
                                                bkinquiries@mlg-defaultlaw.com

2. <u>Via ECF</u>
    U.S. Trustee, on behalf of the US Trustee
    Steven E. Mackey, on behalf of the US Trustee
    Anthony S. Novak, on behalf of the Trustee
    Jeffrey Hellman, on behalf of the Trustee
    Michael J. Habib, on behalf of the Debtor

    VIA US MAIL

    Alan E. Waskowicz
    67 LITTLE FAWN RD
    SOUTHINGTON, CT 06489

    Town of Southington Connecticut Tax Assessor
    75 Main Street
    Southington, CT 06489

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
April 1, 2024

In re:
    Alan E. Waskowicz
    Debtor*

Case Number: 23–20091
Chapter: 7

### NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **April 11, 2024** at **10:00 AM** to consider and act upon the following matter(s):

    **Motion for Relief from Stay regarding 340 Lazy Ln, Southington, CT 06489–1762. Filed by Jennifer L Joubert on behalf of Bank of America, N.A., Creditor. (Re: Doc #61)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.

**TO THE FILING PARTY:**

**YOU ARE REQUIRED TO SERVE THIS NOTICE ON OR BEFORE: April 4, 2024** in accordance with the Bankruptcy Rules and file a Certificate of Service with the court indicating the name and address of each party served unless service was made electronically through CM/ECF.

**YOU ARE REQUIRED TO FILE A CERTIFICATE OF SERVICE ON OR BEFORE: April 4, 2024** before 4:00 PM. Untimely certificates of service may result in the hearing not being held.

Dated: April 1, 2024

                                                                Pietro Cicolini
                                                                 Clerk of Court

450 Main Street, 7th Floor  
Hartford, CT 06103

\* Voice Case Information System  
http://www.ctb.uscourts.gov  
Form 112 – sab