ct118 03/2024

# United States Bankruptcy Court
# District of Connecticut



In re:

    Alan E. Waskowicz

    Debtor *

Case Number: 23-20091

Chapter: 7

Bank of America, N.A.

Movant(s)

v.

Alan E. Waskowicz, Debtor

Anthony S. Novak, Trustee

Respondent(s)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Stay dated March 27, 2024 (the "Motion", ECF No. 61), filed by Bank of America, N.A. (the "Movant"), after notice and a hearing held on April 11, 2024, and in accordance with 11 U.S.C. § 362(d)(1); it is hereby

**ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 340 Lazy Ln, Southington, CT 06489-1762, in accordance with applicable non-bankruptcy law; and it is further

**ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is not hereby waived.

Dated: April 12, 2024

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.