United States Bankruptcy Court
District of Connecticut

In re:  
Alan E. Waskowicz  
    Debtor

Case No. 23-20091-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 12, 2024     Form ID: pdfdoc2     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com |
| Jennifer L Joubert | on behalf of Creditor Bank of America N.A. jjoubert@mlg-defaultlaw.com, jjoubert@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

District/off: 0205-2   User: admin   Page 2 of 2
Date Rcvd: Apr 12, 2024   Form ID: pdfdoc2   Total Noticed: 1

Walter J. Onacewicz
        on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com

TOTAL: 7

ct118 03/2024

# United States Bankruptcy Court
# District of Connecticut



In re:

    Alan E. Waskowicz

    Debtor *

Bank of America, N.A.

Movant(s)

v.

Alan E. Waskowicz, Debtor

Anthony S. Novak, Trustee

Respondent(s)

Case Number: 23-20091

Chapter: 7

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Stay dated March 27, 2024 (the "Motion", ECF No. 61), filed by Bank of America, N.A. (the "Movant"), after notice and a hearing held on April 11, 2024, and in accordance with 11 U.S.C. § 362(d)(1); it is hereby

**ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 340 Lazy Ln, Southington, CT 06489-1762, in accordance with applicable non-bankruptcy law; and it is further

**ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is not hereby waived.

Dated: April 12, 2024

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.