**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (HARTFORD)**

IN RE:

Alan E. Waskowicz,                       Chapter 7
                                                     Case No.: 23-20091

        Debtor.

_____/         : November 14, 2024

**NOTICE OF APPEARANCE**

        The undersigned Law Firm of Marinosci Law Group, P.C., enters their appearance on behalf of Bank of America, N.A., a creditor in above named bankruptcy proceedings and requests that all notices and pleadings be directed to their attention.

Date: November 14, 2024

                                         /s/ Kelly A. Carden
                                         Kelly A. Carden, Esq. CT#28664
                                         Marinosci Law Group, P.C.
                                         275 West Natick Road, Suite 500
                                         Warwick, RI 02861
                                         Telephone: (401) 234-9200
                                         kcarden@mlg-defaultlaw.com
                                         bkinquiries@mlg-defaultlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (HARTFORD)**

IN RE:

Alan E. Waskowicz,                                    Chapter 7
                                                      Case No.: 23-20091
    Debtor.

_____/        : November 14, 2024

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 14th day of November, 2024, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in below.

Documents Served:

1. Notice of Appearance
2. Certificate of Service

                /s/ Kelly A. Carden
                Kelly A. Carden, Esq. CT#28664
                Marinosci Law Group, P.C.
                275 West Natick Road, Suite 500
                Warwick, RI 02861
                Telephone: (401) 234-9200
                kcarden@mlg-defaultlaw.com
                bkinquiries@mlg-defaultlaw.com

**VIA ECF**
Michael J. Habib, Esq. on behalf of the Debtor
Office of the U.S. Trustee, on behalf of the U.S. Trustee
U.S. Trustee, on behalf of the US Trustee
Steven E. Mackey, on behalf of the US Trustee
Anthony S. Novak, on behalf of the Trustee
Jeffrey Hellman, on behalf of the Trustee
Walter Onacewicz, Esq. on behalf of Credit Acceptance Corporation

**VIA US MAIL**
Alan E. Waskowicz
67 LITTLE FAWN RD
SOUTHINGTON, CT 06489