# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| Debtor. | : | |
| | | |
| ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ALAN E. WASKOWICZ, | : | ADV. PRO NO.: 25-02003 |
| Plaintiff, | : | |
| v. | : | |
| EK REAL ESTATE FUND I, LLC and EASYKNOCK, INC., | : | JUNE 18, 2025 |
| Defendants. | : | |

## **PROPOSED ORDER**

Pursuant to Federal Rule of Bankruptcy Procedure 9019(a), this Court hereby finds that the settlement payment of $31,450, the remainder of the Repair Funds, made by the defendants, EasyKnock, Inc. and EK Real Estate Fund I, LLC to Anthony S. Novak, Chapter 7 Trustee of the Estate of Alan E. Waskowicz (the "Trustee") on May 29, 2025 hereby fully satisfies the Trustee's claims in his Adversary Proceeding. Upon entry of this order, the Trustee shall file a Notice of Dismissal of this Adversary Proceeding with prejudice.