UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| Debtor. | : | |
| | | |
| ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ALAN E. WASKOWICZ, | : | ADV. PRO NO.: 25-02003 |
| Plaintiff, | : | |
| v. | : | |
| EK REAL ESTATE FUND I, LLC and EASYKNOCK, INC., | : | JUNE 18, 2025 |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 18, 2025, I have served the forgoing Motion for Approval of Settlement and the Proposed Order by operation of the Court's CM/ECF electronic system, electronic mail, or U.S., postage prepaid, mail on the following:

- Kelly A. Carden: MLGBK@ecf.courtdrive.com
- Michael J. Habib: mike@inzitarilawoffice.com; mike.inzitarilawoffice.com@recap.email
- Jennifer L. Joubert: jjoubert@bglaw.com; mboor@bglaw.com; aiannone@bglaw.com; kpearson@bglaw.com; golah@bglaw.com
- Anthony S. Novak: AnthonySNovak@aol.com; ct07@ecfcbis.com; novaklawofficepc@gmail.com
- Walter J. Onacewicz: wonacewicz@nairlevin.com
- U. S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Steven.E.Mackey@usdoj.gov

Atlas Acquisitions, LLC
Attn: Managing Member
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

                                                    By:    */s/ Jeffrey Hellman*
                                                               Jeffrey Hellman