EXHIBIT A

# Law Offices of Jeffrey Hellman LLC

195 Church Street
Level 10th Fl.
New Haven, CT 06510
Ph. (203) 691-8762
Fax. (203) 823-4401
jeff@jeffhellmanlaw.com

**To:**
Anthony S. Novak, Trustee for Alan E. Waskowicz

# Invoice

Invoice Date: 6/17/2025
Invoice No: 1727
Due Date: Due Upon Receipt

Matter: 549-

Memo: 549- Anthony S. Novak, Trustee for Alan E. Waskowicz, Trustee for Waskowitz

**Professional Fees**

| Date | Hours | Description | Amount |
|---|---|---|---|
| 07/10/2023 | 0.40 | Telephone call with Kara Rescia and Paige Vallancourt | $200.00 |
| 08/17/2023 | 0.20 | emails with Habib | $100.00 |
| 08/18/2023 | 0.20 | email to Attorney Habib | $100.00 |
| 08/18/2023 | 0.30 | Review of state court dockets | $150.00 |
| 10/26/2023 | 1.80 | travel to and from court | $900.00 |
| 10/26/2023 | 1.00 | Hearing on Motion for Protective Order | $500.00 |
| 11/08/2023 | 0.20 | Review of documents | $100.00 |
| 12/11/2023 | 0.80 | Review of documents | $400.00 |
| 12/13/2023 | 2.00 | Review of documents | $1,000.00 |
| 01/29/2024 | 0.10 | email from Trustee | $50.00 |
| 01/29/2024 | 0.20 | Telephone call with counsel for URI | $100.00 |
| 02/27/2024 | 0.20 | Telephone call with Kara | $100.00 |
| 02/27/2024 | 0.40 | Telephone call with Kara and Paige | $200.00 |
| 02/27/2024 | 0.40 | Review of filed adversary against Easy Knock | $200.00 |
| 02/27/2024 | 0.20 | email Trustee | $100.00 |
| 03/15/2024 | 0.40 | Telephone call with Kara | $200.00 |
| 03/15/2024 | 0.40 | Review of documents | $200.00 |
| 05/28/2024 | 0.20 | Telephone call with K. Rescia | $100.00 |
| 08/21/2024 | 0.50 | prep for Rule 2004 Exam | $250.00 |
| 08/21/2024 | 1.50 | Rule 2004 Exam of Waskowicz | $750.00 |
| 08/29/2024 | 0.20 | Telephone call with client | $100.00 |
| 09/23/2024 | 0.10 | Telephone call with R. Ramirez | $50.00 |
| 10/11/2024 | 0.20 | Telephone call with R. Ramirez regarding maintenance fund | $100.00 |
| 11/27/2024 | 0.20 | emails with R. Ramirez | $100.00 |
| 11/27/2024 | 0.20 | Review of docket | $100.00 |
| 12/24/2024 | 0.30 | research about EasyKnock | $150.00 |
| 01/27/2025 | 0.50 | Review of documents for complaint | $250.00 |
| 01/27/2025 | 0.40 | Telephone call with opposing counsel and emails with same | $200.00 |

| | | | |
|---|---|---|---|
| 01/28/2025 | 1.50 | Drafting Turnover Complaint | $750.00 |
| 01/29/2025 | 0.30 | Finalize and file complaint | $150.00 |
| 02/14/2025 | 0.20 | emails with opposing counsel | $100.00 |
| 02/21/2025 | 0.20 | emails about repair fund | $100.00 |
| 04/03/2025 | 2.00 | Travel to and from court | $1,000.00 |
| 04/03/2025 | 0.60 | Status Conference | $300.00 |
| 04/04/2025 | 0.30 | calls and emails with opposing counsel | $150.00 |
| 04/21/2025 | 0.20 | emails with Trustee and opposing counsel | $100.00 |
| 05/06/2025 | 0.20 | Motion for default | $100.00 |
| 05/12/2025 | 0.40 | Drafting default judgment motion | $200.00 |
| 05/21/2025 | 0.20 | Review of Waskowicz notice | $100.00 |
| 05/28/2025 | 0.20 | emails about payment | $100.00 |
| 06/03/2025 | 0.20 | emails with M. carr | $100.00 |
| 06/09/2025 | 0.20 | Telephone call with client about missing information | $100.00 |
| 06/11/2025 | 0.20 | Review of material from M. Carr | $100.00 |
| 06/11/2025 | 0.10 | email T. Novak | $50.00 |
| | **20.50** | | **$10,250.00** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 10/18/2023 | Payment of fee for service of subpoena for Rule 2004 Examination on the debtor, Alan E. Waskowitz | $75.00 |
| 07/01/2024 | Payment of fee for attempted service of Rule 2004 Examination subpoena on debtor Alan Waskowicz | $75.00 |
| 09/10/2024 | Payment of court reporter and transcript fee for Rule 2004 Examination of Alan E. Waskowicz | $558.85 |
| | | **$708.85** |

| | |
|---|---|
| Invoice Amount: | $10,958.85 |
| Other Outstanding Balances: | $0.00 |
| All Invoices Amount: | $10,958.85 |
| Amount Applied: | $0.00 |
| **Balance Due:** | **$10,958.85** |

**RAPIDPAY AMOUNT PERTAINS TO THIS INVOICE ONLY AND NOT NECESSARILY BALANCE DUE. CLIENT IS EXPCETED TO PAY TOWARDS OVERALL BALANCE DUE AND ENTER A PAYMENT AMOUNT ACCORDINGLY.**



Scan and Pay Online
Click below or scan the QR code with your phone or tablet and pay securely online via a payment method that suits you.

Pay Online

Alternatively you can enter this URL in your browser:
https://us.getfeewise.com/pay/debtors/126b5da2-3601-476b-bef9-765f3821db1a/matters/f7064e05-81a2-4594-9779-4a7df65e99e4

