EXHIBIT B

October 09, 2023

**Connecticut Process Serving, LLC**
67 Burnside Avenue
East Hartford, CT 06108
860.528.2920, (860) 528.2720 Fax



Jeffrey Hellman, Esquire
Law Offices of Jeffrey Hellman
195 Church Street, 10th Floor
New Haven, CT 06510

203-691-8762 Business
(203) 823-4401 Fax

EIN# **90-0965707**

Reference Invoice # **244567** when remitting.

Jobs in this case:

| Your Reference Number: | | |
|---|---|---|
| In RE: Alan E. Waskowicz vs **Docket Number: 23-20091(JJT) Chapter 7** **Subpoena for Rule 2004 Examniation, Schedule A** Completed **Alan E. Waskowitz** Manner: **PERSONAL** on 10/07/2023 at 1:52 PM, at 67 Little Fawn Road Southington, CT 06489 by Sandra Yade Action/Hearing Date**11/01/2023,@ 10:00 AM.** | Service of Process - RESIDENTIAL-HTFD COUNTY Routine | $75.00 |

**BALANCE DUE:    $75.00**

**Thank You!**
**We Appreciate Your Business.**

A **$15.00 Administrative fee will be assessed to each invoice 45 days outstanding!**
We also accept credit card payments, Call for Details.

Case 23-20091    Doc 72-2    Filed 06/18/25    Entered 06/18/25 16:34:19    Page 2 of 6

| Scheduled | In Process | Processed |
|---|---|---|

Connecticut Process ...　　Check 98028726 was mailed to Connecticut Process Serving, LLC for receipt by October 25, 2023.
*9522

Money was withdrawn from your BUSINESS ADV RELATIONSHIP *▮▮▮▮ account on Info Not Available.

|  |  |  |
|---:|:---|:---|
| **Pay From** | BUSINESS ADV RELATIONSHIP *1936 | *PAPER CHECK* |
| **Amount** | $75.00 |  |
|  |  | PROCESSED |
|  |  | **October 25** (Estimated) |
| **Memo** | 244567 |  |
| **Confirmation** | VHDSL-ST2F6 |  |

July 01, 2024

**Connecticut Process Serving, LLC**
67 Burnside Avenue
East Hartford, CT 06108
860.528.2920, (860) 528.2720 Fax



Jeffrey Hellman, Esquire
Law Offices of Jeffrey Hellman
195 Church Street, 10th Floor
New Haven, CT 06510

203-691-8762 Business
(203) 823-4401 Fax

EIN# 90-0965707

Reference Invoice # **251944** when remitting.
Jobs in this case:

| Your Reference Number: | Service of Process - RESIDENTIAL-HTFD COUNTY Routine | $75.00 |

In re: Alan E. Waskowicz, Debtor vs --
Docket Number: 23-20091 (JJT) Chapter 7
Subpoena for Rule 2004 Examination with Notice of Rule 2004 Examination of Alan E. Waskowicz
Completed Alan E. Waskowicz
Manner: **CORPORATE**
on 06/29/2024 at 1:01 PM,
at 67 Little Fawn Road
Southington, CT 06489
by Sandra Yade
Action/Hearing Date 07/25/2024, @ 10:00 AM.

**BALANCE DUE:    $75.00**

Thank You!
We Appreciate Your Business.

A $15.00 Administrative fee will be assessed to each invoice 45 days outstanding!
We also accept credit card payments, Call for Details.

| Scheduled | In Process | Processed |

**Connecticut Process ...**  
*9522

Check 53339624 was mailed to Connecticut Process Serving, LLC for receipt by July 11, 2024.

Money was withdrawn from your BUSINESS ADV RELATIONSHIP ▇ account on Info Not Available.

**Pay From**   BUSINESS ADV RELATIONSHIP *1936

**Amount**   $75.00

*PAPER CHECK*

PROCESSED

**July 11**
(Estimated)

**Confirmation**   WC50Y-B39JT

# INVOICE

1 of 1

Niziankiewicz Reporting Services, LLC
59 Burnside Avenue, Suite 5
East Hartford, CT 06108
T: 860-290-8000  F: 860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8672 | 9/10/2024 | 15197 |
| **Job Date** | **Case No.** | |
| 8/21/2024 | 23-20091 | |
| **Case Name** | | |
| 2004 Examinationn of Alan E Waskowicz | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeffrey Hellman, Esquire
Jeffrey Hellman Law Offices
195 Church Street,
10th Floor
New Haven, CT
T: 203-691-8762

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Alan E. Waskowicz | 42.00 | Pages | @ 5.100 | 214.20 |
| In Person Appearance Fee | 1.00 | | @ 250.000 | 250.00 |
| Admin Fee | 1.00 | | @ 50.000 | 50.00 |
| Shipping and Handling | 1.00 | | @ 12.000 | 12.00 |
| SALES TAX | | | | 32.65 |
| **TOTAL DUE  >>>** | | | | **$558.85** |

To Make A Payment Click:
https://ctcourtreporting.com/make-a-payment/
*Thank you for your business!*

---

**Tax ID:** 86-2447164

*Please detach bottom portion and return with payment.*

| | |
|---|---|
| Job No. : 15197 | BU ID : 1-MAIN |
| Case No. : 23-20091 | |
| Case Name : 2004 Examinationn of Alan E Waskowicz | |
| Invoice No. : 8672 | Invoice Date : 9/10/2024 |
| **Total Due** : **$558.85** | |

Jeffrey Hellman, Esquire
Jeffrey Hellman Law Offices
195 Church Street,
10th Floor
New Haven, CT

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                        Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Niziankiewicz Reporting Services, LLC**
**59 Burnside Avenue, Suite 5**
**East Hartford, CT 06108**

**Business Adv Relationship - ▇▇▇▇: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 09/18/2024 |
| **Amount:** | -558.85 |
| **Type:** | Bill pay |
| **Description:** | Niziankiewicz Reporting Services Bill Payment |
| **Merchant name:** | NIZIANKIEWICZ REPORTING SERVICES |
| **Merchant information:** | |
| **Transaction category:** | Uncategorized: Uncategorized |