Connecticut Local Form Fee Application Cover Sheet (08/22/2019)

# FEE APPLICATION COVER SHEET

Interim/Final Fee Application of: Final

Date of Admission to U.S. District Court, District of Connecticut: October 10, 1989

Time Period: From: July 10, 2023    To: June 11, 2025

Bankruptcy Petition Filed: February 12, 2023

Date of Entry of Retention Order: June 30, 2023

**Amount Requested**

Fees       $10483.33
Expenses   $708.85
**Total**  **$11192.18**

**Reductions**

Voluntary Fee Reductions _____
Expenses _____

**Retainer Request:**

Retainer Received _____
Prior award applied _____
Balance before this request _____

**Expense Detail:**

Retainer Received _____
Prior award applied _____
Balance before this request _____
Copies per page cost and total _____

**Hours and Rates per professional:**

Hours 20.5   Rate $650.00