**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUNE 18, 2025 |

### ORDER ON FINAL APPLICATION FOR ALLOWANCE OF REIMBURSEMENT OF EXPENSES TO COUNSEL TO TRUSTEE

Upon the application of the Law Offices of Jeffrey Hellman, LLC requesting payment of compensation and reimbursement of expenses, and after notice and a hearing, it is hereby

**ORDERED** that the Law Offices of Jeffrey Hellman, LLC, attorney for the Trustee is allowed a total of $10,483.33 for compensation of professional services representing one-third (1/3) of the recoveries, together with $708.85 for costs and disbursements for total compensation of $11,192.18. The Trustee is hereby directed to pay these fees to the Law Offices of Jeffrey Hellman, LLC upon entry of this order subject to adjustment and disgorgement if necessary.