# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUNE 18, 2025 |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 18, 2025, I have served forgoing Final Application for Allowance of Reimbursement of Expenses by Counsel to Trustee and the proposed order *via* operation of the Court's CM/ECF electronic system, or by U.S., postage prepaid, mail on the following:

- Kelly A. Carden: MLGBK@ecf.courtdrive.com
- Michael J. Habib: mike@inzitarilawoffice.com; mike.inzitarilawoffice.com@recap.email
- Jennifer L. Joubert: jjoubert@bglaw.com; mboor@bglaw.com;aiannone@bglaw.com; kpearson@bglaw.com; golah@bglaw.com
- Anthony S. Novak: AnthonySNovak@aol.com; ct07@ecfcbis.com; novaklawofficepc@gmail.com
- Walter J. Onacewicz: wonacewicz@nairlevin.com
- U. S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV

Steven E. Mackey  
Office of the U.S. Trustee  
The Giaimo Federal Building  
150 Court Street, Room 302  
New Haven, CT 06510  
Steven.E.Mackey@usdoj.gov

Atlas Acquisitions LLC  
Attn: Managing Member  
492C Cedar Lane, Ste. 442  
Teaneck, NJ 07666

By: */s/ Jeffrey Hellman*  
Jeffrey Hellman