United States Bankruptcy Court
District of Connecticut

In re:                                                                                         Case No. 23-20091-jjt
Alan E. Waskowicz                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2                          User: admin                                    Page 1 of 4
Date Rcvd: Jun 20, 2025                    Form ID: 112appxm                      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| 9402465 | + | ADP, Inc., Attn: Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 9402501 | + | ALAN WASKOWICZ, 67 Little Fawn Rd, Southington, CT 06489-1736 |
| 9402503 | + | CT Office of the Attorney General, Attn: Bankruptcy Division, 165 Capitol Ave, Hartford, CT 06106-1774 |
| 9402495 | + | Hartford Hospital, Attn: David Mack, Esq., Chief Legal Officer, 80 Seymour Street, Hartford, CT 06102-8000 |
| 9402496 | + | Jefferson Radiology, Attn: Theresa Szymanski, Esq., General Counsel, PO Box 3484, Toledo, OH 43607-0484 |
| 9402483 | + | Kilbourne & Tully, P.C., Attn: Dean B. Kilbourne, Esq., 120 Laurel St., Bristol, CT 06010-5706 |
| 9402497 | + | Meriden Imaging Center, Attn: HARRY HAJEDEMOS, MD, 101 N Plains Industrial Rd., Bldg. 1A, Wallingford, CT 06492-2360 |
| 9402498 | | Orthopedic Associates of, Hartford Surgery Center LLC, Attn: PIETRO A. MEMMO MD, President, 150 Enterprise Dr Rocky Hill, CT 06067-3579 |
| 9402499 | + | Southington Family Dentistry, P.C., Attn: GINO A. BRINO, DMD, President, 954 S Main St., Plantsville, CT 06479-1645 |
| 9402489 | + | Town of Southington Tax Collector, P.O. Box 579, Southington, CT 06489-0579 |
| 9402502 | | Willcutts & Habib LLC, Attn: Michael J. Habib, Esq., 100 Pearl St., Fl. 14, Hartford, CT 06103-4500 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9402492 | ^ | MEBN | Jun 20 2025 18:42:26 | AT&T/Direct TV, Attn: Michael Hartman, Esq., General Counsel, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 9405374 | | Email/Text: bnc@atlasacq.com | Jun 20 2025 18:43:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9402466 | + | Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 18:48:03 | American Express, World Financial Center, Attn: Laureen Seeger, Esq., General Counsel, 200 Vesey Street, New York, NY 10285-1000 |
| 9432864 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 18:47:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9402467 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 20 2025 18:43:00 | BARCLAYS, Attn: Mark Shelton, Esq., General Counsel, PO Box 8802, Wilmington, DE 19899-8802 |
| 9402469 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 20 2025 18:44:00 | CCS COLLECTIONS, Attn: STEVEN SANDS, 725 CANTON STREET, Norwood, MA 02062-2679 |
| 9402476 | | Email/Text: DRS.Bankruptcy@ct.gov | Jun 20 2025 18:43:00 | CT Department of Revenue Services, Bankruptcy Division, Attn: Pamela D. Calachan, 450 Columbus Blvd, Ste 1, Hartford, CT 06103-1837 |
| 9402474 | | Email/Text: service@creditcenterinc.com | Jun 20 2025 18:43:00 | CREDIT CENTER, INC., Attn: Noel C. Roy II, President, 7 FINANCE DR., Danbury, CT 06810 |
| 9402468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0205-2                 User: admin                                    Page 2 of 4
Date Rcvd: Jun 20, 2025              Form ID: 112appxm                          Total Noticed: 48

|  |  |  | Jun 20 2025 18:48:04 | Capital One Bank (USA), N.A., Attn: Matt Cooper, Esq., General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9402470 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 20 2025 18:47:59 | Chase, Attn: Stacey Friedman, Esq., General Counsel, PO Box 15123, Wilmington, DE 19850-5123 |
| 9402471 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 20 2025 18:48:00 | CitiBank, Attn: Brent McIntosh, Esq., General Counsel, 701 E. 60th St., Sioux Falls, SD 57104-0432 |
| 9428675 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 20 2025 18:48:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9402472 |  | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 20 2025 18:44:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 9403128 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 20 2025 18:44:00 | Credit Collection Service, Attn: STEVEN SANDS, PO Box 710, Norwood, MA 02062-0710 |
| 9402478 |  | Email/Text: mrdiscen@discover.com | Jun 20 2025 18:43:00 | Discover Bank, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9402477 | + | Email/Text: mrdiscen@discover.com | Jun 20 2025 18:43:00 | Discover, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 9427595 |  | Email/Text: mrdiscen@discover.com | Jun 20 2025 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 9402479 | ^ | MEBN | Jun 20 2025 18:42:15 | EASTERN ACCOUNT SYST, Attn: JOSEPH P. COURTNEY JR, President, 3 CORPORATE DR, Danbury, CT 06810-4166 |
| 9402493 | + | Email/Text: bankruptcynotices@eversource.com | Jun 20 2025 18:44:00 | Eversource, Attn: Greg Butler, Esq., General Counsel, 107 Selden Street, Berlin, CT 06037-1616 |
| 9402494 | ^ | MEBN | Jun 20 2025 18:42:23 | Fidelity Brokerage Services LLC, Attn: Jonathan Chiel, Esq., General Counsel, 900 Salem St., Smithfield, RI 02917-1243 |
| 9402481 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 20 2025 18:43:00 | GM FINANCIAL, Attn: Doug Johnson, Esq., Chief Legal Officer, PO Box 181145, Arlington, TX 76096-1145 |
| 9403129 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 20 2025 18:43:00 | I. C. System, Inc., Attn: Michelle Dove, Esq., General Counsel & CCO, PO Box 64378, Saint Paul, MN 55164-0378 |
| 9402482 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 20 2025 18:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9402485 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 18:47:56 | LVNV FUNDING LLC, Attn: Bankruptcy Dept., 55 BEATTIE PLACE, Greenville, SC 29601-2165 |
| 9430017 |  | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 18:47:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9402484 | + | Email/Text: Bankruptcies@londonandlondon.com | Jun 20 2025 18:43:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9402486 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 18:44:00 | MIDLAND CREDIT MANAGEMENT, INC., Attn: Addison Crawford, Esq., General Counsel, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 9446603 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 18:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9403130 | + | Email/Text: bankruptcy@nairlevin.com | Jun 20 2025 18:43:00 | Nair & Levin PC, Attn: Robert M. Levin, Esq., 707 Bloomfield Ave, Bloomfield, CT 06002-2406 |
| 9402487 | + | Email/Text: bankruptcy@rubinrothman.com |  |  |

| | | | | |
|---|---|---|---|---|
| | | | Jun 20 2025 18:43:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 9403131 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 20 2025 18:47:56 | Resurgent Capital Services, Attn: Compliance Department, PO Box 10497, Greenville, SC 29603-0497 |
| 9402488 | ^ | MEBN | | |
| | | | Jun 20 2025 18:42:18 | SCHREIBER LAW LLC, Attn: Jeffrey A. Schreiber, Esq., 53 STILES ROAD, STE. A102, SALEM, NH 03079-2890 |
| 9402500 | + | Email/Text: secbankruptcy@sec.gov | | |
| | | | Jun 20 2025 18:44:00 | U.S. Securities & Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-2001 |
| 9402490 | ^ | MEBN | | |
| | | | Jun 20 2025 18:42:13 | UHG I LLC, Attn: Darren Turco, Manager, 6400 SHERIDAN DR., STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9402491 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jun 20 2025 18:47:57 | WELLS FARGO, Attn: Ellen Patterson, Esq., General Counsel, PO Box 10347, Des Moines, IA 50306-0347 |
| 9444742 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jun 20 2025 18:47:57 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9402475 | ##+ | Cross River Bank, Best Egg Personal Loans, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 9402480 | ##+ | EK REAL ESTATE FUND I LLC, Attn: Bankruptcy Dept., 111 W 33RD ST, # 1901, NEW YORK, NY 10001-2904 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey Hellman | |

on behalf of Spec. Counsel Law Offices of Jeffrey Hellman  LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman

on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com

Jennifer L. Joubert

on behalf of Creditor Bank of America  N.A. jjoubert@bglaw.com,
mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com

Kelly A. Carden

on behalf of Creditor Bank of America  N.A. MLGBK@ecf.courtdrive.com

Michael J. Habib

on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

Walter J. Onacewicz

on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com


TOTAL: 10

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 20, 2025

In re:

    Alan E. Waskowicz
    Debtor*

Case Number: 23–20091
Chapter: 7

## <u>NOTICE OF HEARING ON APPENDIX N MATTER</u>

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014–1(n), a hearing will be held on **July 17, 2025** at **10:00 AM** at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** to consider and act upon the following matter(s):

    Motion to Approve Settlement Agreement Filed by Jeffrey Hellman on behalf of Anthony S. Novak, Trustee (ECF No. 71)

    Final Application for Compensation for Law Offices of Jeffrey Hellman, LLC, Trustee's Attorney, Fee: $10,483.33, Expenses: $708.85. Filed by Jeffrey Hellman, Law Offices of Jeffrey Hellman, LLC, Attorney, Spec. Counsel (ECF No. 72)

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **July 10, 2025** and the Movant(s) shall file any Reply on or before **July 14, 2025.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

Dated: June 20, 2025

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lbw