**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Connecticut**

Case number **2:23-BK-20091**

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

   1.1 _____
   Street address, if available, or other description

   _____

   _____
   City      State      ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** _____

   **Current value of the portion you own?** _____

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.
   _____

   ☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................➔  | **$0.00** |

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor  **Waskowicz, Alan E.**                                    Case number *(if known)* **2:23-BK-20091**

| 3.1 | Make: | **Ford** | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1  Make:       **Ford**

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:       **Explorer XLT**

Year:        **2017**

Approximate mileage:  **98000**

- ☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$18,138.00** | **$18,138.00** |

Other information:

> **Source of Value: NADA & KBB Blue Book Values**
> **VIN: 1FN5K8D87HGE06824**

---

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

4.1  Make:       _____

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:       _____

Year:        _____

Other information:

- ☐ Check if this is community property (see instructions)

Current value of the entire property?        Current value of the portion you own?

---

**5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................... ➜

| **$18,138.00** |
|---|

---

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.  Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe. .........

> **Gun Safe**

**$1,300.00**

**7.  Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☐ No
- ☑ Yes. Describe. .........

> **Desktop Computer, Cell Phone**
>
> **TV (2)**

**$1,100.00**

---

Debtor  **Waskowicz, Alan E.**                                          Case number *(if known)*  **2:23-BK-20091**

8. **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........   **Fishing Equipment, Skiing Equipment**                                    $1,000.00

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........   **12-guage Shotgun (Mossberg), 12-guage ammunition, AR-22 rifle, .22 ammunition**    $1,050.00

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........                                                                         $200.00

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No

    ☐ Yes. Describe. .........

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................➔    $4,650.00

| Part 4: | Describe Your Financial Assets |
|---|---|

Debtor    **Waskowicz, Alan E.**                                          Case number *(if known)* **2:23-BK-20091**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

**16. Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ................................................................................................................................    Cash: ...................    _____

**17. Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................          Institution name:

        17.1. Checking account:          **TD Bank**                                                              **$400.00**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them....................          Name of entity:                                   % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them....................          Issuer name:

Debtor  **Waskowicz, Alan E.**                                    Case number *(if known)* **2:23-BK-20091**

---

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
        account separately.    Type of account:    Institution name:

                          401(k) or similar plan:    **Fidelity**                                    $39,438.91

                          Additional account:    **Fidelity 403b**                                $26,993.37

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
              others

    ☐ No

    ☑ Yes .....................    Institution name or individual:

                   Other:    **EasyKnock, Inc d/b/a NESE Capital**
                          **Management**                                        $31,450.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes .....................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes .....................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable
    for your benefit**

    ☑ No

    ☐ Yes. Give specific
        information about them. ...

---

Debtor  **Waskowicz, Alan E.**                                    Case number *(if known)* **2:23-BK-20091**

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
      information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
      information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about
      them, including whether you
      already filed the returns and
      the tax years. ...................

    | **2021 Over-payment; Debtor elected to apply to 2022 liability.** | Federal: | $3,951.00 |
    |---|---|---|
    | | State: | $2,831.00 |
    | **2021 Over-payment; Debtor elected to apply to 2022 liability.** | Local: | |

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
              settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    | | Alimony: | |
    |---|---|---|
    | | Maintenance: | |
    | | Support: | |
    | | Divorce settlement: | |
    | | Property settlement: | |

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
              Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

Debtor  **Waskowicz, Alan E.**                                          Case number *(if known)*  **2:23-BK-20091**

---

31.  **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
    of each policy and list its value. ...      Company name:                  Beneficiary:                  Surrender or refund value:

32.  **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...............

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...............

35.  **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................................  ➡    $105,064.28

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
| --- | --- |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Debtor  **Waskowicz, Alan E.**                                              Case number *(if known)* **2:23-BK-20091**

---

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    Name of entity:                                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

       ☐ No

       ☐ Yes. Describe. .........

Debtor __Waskowicz, Alan E.__                                  Case number *(if known)* __2:23-BK-20091__

---

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ..................................................................................................  ➜  | $0.00 |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the
> portion you own?**
> Do not deduct secured
> claims or exemptions.

47.  **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................  | | _____ |

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............  | | _____ |

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................  | | _____ |

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................  | | _____ |

---

Official Form 106A/B                **Schedule A/B: Property**                page **9**

Debtor **Waskowicz, Alan E.**                              Case number *(if known)* **2:23-BK-20091**

---

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ......................................................................➡   **$0.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific
       information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .........................➡   **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .........................................................................➡   **$0.00**

56. **Part 2: Total vehicles, line 5**                                        **$18,138.00**

57. **Part 3: Total personal and household items, line 15**                  **$4,650.00**

58. **Part 4: Total financial assets, line 36**                               **$105,064.28**

59. **Part 5: Total business-related property, line 45**                      **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**             **$0.00**

61. **Part 7: Total other property not listed, line 54**            +         **$0.00**

62. **Total personal property.** Add lines 56 through 61. ...............   **$127,852.28**   Copy personal property total ➡   +   **$127,852.28**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ...........................................................   **$127,852.28**

---

**Fill in this information to identify your case:**

| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Connecticut**

Case number **2:23-BK-20091**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2017 Ford Explorer XLT**<br>VIN:<br>**1FN5K8D87HGE06824**<br>Line from *Schedule A/B*: **3.1** | **$18,138.00** | ☑ **$3,511.05**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **Household goods**<br>Line from *Schedule A/B*: **6** | **$1,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Gun Safe**<br>Line from *Schedule A/B:* **6** | **$300.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Desktop Computer, Cell Phone**<br>Line from *Schedule A/B:* **7** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **TV (2)**<br>Line from *Schedule A/B:* **7** | **$700.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Fishing Equipment, Skiing Equipment**<br>Line from *Schedule A/B:* **9** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **12-guage Shotgun (Mossberg), 12-guage ammunition, AR-22 rifle, .22 ammunition**<br>Line from *Schedule A/B:* **10** | **$1,050.00** | ☑ **$1,050.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Clothes**<br>Line from *Schedule A/B:* **11** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **TD Bank** **Checking account**<br>Line from *Schedule A/B:* **17** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Fidelity**<br>Line from *Schedule A/B:* **21** | **$39,438.91** | ☑ **$39,438.91**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| Brief description: **Fidelity 403b** <br> Line from *Schedule A/B*: **21** | **$26,993.37** | ☑ **$26,993.37** <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(12)** |
| Brief description: **EasyKnock, Inc d/b/a NESE Capital Management** **Other** <br> Line from *Schedule A/B*: **22** | **$31,450.00** | ☑ **$6,193.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2021 Over-payment; Debtor elected to apply to 2022 liability.** **Federal tax** <br> Line from *Schedule A/B*: **28** | **$3,951.00** | ☑ **$3,951.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2021 Over-payment; Debtor elected to apply to 2022 liability.** **State tax** <br> Line from *Schedule A/B*: **28** | **$2,831.00** | ☑ **$2,831.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(5)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Connecticut**

Case number **2:23-BK-20091**
(if known)

☑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Department of Revenue Services** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |
| | Priority Creditor's Name | **When was the debt incurred?** | | | |
| | **Bankruptcy Dep't Attn: Pamela D. Calachan** | _____ | | | |
| | **450 Columbus Blvd Ste 1** | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number        Street | ☐ Contingent | | | |
| | **Hartford, CT 06103-1837** | ☐ Unliquidated | | | |
| | City        State        ZIP Code | ☐ Disputed | | | |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2** **Internal Revenue Service**

Priority Creditor's Name

**Centralized Insolvency Operation**

**Po Box 7346**

Number        Street

**Philadelphia, PA 19101-7346**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: **$0.00**   Priority amount: **$0.00**   Nonpriority amount: **$0.00**

**2.3** **Southington Tax Collector**

Priority Creditor's Name

**Attn: Teresa M. Babon**

**PO Box 579**

Number        Street

**Southington, CT 06489**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: **$0.00**   Priority amount: **$0.00**   Nonpriority amount: **$0.00**

Debtor 1    **Alan**          **E.**          **Waskowicz**                    Case number *(if known)* **2:23-BK-20091**

          First Name      Middle Name      Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|

| 2.4 | **Law Offices of Jeffrey Hellman LLC** | Last 4 digits of account number ___ ___ ___ ___ | | **$11,192.18** | **$11,192.18** | **$0.00** |

Priority Creditor's Name

**Attn: Jeffrey R. Hellman Esq.**

**195 Church St Fl 10**

Number        Street

**New Haven, CT 06510**

City            State        ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Attorney Fees** _____

**Is the claim subject to offset?**

☑ No
❑ Yes

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1  American Express**
Nonpriority Creditor's Name

Last 4 digits of account number    **1   0   0   8**

$1,680.00

**PO Box 981535**

Number          Street

When was the debt incurred?          _____

**El Paso, TX 79998**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Amex EveryDay® Credit Card

**4.2  BARCLAYS**
Nonpriority Creditor's Name

Last 4 digits of account number    **5   6   0   4**

$2,470.00

**Po Box 13337**

Number          Street

When was the debt incurred?          _____

**Philadelphia, PA 19101-3337**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Extra Points World MasterCard®

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.3**   **BARCLAYS**

Nonpriority Creditor's Name

**Po Box 13337**

Number        Street

**Philadelphia, PA 19101-3337**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Barclaycard CashForward™ World MasterCard®

Last 4 digits of account number    **6    9    4    2**        **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.4**   **BARCLAYS**

Nonpriority Creditor's Name

**Po Box 13337**

Number        Street

**Philadelphia, PA 19101-3337**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **6    7    2    4**        **$9,553.31**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.5** | **Capital One Bank (USA), N.A.** | | **$2,775.19**

Nonpriority Creditor's Name

**Po Box 30285**

Number        Street

**Salt Lake City, UT 84130-0285**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number   **8   2   9   9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Remarks:** Platinum MasterCard. Original Balance: $11,556.56. Offset by $8,686.37 in Wage Garnishment Executions.

---

**4.6** | **CCS COLLECTIONS** | | **$425.00**

Nonpriority Creditor's Name

**725 CANTON STREET**

Number        Street

**Norwood, MA 02062**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___  ___  ___  ___

**When was the debt incurred?**   **03/16/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

**Remarks:** FRONTIER COMMUNICATIONS CORPOR

---

Debtor 1    **Alan**          **E.**          **Waskowicz**          Case number *(if known)* **2:23-BK-20091**

First Name          Middle Name          Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

---

**4.7** **Chase**                                                         Last 4 digits of account number    **8    0    5    9**          **$7,691.00**

Nonpriority Creditor's Name

**Po Box 15123**                                                    When was the debt incurred? _____

Number          Street

                                                                             As of the date you file, the claim is: Check all that apply.

**Wilmington, DE 19850-5123**                          ☐ Contingent

City          State          ZIP Code                          ☐ Unliquidated

**Who incurred the debt?** Check one.                     ☐ Disputed

☑ Debtor 1 only                                              **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only                                              ☐ Student loans

☐ Debtor 1 and Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ At least one of the debtors and another                        priority claims

☐ **Check if this claim is for a community debt**            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                             ☑ Other. Specify    **Credit Card**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** Sapphire

---

**4.8** **Chase**                                                         Last 4 digits of account number    **4    7    2    6**          **$7,895.00**

Nonpriority Creditor's Name

**Po Box 15123**                                                    When was the debt incurred? _____

Number          Street

                                                                             As of the date you file, the claim is: Check all that apply.

**Wilmington, DE 19850-5123**                          ☐ Contingent

City          State          ZIP Code                          ☐ Unliquidated

**Who incurred the debt?** Check one.                     ☐ Disputed

☑ Debtor 1 only                                              **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only                                              ☐ Student loans

☐ Debtor 1 and Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ At least one of the debtors and another                        priority claims

☐ **Check if this claim is for a community debt**            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                             ☑ Other. Specify    **Credit Card**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** Slate

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.9** **Chase**

Nonpriority Creditor's Name

**Po Box 15123**

Number            Street

**Wilmington, DE 19850-5123**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Freedom

Last 4 digits of account number    6  8  4  8          **$7,690.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.10** **CitiBank**

Nonpriority Creditor's Name

**701 E. 60th St.**

Number            Street

**Sioux Falls, SD 57117**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

**Remarks:** Simplicity Mastercard; Partially Satisfied by Wage Garnishment

Last 4 digits of account number    5  2  6  4          **$11,576.54**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.11** **CREDIT CENTER, INC.**

Nonpriority Creditor's Name

**7 FINANCE DR.**

Number            Street

**Danbury, CT 06810**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___         **$172.00**

**When was the debt incurred?**         **02/22/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

---

**4.12** **CREDIT CENTER, INC.**

Nonpriority Creditor's Name

**7 FINANCE DR.**

Number            Street

**Danbury, CT 06810**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___         **$13.00**

**When was the debt incurred?**         **10/23/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

---

| Debtor 1 | Alan | E. | Waskowicz | Case number (if known) | 2:23-BK-20091 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.13**

| CREDIT CENTER, INC. | Last 4 digits of account number ___ ___ ___ ___ | $15.00 |
|---|---|---|

Nonpriority Creditor's Name

**7 FINANCE DR.**

When was the debt incurred? _____

Number        Street

**Danbury, CT 06810**

City        State        ZIP Code

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.14**

| CREDIT CENTER, INC. | Last 4 digits of account number ___ ___ ___ ___ | $15.00 |
|---|---|---|

Nonpriority Creditor's Name

**7 FINANCE DR.**

When was the debt incurred?   **05/23/2018**

Number        Street

**Danbury, CT 06810**

City        State        ZIP Code

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

**Is the claim subject to offset?**

☑ No
❑ Yes

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    Total claim

---

**4.15** **Discover**                                                                                                                 $2,915.00

Nonpriority Creditor's Name

**PO Box 30939**

Number            Street

**Salt Lake City, UT 84130**

City                State            ZIP Code

Last 4 digits of account number    **2    2    9    4**

When was the debt incurred?    **11/03/2019**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

**4.16** **Discover Bank**                                                                                                            $13,894.86

Nonpriority Creditor's Name

**PO Box 30943**

Number            Street

**Salt Lake City, UT 84130**

City                State            ZIP Code

Last 4 digits of account number    **4    9    8    6**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Remarks:** Discover it chrome Card

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.17**  **EASTERN ACCOUNT SYST**                                              $851.00

Nonpriority Creditor's Name

**111 Park Ridge Rd**

Number        Street

**Brookfield, CT 06804**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**        05/03/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

---

**4.18**  **Eversource**                                                      $794.85

Nonpriority Creditor's Name

**107 Selden Street**

Number        Street

**Berlin, CT 06037**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3   0   4   0

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

| Debtor 1 | Alan | E. | Waskowicz | Case number *(if known)* | 2:23-BK-20091 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.19** **Fidelity Brokerage Services LLC**

Nonpriority Creditor's Name

**900 Salem St.**

Number          Street

**Smithfield, RI 02917**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$14,243.45**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.20** **GM FINANCIAL**

Nonpriority Creditor's Name

**PO Box 181145**

Number          Street

**Arlington, TX 76096**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$976.00**

**When was the debt incurred?**  **09/09/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1    **Alan**                  **E.**                **Waskowicz**              Case number *(if known)* **2:23-BK-20091**
_____
First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.21**   **Hartford Hospital**                                    Last 4 digits of account number ___ ___ ___ ___              **$172.00**
Nonpriority Creditor's Name

**80 Seymour Street**                                    When was the debt incurred?    _____
Number        Street

**Hartford, CT 06102**                                    As of the date you file, the claim is: Check all that apply.
City        State        ZIP Code                        ☐ Contingent
                                                          ☐ Unliquidated
**Who incurred the debt?** Check one.                         ☐ Disputed
☑ Debtor 1 only
☐ Debtor 2 only                                        **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only                                ☐ Student loans
☐ At least one of the debtors and another                      ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ **Check if this claim is for a community debt**                   priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                          ☐ Other. Specify _____
☑ No
☐ Yes

---

**4.22**   **I. C. System, Inc.**                                Last 4 digits of account number   **8**  **0**  **1**  **5**       **$266.56**
Nonpriority Creditor's Name

**Attn: Michelle Dove, Esq. General Counsel &**            When was the debt incurred?    _____
**CCO**

**PO Box 64378**                                        As of the date you file, the claim is: Check all that apply.
Number        Street                                      ☐ Contingent
**Saint Paul, MN 55164**                                   ☐ Unliquidated
City        State        ZIP Code                        ☐ Disputed

**Who incurred the debt?** Check one.                        **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                         ☐ Student loans
☐ Debtor 2 only                                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                                 priority claims
☐ At least one of the debtors and another                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**                ☑ Other. Specify   **Collection Agency**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** AT&T/Direct TV

---

Debtor 1   **Alan**                    **E.**                       **Waskowicz**                    Case number *(if known)* **2:23-BK-20091**

First Name          Middle Name          Last Name

| Part 2: | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.23**   **Jefferson Radiology**

Nonpriority Creditor's Name

**PO Box 3484**

Number          Street

**Toledo, OH 43607**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **3   1   5   8**          **$57.85**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.24**   **Kilbourne & Tully, P.C.**

Nonpriority Creditor's Name

**Attn: Dean B. Kilbourne, Esq.**

**120 Laurel St.**

Number          Street

**Bristol, CT 06010**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **0   1   7   1**          **$2,500.00**

**When was the debt incurred?**   **2018**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Fees**

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|----------|----------|--------|---------------|--------------------------|--------------------|
| | First Name | Middle Name | Last Name | | |

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim
---|---|---

**4.25**   **LVNV FUNDING LLC**

Nonpriority Creditor's Name

**55 BEATTIE PLACE**

Number          Street

**Greenville, SC 29601**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          **$31,421.00**

**When was the debt incurred?**   **05/06/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

---

**4.26**   **Meriden Imaging Center**

Nonpriority Creditor's Name

**101 North Plains Industrial Rd.**

**101 N Plains Industrial Rd. -1A**

Number          Street

**Wallingford, CT 06492**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   7   9   1   4          **$757.28**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                  **Total claim**

---

**4.27**   **MIDLAND CREDIT MANAGEMENT, INC.**

Nonpriority Creditor's Name

**350 Camino De La Reina Ste. 100**

Number          Street

**San Diego, CA 92108**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number    6    6    6    8              **$5,186.74**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

---

**4.28**   **Orthopedic Associates of Hartford Surgery Center LLC**

Nonpriority Creditor's Name

**150 Enterprise Dr**

Number          Street

**Rocky Hill, CT 06067-3579**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___             **$1,721.26**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

---

Debtor 1 **Alan** **E.** **Waskowicz**

First Name   Middle Name   Last Name

Case number *(if known)* **2:23-BK-20091**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.29** **Southington Family Dentistry, P.C.**

Nonpriority Creditor's Name

**954 S Main St.**

Number        Street

**Plantsville, CT 06479**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1**   **2**   **6**   **9**

$1,222.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

**4.30** **UHG I LLC**

Nonpriority Creditor's Name

**6400 SHERIDAN DR. STE. 138**

Number        Street

**WILLIAMSVILLE, NY 14221**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **3**   **3**   **5**   **7**

$14,368.76

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

**Remarks:** CITI 2XCASH REWARDS MASTERCARD (3357)

---

Debtor 1    **Alan**                **E.**                **Waskowicz**                Case number *(if known)* **2:23-BK-20091**

First Name        Middle Name        Last Name

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim

| 4.31 | **WELLS FARGO** | | |
|---|---|---|---|

Nonpriority Creditor's Name | | | $6,550.00

**Po Box 10347**

Number          Street

Last 4 digits of account number    6    9    8    6

When was the debt incurred?    _____

**Des Moines, IA 50306-0347**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** CASH WISE VISA PLATINUM® CARD

Debtor 1    **Alan**            **E.**            **Waskowicz**                    Case number *(if known)* **2:23-BK-20091**
_____
First Name        Middle Name        Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1** MIDLAND CREDIT MANAGEMENT, INC
Name

**350 Camino De La Reina Ste. 100**
Number        Street

_____
**San Diego, CA 92108**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**2** London & London
Name

**Attn: Dora Richwine, Esq.**

**48 Christian Ln**
Number        Street

**Newington, CT 06111**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**3** Credit Collection Service
Name

**PO Box 710**
Number        Street

_____
**Norwood, MA 02062**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**4** RUBIN & ROTHMAN LLC
Name

**Attn: Andrew White, Esq.**

**1787 Veterans Memorial Hwy Ste 32**
Number        Street

**Islandia, NY 11749**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8   6   5   3**

---

**5** ADP, Inc.
Name

**Wage Garnishments**

**PO Box 221230**
Number        Street

**El Paso, TX 79912**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**6** SCHREIBER LAW LLC
Name

**53 STILES ROAD STE. A102**
Number        Street

_____
**Salem, NH 03079**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**7** | **SCHREIBER LAW LLC**
Name

**53 STILES ROAD STE. A102**
Number    Street


**Salem, NH 03079**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**8** | **Nair & Levin PC**
Name

**Attn: Robert M. Levin, Esq.**

**707 Bloomfield Ave**
Number    Street
**Bloomfield, CT 06002**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**9** | **EASTERN ACCOUNT SYST**
Name

**111 Park Ridge Rd**
Number    Street


**Brookfield, CT 06804**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**10** | **Resurgent Capital Services**
Name

**Attn: Brandie McCann**

**PO Box 10368**
Number    Street
**Greenville, SC 29603**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.25** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**11** | **SCHREIBER LAW LLC**
Name

**53 STILES ROAD STE. A102**
Number    Street


**Salem, NH 03079**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**12** | **Nair & Levin PC**
Name

**Attn: Robert M. Levin, Esq.**

**707 Bloomfield Ave**
Number    Street
**Bloomfield, CT 06002**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* **2:23-BK-20091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**13.**  **RUBIN & ROTHMAN LLC**

Name

**Attn: Andrew White, Esq.**

**1787 Veterans Memorial Hwy Ste 32**

Number       Street

**Islandia, NY 11749**

City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.30** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | 2:23-BK-20091 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$11,192.18** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$11,192.18** |

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$14,243.45** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$135,626.20** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$149,869.65** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Connecticut**

Case number **2:23-BK-20091**
(if known)

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................... **$0.00**

   1b. Copy line 62, Total personal property, from *Schedule A/B*.......................................... **$127,852.28**

   1c. Copy line 63, Total of all property on *Schedule A/B*................................................... **$127,852.28**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... **$14,626.95**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... **$11,192.18**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... **+ $149,869.65**

   **Your total liabilities** **$175,688.78**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I*.......................................... **$2,469.52**

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J*.................................................. **$5,007.79**

| Debtor 1 | **Alan** | **E.** | **Waskowicz** | Case number *(if known)* | **2:23-BK-20091** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$5,960.09

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $14,243.45 |
| 9g. **Total**. Add lines 9a through 9f. | $14,243.45 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan** | **E.** | **Waskowicz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Connecticut** | |
| Case number (if known) | **2:23-BK-20091** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Alan E. Waskowicz**
Alan E. Waskowicz, Debtor 1

Date  **07/11/2025**
MM/  DD/  YYYY