# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | | |
| ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ALAN E. WASKOWICZ, | : | ADV. PRO NO.: 25-02003 |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| EK REAL ESTATE FUND I, LLC and EASYKNOCK, INC., | : | RE: ECF No. 71 |
| | : | |
| Defendants. | : | |

## ORDER ON MOTION TO APPROVE SETTLEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 9019(a), this Court hereby finds that the settlement payment of $31,450, the remainder of the Repair Funds, made by the defendants, EasyKnock, Inc. and EK Real Estate Fund I, LLC to Anthony S. Novak, Chapter 7 Trustee of the Estate of Alan E. Waskowicz (the "Trustee") on May 29, 2025 hereby fully satisfies the Trustee's claims in his Adversary Proceeding. Upon entry of this order, the Trustee shall file a Notice of Dismissal of this Adversary Proceeding with prejudice.

**IT IS SO ORDERED** at Hartford, Connecticut this 17th day of July 2025.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut