United States Bankruptcy Court

District of Connecticut

| | |
|---|---|
| In re: | Case No. 23-20091-jjt |
| Alan E. Waskowicz | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdfdoc2 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| 9402465 | + | ADP, Inc., Attn: Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 9402501 | + | ALAN WASKOWICZ, 67 Little Fawn Rd, Southington, CT 06489-1736 |
| 9402503 | + | CT Office of the Attorney General, Attn: Bankruptcy Division, 165 Capitol Ave, Hartford, CT 06106-1774 |
| 9402495 | + | Hartford Hospital, Attn: David Mack, Esq., Chief Legal Officer, 80 Seymour Street, Hartford, CT 06102-8000 |
| 9402496 | + | Jefferson Radiology, Attn: Theresa Szymanski, Esq., General Counsel, PO Box 3484, Toledo, OH 43607-0484 |
| 9402483 | + | Kilbourne & Tully, P.C., Attn: Dean B. Kilbourne, Esq., 120 Laurel St., Bristol, CT 06010-5706 |
| 9402497 | + | Meriden Imaging Center, Attn: HARRY HAJEDEMOS, MD, 101 N Plains Industrial Rd., Bldg. 1A, Wallingford, CT 06492-2360 |
| 9402498 | | Orthopedic Associates of, Hartford Surgery Center LLC, Attn: PIETRO A. MEMMO MD, President, 150 Enterprise Dr Rocky Hill, CT 06067-3579 |
| 9402499 | + | Southington Family Dentistry, P.C., Attn: GINO A. BRINO, DMD, President, 954 S Main St., Plantsville, CT 06479-1645 |
| 9402489 | + | Town of Southington Tax Collector, P.O. Box 579, Southington, CT 06489-0579 |
| 9402502 | | Willcutts & Habib LLC, Attn: Michael J. Habib, Esq., 100 Pearl St., Fl. 14, Hartford, CT 06103-4500 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9402492 | ^ | MEBN | Jul 17 2025 18:26:23 | AT&T/Direct TV, Attn: Michael Hartman, Esq., General Counsel, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 9405374 | | Email/Text: bnc@atlasacq.com | Jul 17 2025 18:31:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9402466 | + | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 18:36:05 | American Express, World Financial Center, Attn: Laureen Seeger, Esq., General Counsel, 200 Vesey Street, New York, NY 10285-1000 |
| 9432864 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 18:35:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9402467 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 17 2025 18:32:00 | BARCLAYS, Attn: Mark Shelton, Esq., General Counsel, PO Box 8802, Wilmington, DE 19899-8802 |
| 9402469 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 17 2025 18:32:00 | CCS COLLECTIONS, Attn: STEVEN SANDS, 725 CANTON STREET, Norwood, MA 02062-2679 |
| 9402476 | | Email/Text: DRS.Bankruptcy@ct.gov | Jul 17 2025 18:31:00 | CT Department of Revenue Services, Bankruptcy Division, Attn: Pamela D. Calachan, 450 Columbus Blvd, Ste 1, Hartford, CT 06103-1837 |
| 9402474 | | Email/Text: service@creditcenterinc.com | Jul 17 2025 18:31:00 | CREDIT CENTER, INC., Attn: Noel C. Roy II, President, 7 FINANCE DR., Danbury, CT 06810 |
| 9402468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| ID | | Method/Address | Time | Name/Address |
|---|---|---|---|---|
| | | | Jul 17 2025 18:36:02 | Capital One Bank (USA), N.A., Attn: Matt Cooper, Esq., General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9402470 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2025 18:35:55 | Chase, Attn: Stacey Friedman, Esq., General Counsel, PO Box 15123, Wilmington, DE 19850-5123 |
| 9402471 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 18:36:04 | CitiBank, Attn: Brent McIntosh, Esq., General Counsel, 701 E. 60th St., Sioux Falls, SD 57104-0432 |
| 9428675 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 18:35:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9402472 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 17 2025 18:32:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 9403128 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 17 2025 18:32:00 | Credit Collection Service, Attn: STEVEN SANDS, PO Box 710, Norwood, MA 02062-0710 |
| 9402478 | | Email/Text: mrdiscen@discover.com | Jul 17 2025 18:31:00 | Discover Bank, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9402477 | + | Email/Text: mrdiscen@discover.com | Jul 17 2025 18:31:00 | Discover, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 9427595 | | Email/Text: mrdiscen@discover.com | Jul 17 2025 18:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 9402479 | ^ | MEBN | Jul 17 2025 18:25:45 | EASTERN ACCOUNT SYST, Attn: JOSEPH P. COURTNEY JR, President, 3 CORPORATE DR, Danbury, CT 06810-4166 |
| 9402493 | + | Email/Text: bankruptcynotices@eversource.com | Jul 17 2025 18:32:00 | Eversource, Attn: Greg Butler, Esq., General Counsel, 107 Selden Street, Berlin, CT 06037-1616 |
| 9402494 | ^ | MEBN | Jul 17 2025 18:26:12 | Fidelity Brokerage Services LLC, Attn: Jonathan Chiel, Esq., General Counsel, 900 Salem St., Smithfield, RI 02917-1243 |
| 9402481 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 17 2025 18:32:00 | GM FINANCIAL, Attn: Doug Johnson, Esq., Chief Legal Officer, PO Box 181145, Arlington, TX 76096-1145 |
| 9403129 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 17 2025 18:31:00 | I. C. System, Inc., Attn: Michelle Dove, Esq., General Counsel & CCO, PO Box 64378, Saint Paul, MN 55164-0378 |
| 9402482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 17 2025 18:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9402485 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 18:35:41 | LVNV FUNDING LLC, Attn: Bankruptcy Dept., 55 BEATTIE PLACE, Greenville, SC 29601-2165 |
| 9430017 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 18:35:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9402484 | + | Email/Text: Bankruptcies@londonandlondon.com | Jul 17 2025 18:31:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9402486 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 17 2025 18:32:00 | MIDLAND CREDIT MANAGEMENT, INC., Attn: Addison Crawford, Esq., General Counsel, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 9446603 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 17 2025 18:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9403130 | + | Email/Text: bankruptcy@nairlevin.com | Jul 17 2025 18:31:00 | Nair & Levin PC, Attn: Robert M. Levin, Esq., 707 Bloomfield Ave, Bloomfield, CT 06002-2406 |
| 9402487 | + | Email/Text: bankruptcy@rubinrothman.com | | |

District/off: 0205-2                           User: admin                                   Page 3 of 4
Date Rcvd: Jul 17, 2025                        Form ID: pdfdoc2                              Total Noticed: 48

|  |  | Jul 17 2025 18:31:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 9403131 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 18:35:42 | Resurgent Capital Services, Attn: Compliance Department, PO Box 10497, Greenville, SC 29603-0497 |
| 9402488 | ^ MEBN | Jul 17 2025 18:25:51 | SCHREIBER LAW LLC, Attn: Jeffrey A. Schreiber, Esq., 53 STILES ROAD, STE. A102, SALEM, NH 03079-2890 |
| 9402500 | + Email/Text: secbankruptcy@sec.gov | Jul 17 2025 18:32:00 | U.S. Securities & Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-2001 |
| 9402490 | ^ MEBN | Jul 17 2025 18:25:39 | UHG I LLC, Attn: Darren Turco, Manager, 6400 SHERIDAN DR., STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9402491 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 17 2025 18:47:18 | WELLS FARGO, Attn: Ellen Patterson, Esq., General Counsel, PO Box 10347, Des Moines, IA 50306-0347 |
| 9444742 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 17 2025 18:47:17 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9402475 | ##+ | Cross River Bank, Best Egg Personal Loans, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 9402480 | ##+ | EK REAL ESTATE FUND I LLC, Attn: Bankruptcy Dept., 111 W 33RD ST, # 1901, NEW YORK, NY 10001-2904 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey Hellman | |

District/off: 0205-2

Date Rcvd: Jul 17, 2025

User: admin

Form ID: pdfdoc2

Page 4 of 4

Total Noticed: 48

on behalf of Spec. Counsel Law Offices of Jeffrey Hellman  LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman

on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com

Jennifer L. Joubert

on behalf of Creditor Bank of America  N.A. jjoubert@bglaw.com,
mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com

Kelly A. Carden

on behalf of Creditor Bank of America  N.A. MLGBK@ecf.courtdrive.com

Michael J. Habib

on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

Walter J. Onacewicz

on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

_____

IN RE:                                                          :         CASE NO.: 23-20091 (JJT)
                                                                      :
ALAN E. WASKOWICZ,                              :         CHAPTER 7
                                                                      :
          Debtor.                                              :

_____

ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE  :         ADV. PRO NO.: 25-02003
FOR THE ESTATE OF ALAN E. WASKOWICZ,  :
                                                                      :
          Plaintiff,                                            :
v.                                                                 :
                                                                      :
EK REAL ESTATE FUND I, LLC and             :         RE: ECF No. 71
EASYKNOCK, INC.,                                    :
                                                                      :
          Defendants.                                        :
_____ :

**ORDER ON MOTION TO APPROVE SETTLEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 9019(a), this Court hereby finds that

the settlement payment of $31,450, the remainder of the Repair Funds, made by the defendants,

EasyKnock, Inc. and EK Real Estate Fund I, LLC to Anthony S. Novak, Chapter 7 Trustee of

the Estate of Alan E. Waskowicz (the "Trustee") on May 29, 2025 hereby fully satisfies the

Trustee's claims in his Adversary Proceeding.  Upon entry of this order, the Trustee shall file a

Notice of Dismissal of this Adversary Proceeding with prejudice.

**IT IS SO ORDERED** at Hartford, Connecticut this 17th day of July 2025.

_James J. Tancredi_
_United States Bankruptcy Judge_
_District of Connecticut_