United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re:<br>Alan E. Waskowicz<br>  Debtor | Case No. 23-20091-jjt<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

**Recip ID        Recipient Name and Address**
db           + Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

**Name                         Email Address**

Anthony S. Novak
                    AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com

Anthony S. Novak
                    on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com

Jeffrey Hellman
                    on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com

Jeffrey Hellman
                    on behalf of Spec. Counsel Law Offices of Jeffrey Hellman LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman
                    on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com

Jennifer L. Joubert
                    on behalf of Creditor Bank of America  N.A. jjoubert@bglaw.com,
                    mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdfdoc2 | Total Noticed: 1 |

Kelly A. Carden
    on behalf of Creditor Bank of America  N.A. MLGBK@ecf.courtdrive.com

Michael J. Habib
    on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

Walter J. Onacewicz
    on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

_____

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

_____

| | | |
|---|---|---|
| ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE | : | ADV. PRO NO.: 25-02003 |
| FOR THE ESTATE OF ALAN E. WASKOWICZ, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| EK REAL ESTATE FUND I, LLC and | : | RE: ECF No. 71 |
| EASYKNOCK, INC., | : | |
| | : | |
| Defendants. | : | |

_____

**ORDER ON MOTION TO APPROVE SETTLEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 9019(a), this Court hereby finds that the settlement payment of $31,450, the remainder of the Repair Funds, made by the defendants, EasyKnock, Inc. and EK Real Estate Fund I, LLC to Anthony S. Novak, Chapter 7 Trustee of the Estate of Alan E. Waskowicz (the "Trustee") on May 29, 2025 hereby fully satisfies the Trustee's claims in his Adversary Proceeding. Upon entry of this order, the Trustee shall file a Notice of Dismissal of this Adversary Proceeding with prejudice.

**IT IS SO ORDERED** at Hartford, Connecticut this 17th day of July 2025.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut