United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re:<br>Alan E. Waskowicz<br>    Debtor | Case No. 23-20091-jjt<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2025 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 23, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Spec. Counsel Law Offices of Jeffrey Hellman LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.Com christen@jeffhellmanlaw.com |
| Jennifer L. Joubert | on behalf of Creditor Bank of America N.A. jjoubert@bglaw.com, mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 21, 2025 | Form ID: pdfdoc2 | Total Noticed: 1 |

Kelly A. Carden
    on behalf of Creditor Bank of America N.A. MLGBK@ecf.courtdrive.com

Michael J. Habib
    on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

Walter J. Onacewicz
    on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-20091 (JJT) |
| | : | |
| ALAN E. WASKOWICZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | RE: ECF No. 72 |

_____

### ORDER ON FINAL APPLICATION FOR ALLOWANCE OF REIMBURSEMENT OF EXPENSES TO COUNSEL TO TRUSTEE

Upon the application of the Law Offices of Jeffrey Hellman, LLC requesting payment of compensation and reimbursement of expenses, and after notice and a hearing held on July 17, 2025, it is hereby

**ORDERED** that the Law Offices of Jeffrey Hellman, LLC, attorney for the Trustee is allowed a total of $10,483.33 for compensation of professional services representing one-third (1/3) of the recoveries, together with $708.85 for costs and disbursements for total compensation of $11,192.18. The Trustee is hereby directed to pay these fees to the Law Offices of Jeffrey Hellman, LLC upon entry of this order subject to adjustment and disgorgement if necessary.

**IT IS SO ORDERED** at Hartford, Connecticut this 17th day of July 2025.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut