United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 23-20091-jjt |
| Alan E. Waskowicz | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: 131 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 24, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Spec. Counsel Law Offices of Jeffrey Hellman  LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jennifer L. Joubert | on behalf of Creditor Bank of America  N.A. jjoubert@bglaw.com, mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: 131 | Total Noticed: 1 |

Kelly A. Carden
    on behalf of Creditor Bank of America N.A. MLGBK@ecf.courtdrive.com

Michael J. Habib
    on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

Walter J. Onacewicz
    on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com

TOTAL: 10

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 22, 2025

In re:
    Alan E. Waskowicz
    Debtor*

Case Number: 23−20091
Chapter: 7

### CLERK'S NOTICE REGARDING DEFICIENT AMENDMENT TO SCHEDULES/STATEMENTS

    An Amendment to Schedule(s) and/or Statement(s) was filed on July 11, 2025, in the United States Bankruptcy Court Clerk's Office, ECF No. 76. The Clerk's Office issued a Deficiency Notice on July 14, 2025, ECF No.78, informing the debtor and/or their attorney of the deficiency, and to date the deficiency has not been cured.

    **Notice is hereby given** that the amendment is deficient for the reasons stated on the Deficiency Notice, ECF No. 78 and no further action will be taken.

    **Notice is futher given** that the debtor and/or their attorney is hereby directed to serve this Notice on the parties given notice of the Amendment ECF No. 76.

    **Notice is futher given** that any subsequent amendment to schedule(s) and/or statement(s) must be simultaneously filed with the required filing fee.

Dated: July 22, 2025

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 131 − kpb

*For the purposes of this order, "Debtor" means "Debtors" where applicable.