**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE : | |
| : | CHAPTER 7 |
| ALAN WASKOWICZ : | CASE NO. 23-20091 |
| : | |
| DEBTOR : | September 8, 2025 |

## MOTION TO COMPEL TURNOVER PROPERTY OF THE ESTATE

Anthony S. Novak, the Chapter 7 Trustee in the above-captioned case (the "Trustee"), hereby requests that the Court enter an Order compelling the Debtor, Alan Waskowicz (the "Debtor") to turnover of property of this estate to the Trustee pursuant to 11 USC §542 and §521(4). In support of this Motion, the Trustee respectfully represents as follows:

1. On February 12, 2023, the Debtor commenced this proceeding by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. The undersigned was appointed Trustee on or about February 12, 2023 and is duly acting Anthony S. Novak, the Chapter 7 Trustee in the above-captioned case (the "Trustee"),

3. Despite numerous demands for turnover directed to Debtor's counsel, the Debtor has wholly refused and failed to turnover the following:

    a.    Copies of the Debtor's 2023 state and federal tax returns (with all backup documentation)

1

WHEREFORE, the Trustee requests that the Court enter a turnover order consistent with the relief requested herein.

ANTHONY S. NOVAK
Chapter 7 Trustee


By */s/ Anthony S. Novak*
 Anthony S. Novak
 280 Adams Street
 Manchester, CT 06042-1975
 860-432-7710
 Email: anthonysnovak@aol.com
 Fed. Bar #ct09074

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE : | |
| : | **CHAPTER 7** |
| ALAN WASKOWICZ : | **CASE NO. 23-20091** |
| : | |
| DEBTOR : | |

## PROPOSED ORDER GRANTING MOTION FOR
## ORDER TO COMPEL TURNOVER

The Trustee's Motion for Turnover of Property of the Estate having been considered and after notice, it is hereby

ORDERED that the Debtor and/or Debtor's counsel turnover the following to the Trustee within ten (10) days of the date of this Order:

a.  Copies of the Debtor's 2023 state and federal tax returns
    (with all backup documentation)

ORDERED that if the Debtor or Debtor's counsel do not comply with this order by _____, 2025, the Debtor shall appear before this court at the United States Bankruptcy Court by _____, 2025 at _____ a.m./p.m. to show cause why the court shall not find him in violation of this Court's order.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE : | |
| : | **CHAPTER 7** |
| **ALAN WASKOWICZ** : | **CASE NO. 23-20091** |
| : | |
| **DEBTOR** : | September 8, 2025 |

## NOTICE OF CONTESTED MATTER RESPONSE DEADLINE CERTIFICATION

Anthony S. Novak, Trustee (the "Movant"), hereby certifies that on the 8th day of September 2025, in accordance with Rules 7004, 7005 and 9014 F.R. Bankr.P., I served the following upon all parties entitled to notice:

(1) A copy of the **TRUSTEE'S MOTION TO COMPEL TURNOVER** (the "Contested Matter");
(2) A copy of the proposed Order; and
(3) Notice of Contested Matter Response Deadline, upon the following:

Office of the U.S. Trustee-via ECF

Michael Habib, Esq. - via ECF
Debtor's Counsel

Alan Waskowicz
67 Little Fawn Road
Southington, CT 06489
(Debtor)

ANTHONY S. NOVAK
Chapter 7 Trustee

By */s/ Anthony S. Novak*
Anthony S. Novak
280 Adams Street
Manchester CT 06042-1975
860-432-7710
Email: anthonysnovak@aol.com
Fed. Bar #ct09074

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | |
| | : | **CHAPTER 7** |
| **ALAN WASKOWICZ** | : | **CASE NO. 23-20091** |
| | : | |
| **DEBTOR** | : | **September 8, 2025** |

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

      ANTHONY S. NOVAK, Chapter 7 Trustee (the "Movant"), has filed a MOTION TO COMPEL TURNOVER (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any Response to the Contested Matter must be filed with the Court no later than twenty-one (21) days from the date the Contested Matter was filed with the Court (September 29, 2025), in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014b. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. Section 102(1).

      ANTHONY S. NOVAK, Esq.
      Chapter 7 Trustee
      Movant

      By/s/ *Anthony S. Novak*
      Anthony S. Novak, Esq.
      Novak Law Office, P.C.
      280 Adams Street
      Manchester, CT 06042-1075
      Tel: (860) 432-7710
      Email: anthonysnovak@aol.com
      Fed. Bar #ct09074

*Pursuant to Federal Rules of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.