# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | |
| | : | CHAPTER 7 |
| ALAN WASKOWICZ | : | CASE NO. 23-20091 |
| | : | |
| DEBTOR | : | SEPTEMBER 29, 2025 |

## TRUSTEE'S WITHDRAWAL OF MOTION TO COMPEL TURNOVER

The Trustee hereby withdraws the Trustee's Motion to Compel (Doc ID #91) as the Debtor's 2023 State and Federal tax returns have subsequently been received by the Trustee from Debtor.

ANTHONY S. NOVAK, TRUSTEE

*/s/ Anthony S. Novak*
Anthony S. Novak, Esq.
Chapter 7 Trustee
Fed. Bar #ct09074
280 Adams Street
Manchester, CT 06042-1975
Tel. (860) 432-7710
Email: anthonysnovak@aol.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was served on all parties via notice of Electronic Filing for parties or counsel who are registered filers and via first class mail postage prepaid to all other parties this 29th day of September 2025:

Office of the U.S. Trustee (via ECF)     Michael Habib, Esq. (via ECF)
                                         (Debtor's Counsel)

Alan Waskowicz (via email and 1st class mail)
67 Little Fawn Road
Southington, CT 06489
(Debtor )

*/s/ Anthony S. Novak*
Anthony S. Novak