**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re:  ALAN E. WASKOWICZ         § Case No. 23-20091
                                  §
                                  §
                                  §
         Debtor(s)                §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/12/2023. The undersigned trustee was appointed on 02/12/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $        31,450.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 11,192.18 |
| Bank service fees | 132.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 20,125.39 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/16/2023 and the deadline for filing governmental claims was 08/11/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,895.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,895.00, for a total compensation of $3,895.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $45.56 for total expenses of $45.56[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/19/2025

By: /s/ Anthony S. Novak
    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 23-20091 | Trustee Name: | (270060) Anthony S. Novak |
| --- | --- | --- | --- |
| Case Name: | ALAN E. WASKOWICZ | Date Filed (f) or Converted (c): | 02/12/2023 (f) |
| | | § 341(a) Meeting Date: | 03/13/2023 |
| For Period Ending: | 11/19/2025 | Claims Bar Date: | 10/16/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2017 Ford Explorer | 18,138.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods | 1,300.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 1,100.00 | 0.00 | | 0.00 | FA |
| 4 | Fishing equipment, skiing equipment | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Firearms | 1,050.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | TD Bank account | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Fidelity 401k | 39,438.91 | 0.00 | | 0.00 | FA |
| 9 | Fidelity 403b | 26,993.37 | 0.00 | | 0.00 | FA |
| 10* | EK Real Estate (See Footnote) | 31,450.00 | 0.00 | | 0.00 | FA |
| 11 | 2021 federal tax refund | 3,951.00 | 0.00 | | 0.00 | FA |
| 12 | 2021 State tax refund | 2,831.00 | 0.00 | | 0.00 | FA |
| 13 | 2022 Federal and State tax refunds (u) | Unknown | 0.00 | | 0.00 | FA |
| 14* | Possible fraudulent conveyance of real property (u)<br>Value for reporting purposes only (See Footnote) | 31,450.00 | 31,450.00 | | 31,450.00 | FA |
| 15 | 2023 Tax Refunds (if any) (u) | Unknown | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals (Excluding unknown values)** | **$159,302.28** | **$31,450.00** | | **$31,450.00** | **$0.00** |

RE PROP# 10    SAME AS ASSET #14 - FRAUDULENT CONVEYANCE ADV. FILED

RE PROP# 14    (Same as asset #10)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 23-20091  
**Case Name:** ALAN E. WASKOWICZ  

**For Period Ending:** 11/19/2025  

**Trustee Name:** (270060) Anthony S. Novak  
**Date Filed (f) or Converted (c):** 02/12/2023 (f)  
**§ 341(a) Meeting Date:** 03/13/2023  
**Claims Bar Date:** 10/16/2023  

**Major Activities Affecting Case Closing:**

9/8/25: Efile Motion to Compel Turnover of 2023 tax returns (2023 returns provided. Withdrew motion to compel)
Amendment filed 7/11/25 found deficient by clerk's office. Counsel did not revise
7/22/25: Email debtor's counsel re: copy of 2023 tax returns
7/17/25: 9019 granted
1/29/25: Complaint v. EK Real Estate/Easy Knock filed by Atty.Hellman. Adversary proceeding is pending in Bankruptcy Court.
1/28/25: Request status update from special counsel.
8/8/24: Request status update from special counsel
02/27/24: Request update from special counsel re: possible fraudulent conveyance of real property
07/19/23 Rec'd and reviewed 2022 tax returns.
05/30/23: Efile App to Appt Hellman(granted 6/30/23). Adv. Pro filed
05/18/23: Letter to URI
04/27/23: Draft App to Appt Hellman as special counsel
04/11/23: Email to Jeff Hellman re: interest in being appted special counsel re: Southington property, probate estate, etc
04/11/23: Request 2022 tax returns
Probate estate of Donald Waskowicz

**Initial Projected Date Of Final Report (TFR):** 10/30/2023    **Current Projected Date Of Final Report (TFR):** 09/30/2025 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 23-20091 | Trustee Name: | Anthony S. Novak (270060) |
| --- | --- | --- | --- |
| Case Name: | ALAN E. WASKOWICZ | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5966 | Account #: | ******1506 Checking |
| For Period Ending: | 11/19/2025 | Blanket Bond (per case limit): | $21,745,936.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/05/25 | {14} | LAW OFFICES OF JEFFREY HELLMAN, LLC | Fraudulent conveyance / 1241-000 | 31,450.00 | | 31,450.00 |
| 06/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 38.64 | 31,411.36 |
| 07/30/25 | 101 | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per court order allowing fees/expenses dated 7/17/25 | | 11,192.18 | 20,219.18 |
| | | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per court order allowing fees dated 7/17/25 / 3210-000  $10,483.33 | | | |
| | | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per court order allowing expenses dated 7/17/25 / 3220-000  $708.85 | | | |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 55.38 | 20,163.80 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 38.41 | 20,125.39 |
| | | **COLUMN TOTALS** | | 31,450.00 | 11,324.61 | $20,125.39 |
| | | | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | | **Subtotal** | | 31,450.00 | 11,324.61 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | | $31,450.00 | $11,324.61 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 23-20091 | **Trustee Name:** | Anthony S. Novak (270060) |
| **Case Name:** | ALAN E. WASKOWICZ | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5966 | **Account #:** | ******1506 Checking |
| **For Period Ending:** | 11/19/2025 | **Blanket Bond (per case limit):** | $21,745,936.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $31,450.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $31,450.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1506 Checking | $31,450.00 | $11,324.61 | $20,125.39 |
| | **$31,450.00** | **$11,324.61** | **$20,125.39** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 23-20091 ALAN E. WASKOWICZ

Claims Bar Date: 10/16/23

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Anthony S. Novak<br>280 Adams Street<br>Manchester, CT 06042<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>06/05/25 | | $3,895.00<br>$3,895.00 | $0.00 | $3,895.00 |
| SPEC EXPS | LAW OFFICES OF JEFFREY HELLMAN, LLC<br>195 CHURCH STREET, 10th FL<br>NEW HAVEN, CT 06510<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200<br>Per court order allowing expenses dated 7/17/25 | Administrative<br>06/18/25 | | $708.85<br>$708.85 | $708.85 | $0.00 |
| SPEC FEES | LAW OFFICES OF JEFFREY HELLMAN, LLC<br>195 CHURCH STREET, 10th FL<br>NEW HAVEN, CT 06510<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200<br>Per court order allowing fees dated 7/17/25 | Administrative<br>06/18/25 | | $10,483.33<br>$10,483.33 | $10,483.33 | $0.00 |
| TE | Anthony S. Novak<br>280 Adams Street<br>Manchester, CT 06042<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>09/30/25 | | $45.56<br>$45.56 | $0.00 | $45.56 |
| 6 | Town of Southington Tax Collector<br>P.O. Box 579<br>Southington, CT 06489<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Per tax verification letter dated 6/4/25 | Priority<br>07/05/23 | | $515.82<br>$515.82 | $0.00 | $515.82 |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#7744<br>OK | Unsecured<br>06/21/23 | | $2,915.75<br>$2,915.75 | $0.00 | $2,915.75 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 23-20091 ALAN E. WASKOWICZ

Claims Bar Date: 10/16/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#4986<br>OK | Unsecured<br>06/21/23 | | $13,894.86<br>$13,894.86 | $0.00 | $13,894.86 |
| 3 | Citibank, N.A.<br>6716 Grade Ln Big 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#1992<br>OK | Unsecured<br>06/26/23 | | $4,358.28<br>$4,358.28 | $0.00 | $4,358.28 |
| 4 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#0843<br>OK | Unsecured<br>06/30/23 | | $31,421.01<br>$31,421.01 | $0.00 | $31,421.01 |
| 5 | Town of Southington Tax Collector<br>P.O. Box 579<br>Southington, CT 06489<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Claim disallowed per court order dated 12/11/23 (Doc ID #58) | Unsecured<br>07/05/23 | | $7,495.71<br>$0.00 | $0.00 | $0.00 |
| 7 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#1008<br>OK | Unsecured<br>07/19/23 | | $1,680.40<br>$1,680.40 | $0.00 | $1,680.40 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 23-20091 ALAN E. WASKOWICZ

Claims Bar Date: 10/16/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Wells Fargo Bank, N.A.<br>PO Box 9210<br>Des Moines, IA 50306<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#6611<br>OK | Unsecured<br>09/21/23 | | $6,550.69<br>$6,550.69 | $0.00 | $6,550.69 |
| 9 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#3032<br>OK | Unsecured<br>09/27/23 | | $5,172.78<br>$5,172.78 | $0.00 | $5,172.78 |
| 10 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#6724<br>OK | Unsecured<br>09/28/23 | | $9,553.31<br>$9,553.31 | $0.00 | $9,553.31 |
| 11 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#6668 OK | Unsecured<br>10/03/23 | | $4,751.75<br>$4,751.75 | $0.00 | $4,751.75 |

Case Total:    $11,192.18    $84,755.21

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-20091
Case Name: ALAN E. WASKOWICZ
Trustee Name: Anthony S. Novak

**Balance on hand:** $ 20,125.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 20,125.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Anthony S. Novak | 3,895.00 | 0.00 | 3,895.00 |
| Trustee, Expenses - Anthony S. Novak | 45.56 | 0.00 | 45.56 |
| Attorney for Trustee Fees (Other Firm) - LAW OFFICES OF JEFFREY HELLMAN, LLC | 10,483.33 | 10,483.33 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - LAW OFFICES OF JEFFREY HELLMAN, LLC | 708.85 | 708.85 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 3,940.56
Remaining balance: $ 16,184.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 16,184.83

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $515.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Town of Southington Tax Collector | 515.82 | 0.00 | 515.82 |

|  | Total to be paid for priority claims: | $ | 515.82 |
|---|---|---|---|
|  | Remaining balance: | $ | 15,669.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $80,298.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,915.75 | 0.00 | 568.96 |
| 2 | Discover Bank | 13,894.86 | 0.00 | 2,711.36 |
| 3 | Citibank, N.A. | 4,358.28 | 0.00 | 850.45 |
| 4 | LVNV Funding, LLC | 31,421.01 | 0.00 | 6,131.30 |
| 5 | Town of Southington Tax Collector | 0.00 | 0.00 | 0.00 |
| 7 | American Express National Bank | 1,680.40 | 0.00 | 327.90 |
| 8 | Wells Fargo Bank, N.A. | 6,550.69 | 0.00 | 1,278.26 |
| 9 | Midland Credit Management, Inc. | 5,172.78 | 0.00 | 1,009.38 |
| 10 | Midland Credit Management, Inc. | 9,553.31 | 0.00 | 1,864.17 |
| 11 | Midland Credit Management, Inc. | 4,751.75 | 0.00 | 927.23 |

|  | Total to be paid for timely general unsecured claims: | $ | 15,669.01 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

UST Form 101-7-TFR(5/1/2011)

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**