UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:

**WASKOWICZ, ALAN E.**  Case No. 23-20091
Chapter 7

_____**Debtor.**_____

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO THE HONORABLE JAMES J. TANCREDI, U.S. BANKRUPTCY JUDGE:

ANTHONY S. NOVAK-Chapter 7 Trustee, Trustee herein, pursuant to 11 U.S.C. §330, requests $3,895.00 as compensation and $45.56 for reimbursement of expenses, $0.00 amount of which has been previously paid. In a case filed after October 22, 1994, I have provided, as annexed hereto, trustee time records.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the debtor, but including holders of secured claims are $31,450.00. Pursuant to 11 U.S.C. §326, compensation should be computed in the following manner:

Trustee Compensation for cases filed on or after October 22, 1994

| | | |
|---|---|---|
| 25% of first $5,000.00 ($1,250.00 max.) | $ | 1,250.00 |
| 10% on next $45,000.00 ($4,500.00 max.) | $ | 2,645.00 |
| 5% on next $950,000.00 ($47,500.00 max.) | $ | 0.00 |
| 3% of balance | $ | 0.00 |
| TOTAL COMPENSATION | $ | 3,895.00 |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---:|
| COPIES | $ | 36.20 |
| POSTAGE | $ | 9.36 |
| TOTAL EXPENSES | $ | 45.56 |

Pursuant to FRBP 2016, the undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 30th day of September, 2025.

*/s/ Anthony S. Novak*
ANTHONY S. NOVAK - Chapter 7
Trustee
280 ADAMS STREET
MANCHESTER, CT 06042

**ANTHONY S. NOVAK, TRUSTEE**
280 ADAMS STREET
Manchester, CT 06042-1975

---

September 30, 2025

Invoice submitted to:

WASKOWICZ-Trustee

Invoice #:   13336

Professional Services

| Date | Atty | Service | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/13/2023 | MH | Email debtor's counsel re: documents for 341 meeting. | 0.20<br>125.00/hr | 25.00 |
| 3/13/2023 | ASN | Prepare for and conduct 341 meeting (continue for reporting only) | 0.30<br>425.00/hr | 127.50 |
| 4/11/2023 | ASN | Review additional documents re: probate estate and house buy back documents sent by debtor's counsel (1.0); email to Atty.Hellman re: same (.5) | 1.50<br>425.00/hr | 637.50 |
| 4/25/2023 | ASN | Conference call with Atty. Jeff Hellman re: possible causes of action against real estate recovery | 0.60<br>425.00/hr | 255.00 |
| 5/18/2023 | ASN | Letter to University of Rhode Island re: turnover of direct tuition payments. | 0.50<br>425.00/hr | 212.50 |
| 5/24/2023 | ASN | Prepare Trustee's Application to Employ Special Counsel to pursue possible fraudulently conveyed assets. | 1.00<br>425.00/hr | 425.00 |
| 6/15/2023 | ASN | Prepare for and attendance at court on Trustee's Report of Assets and status conference. | 1.50<br>425.00/hr | 637.50 |
| 6/29/2023 | ASN | Prepare for and attendance at court on Trustee's Application to Appoint Special Counsel and Trustee's Report of Assets. | 1.00<br>425.00/hr | 425.00 |
| 7/27/2023 | ASN | Review 2022 state and federal tax returns and backup recently received (.5); email to special counsel re: same (.2) | 0.70<br>425.00/hr | 297.50 |
| 8/1/2023 | ASN | Call from special counsel re: possible 2004 exam to ascertain facts of house transfer. | 0.20<br>425.00/hr | 85.00 |
| 8/9/2023 | ASN | Review email from Atty Rascia's office re: EasyKnoc, review EasyKnoc contract on real estate. | 0.80<br>425.00/hr | 340.00 |

---

860-432-7710

WASKOWICZ-Trustee                                                                                                    Page    2

| Date | Atty | Service | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/19/2023 | ASN | Review Motion for 2004 Exam of debtor filed by special counsel. | 0.20<br>425.00/hr | 85.00 |
| 10/16/2023 | ASN | Review debtor's Motion for Protective Order (.2); call to special counsel Jeff Hellman re: same (.2) | 0.40<br>425.00/hr | 170.00 |
| 3/27/2024 | ASN | Review Motion for Relief from Stay filed by Bank of America. | 0.20<br>425.00/hr | 85.00 |
| 4/2/2024 | MH | Email special counsel re: status. | 0.10<br>125.00/hr | 12.50 |
| 8/29/2024 | ASN | Conference call with Jeff Hellman re: theories on trustee's ability to recover funds on real property and interplay of probate estate. | 0.50<br>425.00/hr | 212.50 |
| 10/3/2024 | MH | Email special counsel re: status. | 0.10<br>125.00/hr | 12.50 |
| 1/28/2025 | MH | Email to special counsel requesting status update. | 0.20<br>125.00/hr | 25.00 |
| 3/17/2025 | ASN | Review email from Atty. Carr re: disbursements as to $42,000 in escrowed repair funds to EZ Knock; call to special counsel re: same. | 0.20<br>425.00/hr | 85.00 |
| 4/3/2025 | ASN | Prepare for and attendance at court on court ordered status conference re: adversary against Ek Real Estate Fund; conference with special counsel thereafter. | 1.00<br>425.00/hr | 425.00 |
| 4/14/2025 | ASN | Review email chains between special counsel and E-Z Knock re: repair funds. | 0.10<br>425.00/hr | 42.50 |
| 4/22/2025 | ASN | Review email from special counsel and respond. | 0.20<br>425.00/hr | 85.00 |
| 5/1/2025 | ASN | Review Motion for Default for Failure to Appear against EK Real Estate Fund. | 0.10<br>425.00/hr | 42.50 |
| 5/22/2025 | ASN | Review subpoena of Alan Waskowicz in East Knock adversary. | 0.10<br>425.00/hr | 42.50 |
| 6/4/2025 | MH | Prepare and email tax verification letter to Town of Southington re: Claim #6. | 0.20<br>125.00/hr | 25.00 |
| | MH | Import claims and print for trustee review. | 0.80<br>125.00/hr | 100.00 |
| | ASN | Review claims and backup documents. | 0.50<br>425.00/hr | 212.50 |
| 6/5/2025 | MH | Open estate bank account and make deposit. | 0.20<br>125.00/hr | 25.00 |

WASKOWICZ-Trustee                                                                                                         Page    3

| Date | Atty | Service | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2025 | ASN | Review email from special counsel re: recovery on adversary proceeding against EZ Knock, review discovery documents. | 0.50<br>425.00/hr | 212.50 |
| 6/12/2025 | ASN | Review and revise BR 9019 motion to settle adversary proceeding 25-02003 against EasyKnock Inc.; review backup documents in support of $31,450 settlement. | 0.60<br>425.00/hr | 255.00 |
| 7/24/2025 | ASN | Call with special counsel Jeff Hellman re: payment. | 0.10<br>425.00/hr | 42.50 |
| 7/30/2025 | MH | Email from Atty. Hellman; Mail compensation check to special counsel. | 0.10<br>125.00/hr | 12.50 |
| 8/5/2025 | MH | Email and fax to debtor's counsel re: status of turnover of 2023 tax returns. | 0.10<br>125.00/hr | 12.50 |
| 8/21/2025 | MH | Second email to debtor's counsel re: 2023 tax returns. | 0.10<br>125.00/hr | 12.50 |
| 8/28/2025 | MH | Discussion with trustee; draft motion to compel; forward draft to debtor's counsel re: 2023 tax returns. | 0.90<br>125.00/hr | 112.50 |
| 9/8/2025 | MH | Final email to debtor's attorney re: 2023 tax returns; discuss filing motion to compel with trustee. | 0.30<br>125.00/hr | 37.50 |
| 9/23/2025 | MH | Discussion with trustee; call to debtor re: turnover of 2023 tax returns (left message). | 0.10<br>125.00/hr | 12.50 |
| 9/29/2025 | ASN | Review email and 2023 tax returns received from debtor; prepare and file Withdrawal of Motion to Compel. | 0.30<br>425.00/hr | 127.50 |
| 9/30/2025 | MH | Draft NFR and TFR for trustee review. | 1.00<br>125.00/hr | 125.00 |
|  | ASN | Review draft of Final Report, NFR and fee application; review file and bank statements. | 0.70<br>425.00/hr | 297.50 |
| 12/15/2025 | ASN | Prepare for and attendance at TFR hearing (est.) | 1.00<br>425.00/hr | 425.00 |
|  |  | **For professional services rendered** | **19.20** | **$6,840.00** |

Additional Charges :

| Date | Service | | |
|---|---|---|---|
| 2/13/2023 | Photocopies (schedules) | | 16.80 |
| 6/4/2025 | Copying cost (claims) | | 19.40 |

WASKOWICZ-Trustee                                                                                                       Page    4

| Date | Service | Amount |
|---|---|---|
| 7/30/2025 | Postage (mail fees to special counsel) | 0.78 |
| 9/29/2025 | Postage (serve withdrawal of motion to compel on debtor) | 0.78 |
| 12/30/2025 | Postage (mail distribution checks) est. | 7.80 |
| | **Total additional charges** | **$45.56** |
| | **Total amount of this bill** | **$6,885.56** |
| | **BALANCE DUE** | **$6,885.56** |