**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re:

**WASKOWICZ, ALAN E.**              Case No. 23-20091
                                                                 Chapter 7

                                       **Debtor.**

**ORDER APPROVING COMPENSATION OF CHAPTER 7 TRUSTEE**

The Trustee's Final Report and Application for Compensation, ECF No. ___, after notice and a hearing, upon a statement by the Office of the U.S. Trustee and in the absence of any objections; it is hereby

ORDERED that the Trustee's compensation in the amount of $3,895.00 and reimbursement of expenses in the amount of $45.56 be allowed, with payment to be made at the time of the distribution to creditors, if any.