# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−2 | User: admin | Date Created: 11/19/2025 |
| Case: 23−20091 | Form ID: pdfdoc1 | Total: 61 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr       Bank of America, N.A.

                                        TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr       Anthony S. Novak     AnthonySNovak@aol.com
aty     Anthony S. Novak     AnthonySNovak@aol.com
aty     Jeffrey Hellman       jeff@jeffhellmanlaw.com
aty     Jennifer L. Joubert    jjoubert@bglaw.com
aty     Kelly A. Carden       MLGBK@ecf.courtdrive.com
aty     Michael J. Habib      mike@inzitarilawoffice.com
aty     Walter J. Onacewicz   wonacewicz@nairlevin.com

                                        TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Alan E. Waskowicz | 67 LITTLE FAWN RD | SOUTHINGTON, CT 06489 |
| cr | Credit Acceptance Corporation | c/o Law Offices of Nair & Levin, P.C. | 707 Bloomfield Avenue    Bloomfield, CT 06002 |
| cr | Atlas Acquisitions LLC | 492C Cedar Lane, Ste 442 | Teaneck, NJ 07666 |
| sp | Law Offices of Jeffrey Hellman, LLC | 195 Church Street, 10th Floor | New Haven, CT 06510 |
| 9402465 | ADP, Inc. | Attn: Wage Garnishments    PO Box 221230 | El Paso, TX 79912 |
| 9402501 | ALAN WASKOWICZ | 67 Little Fawn Rd | Southington, CT 06489 |
| 9402492 | AT&T/Direct TV | Attn: Michael Hartman, Esq.    General Counsel | 2260 E Imperial Hwy    El Segundo, CA 90245 |
| 9402466 | American Express | World Financial Center    Attn: Laureen Seeger, Esq.    General Counsel | 200 Vesey Street    New York, NY 10285 |
| 9432864 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001 | Malvern PA 19355−0701 |
| 9405374 | Atlas Acquisitions LLC | on behalf of UHG I LLC    492C Cedar Lane, Ste 442 | Teaneck, NJ 07666 |
| 9402467 | BARCLAYS | Attn: Mark Shelton, Esq.    General Counsel    PO Box 8802 | Wilmington, DE 19899−8802 |
| 9402469 | CCS COLLECTIONS | Attn: STEVEN SANDS    725 CANTON STREET | Norwood, MA 02062 |
| 9402474 | CREDIT CENTER, INC. | Attn: Noel C. Roy II, President    7 FINANCE DR. | Danbury, CT 06810 |
| 9402476 | CT Department of Revenue Services | Bankruptcy Division    Attn: Pamela D. Calachan | 450 Columbus Blvd, Ste 1    Hartford, CT 06103−1837 |
| 9402503 | CT Office of the Attorney General | Attn: Bankruptcy Division    165 Capitol Ave | Hartford, CT 06106 |
| 9402468 | Capital One Bank (USA), N.A. | Attn: Matt Cooper, Esq.    General Counsel    PO Box 30285 | Salt Lake City, UT 84130−0285 |
| 9402470 | Chase | Attn: Stacey Friedman, Esq.    General Counsel    PO Box 15123 | Wilmington, DE 19850−5123 |
| 9402471 | CitiBank | Attn: Brent McIntosh, Esq.    General Counsel    701 E. 60th St. | Sioux Falls, SD 57117 |
| 9428675 | Citibank, N.A. | 5800 S Corporate Pl | Sioux Falls, SD 57108−5027 |
| 9402472 | Comenity Capital Bank | Bankruptcy Department    PO Box 183043 | Columbus, OH 43218−3043 |
| 9403128 | Credit Collection Service | Attn: STEVEN SANDS    PO Box 710 | Norwood, MA 02062 |
| 9402475 | Cross River Bank | Best Egg Personal Loans    1523 Concord Pike, Ste 201 | Wilmington, DE 19803 |
| 9402477 | Discover | Attn: Hope Mehlman, Esq.    General Counsel    PO Box 30939 | Salt Lake City, UT 84130 |
| 9402478 | Discover Bank | Attn: Hope Mehlman, Esq.    General Counsel    PO Box 30943 | Salt Lake City, UT 84130 |
| 9427595 | Discover Bank | Discover Products Inc    PO Box 3025 | New Albany, OH 43054−3025 |
| 9402479 | EASTERN ACCOUNT SYST | Attn: JOSEPH P. COURTNEY JR    President    3 CORPORATE DR | Danbury, CT 06810 |
| 9402480 | EK REAL ESTATE FUND I LLC | Attn: Bankruptcy Dept.    111 W 33RD ST, # 1901 | NEW YORK, NY 10120 |
| 9402493 | Eversource | Attn: Greg Butler, Esq.    General Counsel    107 Selden Street | Berlin, CT 06037 |
| 9402494 | Fidelity Brokerage Services LLC | Attn: Jonathan Chiel, Esq.    General Counsel | 900 Salem St.    Smithfield, RI 02917 |
| 9402481 | GM FINANCIAL | Attn: Doug Johnson, Esq.    Chief Legal Officer    PO Box 181145 | Arlington, TX 76096 |
| 9402495 | Hartford Hospital | Attn: David Mack, Esq.    Chief Legal Officer    80 Seymour Street | Hartford, CT 06102 |

| | | | | | |
|---|---|---|---|---|---|
| 9403129 | I. C. System, Inc. | Attn: Michelle Dove, Esq. | General Counsel & CCO | PO Box 64378 | Saint Paul, MN 55164 |
| 9402482 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 9402496 | Jefferson Radiology | Attn: Theresa Szymanski, Esq. | General Counsel | PO Box 3484 | Toledo, OH 43607 |
| 9402483 | Kilbourne & Tully, P.C. | Attn: Dean B. Kilbourne, Esq. | 120 Laurel St. | Bristol, CT 06010 | |
| 9402485 | LVNV FUNDING LLC | Attn: Bankruptcy Dept. | 55 BEATTIE PLACE | Greenville, SC 29601 | |
| 9430017 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 | |
| 9402484 | London & London | Attn: Dora Richwine, Esq. | 48 Christian Ln | Newington, CT 06111 | |
| 9402486 | MIDLAND CREDIT MANAGEMENT, INC. | Attn: Addison Crawford, Esq. | General Counsel | 350 Camino De La Reina, Ste 100 | San Diego, CA 92108 |
| 9402497 | Meriden Imaging Center | Attn: HARRY HAJEDEMOS, MD | 101 N Plains Industrial Rd. | Bldg. 1A | Wallingford, CT 06492 |
| 9446603 | Midland Credit Management, Inc. | PO Box 2037 | Warren, MI 48090 | | |
| 9403130 | Nair & Levin PC | Attn: Robert M. Levin, Esq. | 707 Bloomfield Ave | Bloomfield, CT 06002 | |
| 9402498 | Orthopedic Associates of Hartford Surgery Center LLC | Attn: PIETRO A. MEMMO MD | President | 150 Enterprise Dr | Rocky Hill, CT 06067–3579 |
| 9402487 | RUBIN & ROTHMAN LLC | Attn: Andrew White, Esq. | 1787 Veterans Memorial Hwy, Ste 32 | Islandia, NY 11749 | |
| 9403131 | Resurgent Capital Services | Attn: Compliance Department | PO Box 10497 | Greenville, SC 29603 | |
| 9402488 | SCHREIBER LAW LLC | Attn: Jeffrey A. Schreiber, Esq. | 53 STILES ROAD, STE. A102 | SALEM, NH 03079 | |
| 9402499 | Southington Family Dentistry, P.C. | Attn: GINO A. BRINO, DMD | President | 954 S Main St. | Plantsville, CT 06479 |
| 9402489 | Town of Southington Tax Collector | P.O. Box 579 | Southington, CT 06489 | | |
| 9402500 | U.S. Securities & Exchange Commission | 100 F Street, N.E. | Washington, D.C. 20549 | | |
| 9402490 | UHG I LLC | Attn: Darren Turco, Manager | 6400 SHERIDAN DR., STE. 138 | WILLIAMSVILLE, NY 14221 | |
| 9402491 | WELLS FARGO | Attn: Ellen Patterson, Esq. | General Counsel | PO Box 10347 | Des Moines, IA 50306–0347 |
| 9444742 | Wells Fargo Bank, N.A. | Wells Fargo Card Services | PO Box 10438, MAC F8235–02F | Des Moines, IA 50306–0438 | |
| 9402502 | Willcutts & Habib LLC | Attn: Michael J. Habib, Esq. | 100 Pearl St., Fl. 14 | Hartford, CT 06103–4500 | |

TOTAL: 53