## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 23-20091 (JJT) |
| **ALAN E. WASKOWICZ**, | Chapter: 7 |
| Debtor. | |
| _____/ | DECEMBER 22, 2025 |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on this 22nd day of December, 2025, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

    1. Documents Served:

       A. *Objection (in-part) to Trustee's Proposed Distribution and Debtor's Motion to Require Trustee to Abandon Property*.

    2. Parties Served via First Class Mail:

       **ALAN E. WASKOWICZ**, Debtor
       67 LITTLE FAWN RD
       SOUTHINGTON, CT 06489



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

**DATED AT <u>MIDDLETOWN, CONNECTICUT</u> THIS <u>22ND</u> DAY OF <u>DECEMBER</u>, 20<u>25</u>.**

        **RESPECTFULLY SUBMITTED,**
        **THE DEBTOR, ALAN E. WASKOWICZ,**
        **BY HIS ATTORNEY,**

        */s/ Michael J. Habib*
        _____
        **MICHAEL J. HABIB, ESQ.** (CT29412)
        Willcutts & Habib, LLC
        100 Pearl St., Fl. 14
        Hartford, CT 06103-4500
        Tel: (860) 249-7071
        Fax: (860) 863-4625
        E-Mail: Mike@InzitariLawOffice.com



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514