**File an order :**

**23-20091 Alan E. Waskowicz**

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Hartford) |
| Assets: y | Debtor disposition: Standard Discharge | Judge: jjt |
| Case Flag: IFP | | |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from lbw entered on 12/29/2025 at 6:25 PM EST and filed on 12/29/2025
**Case Name:**        Alan E. Waskowicz
**Case Number:**        23-20091
**Document Number:** 97

**Docket Text:**
**SCHEDULING ORDER REGARDING DEBTOR'S OBJECTION AND MOTION TO COMPEL ABANDONMENT:**
On December 22, 2025, the Debtor, Alan E. Waskowicz, filed an Objection, In-Part, to Trustee's Proposed Distribution and Debtor's Motion to Require Trustee to Abandon Property (the 'Objection/Motion'), ECF No. 96. The Court notes that the Objection/Motion filed by the Debtor seeks dual relief: (a) an Objection to the Trustee's Final Report and proposed distribution (the 'Objection'); and (b) a Motion to require the Trustee to abandon property pursuant to Federal Rule of Bankruptcy Procedure 6007 (the 'Motion'). The Bankruptcy Court Miscellaneous Fee Schedule requires a filing fee of $199.00 for any motion to compel abandonment of property of the estate. A review of the docket shows that Debtor has not yet paid this required fee. The Court further notes that the Objection/Motion does not have a certificate of service attached. Federal Rule of Bankruptcy Procedure 6007(b) requires that any motion by a party in interest to compel abandonment of property must be served on the Trustee, all creditors, and all parties in interest. Accordingly, it is hereby
**ORDERED:** Debtor's counsel shall pay the required fee for a Motion to Compel Abandonment of Property in the amount of $199.00, no later than January 5, 2026; and it is further
**ORDERED:** Debtor's counsel shall file a Certificate of Service that shows service of the Objection/Motion on all required parties, no later than January 5, 2026; and it is further
**ORDERED:** Failure to comply with this Order may result in the Objection being overruled and Motion being denied. Signed by Judge James J. Tancredi on December 29, 2025. (lbw)