United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re:<br>Alan E. Waskowicz<br>    Debtor | Case No. 23-20091-jjt<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 30, 2025 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 01, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony S. Novak | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Spec. Counsel Law Offices of Jeffrey Hellman  LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jennifer L. Joubert | on behalf of Creditor Bank of America  N.A. jjoubert@bglaw.com, |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 30, 2025 | Form ID: pdfdoc2 | Total Noticed: 1 |

    mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com

Kelly A. Carden

    on behalf of Creditor Bank of America  N.A. MLGBK@ecf.courtdrive.com

Michael J. Habib

    on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

U. S. Trustee

    USTPRegion02.NH.ECF@USDOJ.GOV

Walter J. Onacewicz

    on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com

TOTAL: 10

**File an order :**

[23-20091 Alan E. Waskowicz](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Hartford) |
| Assets: y | Debtor disposition: Standard Discharge | Judge: jjt |
| Case Flag: IFP | | |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from lbw entered on 12/29/2025 at 6:25 PM EST and filed on 12/29/2025
**Case Name:** Alan E. Waskowicz
**Case Number:** [23-20091](#)
**Document Number:** 97

**Docket Text:**
**SCHEDULING ORDER REGARDING DEBTOR'S OBJECTION AND MOTION TO COMPEL ABANDONMENT:**
On December 22, 2025, the Debtor, Alan E. Waskowicz, filed an Objection, In-Part, to Trustee's Proposed Distribution and Debtor's Motion to Require Trustee to Abandon Property (the 'Objection/Motion'), ECF No. 96. The Court notes that the Objection/Motion filed by the Debtor seeks dual relief: (a) an Objection to the Trustee's Final Report and proposed distribution (the 'Objection'); and (b) a Motion to require the Trustee to abandon property pursuant to Federal Rule of Bankruptcy Procedure 6007 (the 'Motion'). The Bankruptcy Court Miscellaneous Fee Schedule requires a filing fee of $199.00 for any motion to compel abandonment of property of the estate. A review of the docket shows that Debtor has not yet paid this required fee. The Court further notes that the Objection/Motion does not have a certificate of service attached. Federal Rule of Bankruptcy Procedure 6007(b) requires that any motion by a party in interest to compel abandonment of property must be served on the Trustee, all creditors, and all parties in interest. Accordingly, it is hereby
**ORDERED:** Debtor's counsel shall pay the required fee for a Motion to Compel Abandonment of Property in the amount of $199.00, no later than January 5, 2026; and it is further
**ORDERED:** Debtor's counsel shall file a Certificate of Service that shows service of the Objection/Motion on all required parties, no later than January 5, 2026; and it is further
**ORDERED:** Failure to comply with this Order may result in the Objection being overruled and Motion being denied. Signed by Judge James J. Tancredi on December 29, 2025. (lbw)