# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                            Case No.: 23-20091 (JJT)

    **ALAN E. WASKOWICZ**,                Chapter: 7

           Debtor.

_____/        JANUARY 5, 2026

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on this 5<u>TH</u> day of <u>January, 2026</u>, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

    1. Documents Served:

       A. *Objection (in-part) to Trustee's Proposed Distribution and Debtor's Motion to Require Trustee to Abandon Property*.

    2. Parties Served via First Class Mail:

ADP, Inc.
Attn: Wage Garnishments
PO Box 221230
El Paso, TX 79912

CREDIT CENTER, INC.
Attn: Noel C. Roy II, President
7 FINANCE DR.
Danbury, CT 06810

BARCLAYS
Attn: Mark Shelton, Esq.
General Counsel
PO Box 8802
Wilmington, DE 19899-8802

Capital One Bank (USA), N.A.
Attn: Matt Cooper, Esq.
General Counsel
PO Box 30285
Salt Lake City, UT 84130-0285



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

Chase
Attn: Stacey Friedman, Esq.
General Counsel
PO Box 15123
Wilmington, DE 19850-5123

CitiBank
Attn:  Brent McIntosh, Esq.
General Counsel
701 E. 60th St.
Sioux Falls, SD 57117

CREDIT ACCEPTANCE
Attn: Erin Kerber, Esq.
General Counsel
25505 W 12 Mile Rd
Southfield, MI 48034-1846

MIDLAND CREDIT MANAGEMENT, INC.
Attn: Addison Crawford, Esq.
General Counsel
350 Camino De La Reina, Ste 100
San Diego, CA 92108

CT Department of Revenue Services
Bankruptcy Division
Attn: Pamela D. Calachan
450 Columbus Blvd, Ste 1
Hartford, CT 06103-1837

Discover
Attn: Hope Mehlman, Esq.
General Counsel
PO Box 30939
Salt Lake City, UT 84130

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

EK REAL ESTATE FUND I LLC
Attn: Bankruptcy Dept.
111 W 33RD ST, # 1901
NEW YORK, NY 10120

Fidelity Brokerage Services LLC
Attn: Jonathan Chiel, Esq.
General Counsel
900 Salem St.
Smithfield, RI 02917

GM FINANCIAL
Attn: Doug Johnson, Esq.
Chief Legal Officer
PO Box 181145
Arlington, TX 76096

EASTERN ACCOUNT SYST
Attn: JOSEPH P. COURTNEY JR
President
3 CORPORATE DR
Danbury, CT 06810

Jefferson Radiology
Attn: Theresa Szymanski, Esq.
General Counsel
PO Box 3484
Toledo, OH 43607

London & London
Attn: Dora Richwine, Esq.
48 Christian Ln
Newington, CT 06111

LVNV FUNDING LLC
Attn: Bankruptcy Dept.
55 BEATTIE PLACE
Greenville, SC 29601

UHG I LLC
Attn: Darren Turco, Manager
6400 SHERIDAN DR., STE. 138
WILLIAMSVILLE, NY 14221

SCHREIBER LAW LLC
Attn: Jeffrey A. Schreiber, Esq.
53 STILES ROAD, STE. A102
SALEM, NH 03079

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
Firm Juris No. 440514

- 2 -

American Express
World Financial Center
Attn: Laureen Seeger, Esq.
General Counsel
200 Vesey Street
New York, NY 10285

Orthopedic Associates of
Hartford Surgery Center LLC
Attn: PIETRO A. MEMMO MD
President
150 Enterprise Dr
Rocky Hill, CT 06067-3579

AT&T/Direct TV
Attn: Michael Hartman, Esq.
General Counsel
2260 E Imperial Hwy
El Segundo, CA 90245

Southington Family Dentistry, P.C.
Attn: GINO A. BRINO, DMD
President
954 S Main St.
Plantsville, CT 06479

CCS COLLECTIONS
Attn: STEVEN SANDS
725 CANTON STREET
Norwood, MA 02062

WELLS FARGO
Attn: Ellen Patterson, Esq.
General Counsel
PO Box 10347
Des Moines, IA 50306-0347

Comenity Capital Bank
Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043

Eversource
Attn: Greg Butler, Esq.
General Counsel
107 Selden Street
Berlin, CT 06037

Cross River Bank
Best Egg Personal Loans
1523 Concord Pike, Ste 201
Wilmington, DE 19803

Kilbourne & Tully, P.C.
Attn: Dean B. Kilbourne, Esq.
120 Laurel St.
Bristol, CT 06010

Discover Bank
Attn: Hope Mehlman, Esq.
General Counsel
PO Box 30943
Salt Lake City, UT 84130

Hartford Hospital
Attn: David Mack, Esq.
Chief Legal Officer
80 Seymour Street
Hartford, CT 06102

Southington Tax Collector
Attn: Teresa M. Babon
PO Box 579
Southington, CT 06489

Meriden Imaging Center
Attn: HARRY HAJEDEMOS, MD
101 N Plains Industrial Rd. 1A
Wallingford, CT 06492

ALAN E. WASKOWICZ, Debtor
67 LITTLE FAWN RD
SOUTHINGTON, CT 06489

RUBIN & ROTHMAN LLC
Attn: Andrew White, Esq.
1787 Veterans Memorial Hwy, Ste 32
Islandia, NY 11749

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

**DATED AT <u>MIDDLETOWN, CONNECTICUT</u> THIS <u>5th</u> DAY OF <u>JANUARY</u>, 20<u>26</u>.**

> **RESPECTFULLY SUBMITTED,**
> **THE DEBTOR, ALAN E. WASKOWICZ,**
> **BY HIS ATTORNEY,**
>
> **MICHAEL J. HABIB, ESQ.** (CT29412)
> Willcutts & Habib, LLC
> 100 Pearl St., Fl. 14
> Hartford, CT 06103-4500
> Tel: (860) 249-7071
> Fax: (860) 863-4625
> E-Mail: Mike@InzitariLawOffice.com



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514