**File an order :**

<u>23-20091 Alan E. Waskowicz</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Hartford) |
| Assets: y | Debtor disposition: Standard Discharge | Judge: jjt |
| Case Flag: IFP | | |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from gr entered on 1/7/2026 at 3:21 PM EST and filed on 1/7/2026
**Case Name:**       Alan E. Waskowicz
**Case Number:**    <u>23-20091</u>
**Document Number:** 102

**Docket Text:**
**SCHEDULING ORDER CONTINUING HEARING ON TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION.** A hearing on the Trustee's Final Report and Application for Compensation (the "TFR"), ECF No. 93, is currently scheduled for January 8, 2026, at 10:00 a.m. The Debtor has filed an Objection to the TFR and, contemporaneously, a Motion for Trustee to Abandon Property (the "Motion"), ECF No. 96, which Motion is scheduled to be heard in the ordinary course on February 5, 2026, at 10:00 a.m.

To promote judicial economy and ensure that related matters are heard together, it is hereby

**ORDERED:** That the hearing on the Trustee's Final Report and Application for Compensation, currently scheduled for January 8, 2026, at 10:00 a.m., is CONTINUED to February 5, 2026, at 10:00 a.m. at United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT. Signed by Judge James J. Tancredi on January 7, 2026. (gr)

The following document(s) are associated with this transaction:


**23-20091 Notice will be electronically mailed to:**

Kelly A. Carden on behalf of Creditor Bank of America, N.A.
MLGBK@ecf.courtdrive.com

Michael J. Habib on behalf of Debtor Alan E. Waskowicz
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Jeffrey Hellman on behalf of Plaintiff Anthony S. Novak
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Spec. Counsel Law Offices of Jeffrey Hellman, LLC
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Trustee Anthony S. Novak
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jennifer L. Joubert on behalf of Creditor Bank of America, N.A.

jjoubert@bglaw.com, mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com

Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

Anthony S. Novak on behalf of Trustee Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

Walter J. Onacewicz on behalf of Creditor Credit Acceptance Corporation
wonacewicz@nairlevin.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**23-20091 Notice will not be electronically mailed to:**

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510