United States Bankruptcy Court
District of Connecticut

In re:  
Alan E. Waskowicz  
    Debtor

Case No. 23-20091-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 4  
Date Rcvd: Jan 07, 2026      Form ID: pdfdoc1      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| sp | + | Law Offices of Jeffrey Hellman, LLC, 195 Church Street, 10th Floor, New Haven, CT 06510-2009 |
| 9402501 | + | ALAN WASKOWICZ, 67 Little Fawn Rd, Southington, CT 06489-1736 |
| 9402495 | + | Hartford Hospital, Attn: David Mack, Esq., Chief Legal Officer, 80 Seymour Street, Hartford, CT 06102-8000 |
| 9402496 | + | Jefferson Radiology, Attn: Theresa Szymanski, Esq., General Counsel, PO Box 3484, Toledo, OH 43607-0484 |
| 9402483 | + | Kilbourne & Tully, P.C., Attn: Dean B. Kilbourne, Esq., 120 Laurel St., Bristol, CT 06010-5706 |
| 9402497 | + | Meriden Imaging Center, Attn: HARRY HAJEDEMOS, MD, 101 N Plains Industrial Rd., Bldg. 1A, Wallingford, CT 06492-2360 |
| 9402498 | | Orthopedic Associates of, Hartford Surgery Center LLC, Attn: PIETRO A. MEMMO MD, President, 150 Enterprise Dr Rocky Hill, CT 06067-3579 |
| 9402499 | + | Southington Family Dentistry, P.C., Attn: GINO A. BRINO, DMD, President, 954 S Main St., Plantsville, CT 06479-1645 |
| 9402489 | + | Town of Southington Tax Collector, P.O. Box 579, Southington, CT 06489-0579 |
| 9402502 | | Willcutts & Habib LLC, Attn: Michael J. Habib, Esq., 100 Pearl St., Fl. 14, Hartford, CT 06103-4500 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Jan 07 2026 18:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: bankruptcy@nairlevin.com | Jan 07 2026 18:31:00 | Credit Acceptance Corporation, c/o Law Offices of Nair & Levin, P.C., 707 Bloomfield Avenue, Bloomfield, CT 06002-2406 |
| 9402465 | ^ | MEBN | Jan 07 2026 18:28:29 | ADP, Inc., Attn: Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 9402492 | ^ | MEBN | Jan 07 2026 18:28:27 | AT&T/Direct TV, Attn: Michael Hartman, Esq., General Counsel, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 9405374 | | Email/Text: bnc@atlasacq.com | Jan 07 2026 18:31:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9402466 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 18:34:28 | American Express, World Financial Center, Attn: Laureen Seeger, Esq., General Counsel, 200 Vesey Street, New York, NY 10285-1000 |
| 9432864 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 18:34:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9402467 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 07 2026 18:32:00 | BARCLAYS, Attn: Mark Shelton, Esq., General Counsel, PO Box 8802, Wilmington, DE 19899-8802 |
| 9402469 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 07 2026 18:32:00 | CCS COLLECTIONS, Attn: STEVEN SANDS, 725 CANTON STREET, Norwood, MA |

Case 23-20091    Doc 105    Filed 01/09/26    Entered 01/10/26 00:20:35    Page 2 of 6

| District/off: 0205-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdfdoc1 | Total Noticed: 51 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 9402476 | | Email/Text: DRS.Bankruptcy@ct.gov | Jan 07 2026 18:31:00 | CT Department of Revenue Services, Bankruptcy Division, Attn: Pamela D. Calachan, 450 Columbus Blvd, Ste 1, Hartford, CT 06103-1837 |
| 9402503 | | Email/Text: denise.mondell@ct.gov | Jan 07 2026 18:32:00 | CT Office of the Attorney General, Attn: Bankruptcy Division, 165 Capitol Ave, Hartford, CT 06106 |
| 9402474 | | Email/Text: service@creditcenterinc.com | Jan 07 2026 18:31:00 | CREDIT CENTER, INC., Attn: Noel C. Roy II, President, 7 FINANCE DR., Danbury, CT 06810 |
| 9402468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2026 18:34:23 | Capital One Bank (USA), N.A., Attn: Matt Cooper, Esq., General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9402470 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 07 2026 18:34:32 | Chase, Attn: Stacey Friedman, Esq., General Counsel, PO Box 15123, Wilmington, DE 19850-5123 |
| 9402471 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2026 18:34:30 | CitiBank, Attn: Brent McIntosh, Esq., General Counsel, 701 E. 60th St., Sioux Falls, SD 57104-0432 |
| 9428675 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2026 18:34:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9402472 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2026 18:32:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 9403128 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 07 2026 18:32:00 | Credit Collection Service, Attn: STEVEN SANDS, PO Box 710, Norwood, MA 02062-0710 |
| 9402478 | | Email/Text: mrdiscen@discover.com | Jan 07 2026 18:31:00 | Discover Bank, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9402477 | + | Email/Text: mrdiscen@discover.com | Jan 07 2026 18:31:00 | Discover, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 9427595 | | Email/Text: mrdiscen@discover.com | Jan 07 2026 18:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 9402479 | ^ | MEBN | Jan 07 2026 18:27:57 | EASTERN ACCOUNT SYST, Attn: JOSEPH P. COURTNEY JR, President, 3 CORPORATE DR, Danbury, CT 06810-4166 |
| 9402493 | + | Email/Text: bankruptcynotices@eversource.com | Jan 07 2026 18:32:00 | Eversource, Attn: Greg Butler, Esq., General Counsel, 107 Selden Street, Berlin, CT 06037-1616 |
| 9402494 | ^ | MEBN | Jan 07 2026 18:28:18 | Fidelity Brokerage Services LLC, Attn: Jonathan Chiel, Esq., General Counsel, 900 Salem St., Smithfield, RI 02917-1243 |
| 9402481 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 07 2026 18:32:00 | GM FINANCIAL, Attn: Doug Johnson, Esq., Chief Legal Officer, PO Box 181145, Arlington, TX 76096-1145 |
| 9403129 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 07 2026 18:31:00 | I. C. System, Inc., Attn: Michelle Dove, Esq., General Counsel & CCO, PO Box 64378, Saint Paul, MN 55164-0378 |
| 9402482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2026 18:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9402485 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 18:34:29 | LVNV FUNDING LLC, Attn: Bankruptcy Dept., 55 BEATTIE PLACE, Greenville, SC 29601-2165 |
| 9430017 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 18:34:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9402484 | + | Email/Text: Bankruptcies@londonandlondon.com | Jan 07 2026 18:31:00 | London & London, Attn: Dora Richwine, Esq., 48 |

(first row continued from prior page) 02062-2679

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdfdoc1 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Christian Ln, Newington, CT 06111-5437 |
| 9402486 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2026 18:32:00 | MIDLAND CREDIT MANAGEMENT, INC., Attn: Addison Crawford, Esq., General Counsel, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 9446603 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2026 18:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9403130 | + | Email/Text: bankruptcy@nairlevin.com | Jan 07 2026 18:31:00 | Nair & Levin PC, Attn: Robert M. Levin, Esq., 707 Bloomfield Ave, Bloomfield, CT 06002-2406 |
| 9402487 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 07 2026 18:31:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 9403131 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 18:34:24 | Resurgent Capital Services, Attn: Compliance Department, PO Box 10497, Greenville, SC 29603-0497 |
| 9402488 | ^ | MEBN | Jan 07 2026 18:28:01 | SCHREIBER LAW LLC, Attn: Jeffrey A. Schreiber, Esq., 53 STILES ROAD, STE. A102, SALEM, NH 03079-2890 |
| 9402500 | + | Email/Text: secbankruptcy@sec.gov | Jan 07 2026 18:32:00 | U.S. Securities & Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-2001 |
| 9402490 | ^ | MEBN | Jan 07 2026 18:27:53 | UHG I LLC, Attn: Darren Turco, Manager, 6400 SHERIDAN DR., STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9402491 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 07 2026 18:34:23 | WELLS FARGO, Attn: Ellen Patterson, Esq., General Counsel, PO Box 10347, Des Moines, IA 50306-0347 |
| 9444742 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 07 2026 18:34:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| 9402475 | ##+ | Cross River Bank, Best Egg Personal Loans, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 9402480 | ##+ | EK REAL ESTATE FUND I LLC, Attn: Bankruptcy Dept., 111 W 33RD ST, # 1901, NEW YORK, NY 10001-2904 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2026         Signature:    /s/Gustava Winters

| District/off: 0205-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdfdoc1 | Total Noticed: 51 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony S. Novak | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Spec. Counsel Law Offices of Jeffrey Hellman  LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jennifer L. Joubert | on behalf of Creditor Bank of America  N.A. jjoubert@bglaw.com, mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com |
| Kelly A. Carden | on behalf of Creditor Bank of America  N.A. MLGBK@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Walter J. Onacewicz | on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com |

TOTAL: 10

**File an order :**

23-20091 Alan E. Waskowicz

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Hartford) |
| Assets: y | Debtor disposition: Standard Discharge | Judge: jjt |
| Case Flag: IFP | | |

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from gr entered on 1/7/2026 at 3:21 PM EST and filed on 1/7/2026
**Case Name:**        Alan E. Waskowicz
**Case Number:**      23-20091
**Document Number:** 102

**Docket Text:**
**SCHEDULING ORDER CONTINUING HEARING ON TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION.** A hearing on the Trustee's Final Report and Application for Compensation (the "TFR"), ECF No. 93, is currently scheduled for January 8, 2026, at 10:00 a.m. The Debtor has filed an Objection to the TFR and, contemporaneously, a Motion for Trustee to Abandon Property (the "Motion"), ECF No. 96, which Motion is scheduled to be heard in the ordinary course on February 5, 2026, at 10:00 a.m.

To promote judicial economy and ensure that related matters are heard together, it is hereby

**ORDERED:** That the hearing on the Trustee's Final Report and Application for Compensation, currently scheduled for January 8, 2026, at 10:00 a.m., is CONTINUED to February 5, 2026, at 10:00 a.m. at United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT. Signed by Judge James J. Tancredi on January 7, 2026. (gr)

The following document(s) are associated with this transaction:


**23-20091 Notice will be electronically mailed to:**

Kelly A. Carden on behalf of Creditor Bank of America, N.A.
MLGBK@ecf.courtdrive.com

Michael J. Habib on behalf of Debtor Alan E. Waskowicz
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Jeffrey Hellman on behalf of Plaintiff Anthony S. Novak
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Spec. Counsel Law Offices of Jeffrey Hellman, LLC
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Trustee Anthony S. Novak
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jennifer L. Joubert on behalf of Creditor Bank of America, N.A.

jjoubert@bglaw.com, mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com

Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

Anthony S. Novak on behalf of Trustee Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

Walter J. Onacewicz on behalf of Creditor Credit Acceptance Corporation
wonacewicz@nairlevin.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**23-20091 Notice will not be electronically mailed to:**

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510