**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 7 |
| **Alan E. Waskowicz** | Case No. 23-20091 |
| | Re: ECF No. 93 |
| Debtor. | |

**ORDER APPROVING COMPENSATION OF CHAPTER 7 TRUSTEE**

The Trustee's Final Report and Application for Compensation, ECF No. 93, after notice and a hearing held on February 5, 2025, upon a statement by the Office of the U.S. Trustee and in the absence of any objections; it is hereby

ORDERED that the Trustee's compensation in the amount of $3,895.00 and reimbursement of expenses in the amount of $45.56 be allowed, with payment to be made at the time of the distribution to creditors, if any.

Dated at Hartford, Connecticut this 6th day of February, 2026.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut