United States Bankruptcy Court
District of Connecticut

In re:                                                                                    Case No. 23-20091-jjt
Alan E. Waskowicz                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2                         User: admin                              Page 1 of 4
Date Rcvd: Feb 06, 2026                      Form ID: pdfdoc1                          Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| sp | + | Law Offices of Jeffrey Hellman, LLC, 195 Church Street, 10th Floor, New Haven, CT 06510-2009 |
| 9402501 | + | ALAN WASKOWICZ, 67 Little Fawn Rd, Southington, CT 06489-1736 |
| 9402495 | + | Hartford Hospital, Attn: David Mack, Esq., Chief Legal Officer, 80 Seymour Street, Hartford, CT 06102-8000 |
| 9402496 | + | Jefferson Radiology, Attn: Theresa Szymanski, Esq., General Counsel, PO Box 3484, Toledo, OH 43607-0484 |
| 9402483 | + | Kilbourne & Tully, P.C., Attn: Dean B. Kilbourne, Esq., 120 Laurel St., Bristol, CT 06010-5706 |
| 9402497 | + | Meriden Imaging Center, Attn: HARRY HAJEDEMOS, MD, 101 N Plains Industrial Rd., Bldg. 1A, Wallingford, CT 06492-2360 |
| 9402498 | | Orthopedic Associates of, Hartford Surgery Center LLC, Attn: PIETRO A. MEMMO MD, President, 150 Enterprise Dr Rocky Hill, CT 06067-3579 |
| 9402499 | + | Southington Family Dentistry, P.C., Attn: GINO A. BRINO, DMD, President, 954 S Main St., Plantsville, CT 06479-1645 |
| 9402489 | + | Town of Southington Tax Collector, P.O. Box 579, Southington, CT 06489-0579 |
| 9402502 | | Willcutts & Habib LLC, Attn: Michael J. Habib, Esq., Fl. 14, Hartford, CT 06103-4500 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Feb 06 2026 18:24:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: bankruptcy@nairlevin.com | Feb 06 2026 18:24:00 | Credit Acceptance Corporation, c/o Law Offices of Nair & Levin, P.C., 707 Bloomfield Avenue, Bloomfield, CT 06002-2406 |
| 9402465 | ^ | MEBN | Feb 06 2026 18:23:01 | ADP, Inc., Attn: Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 9402492 | ^ | MEBN | Feb 06 2026 18:22:55 | AT&T/Direct TV, Attn: Michael Hartman, Esq., General Counsel, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 9405374 | | Email/Text: bnc@atlasacq.com | Feb 06 2026 18:24:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9402466 | + | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 18:30:48 | American Express, World Financial Center, Attn: Laureen Seeger, Esq., General Counsel, 200 Vesey Street, New York, NY 10285-1000 |
| 9432864 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 18:30:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9402467 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2026 18:24:00 | BARCLAYS, Attn: Mark Shelton, Esq., General Counsel, PO Box 8802, Wilmington, DE 19899-8802 |
| 9402469 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 06 2026 18:24:00 | CCS COLLECTIONS, Attn: STEVEN SANDS, 725 CANTON STREET, Norwood, MA |

District/off: 0205-2

Date Rcvd: Feb 06, 2026

User: admin

Form ID: pdfdoc1

Page 2 of 4

Total Noticed: 51

| | | | |
|---|---|---|---|
| | | | 02062-2679 |
| 9402476 | | Email/Text: DRS.Bankruptcy@ct.gov | |
| | | Feb 06 2026 18:24:00 | CT Department of Revenue Services, Bankruptcy Division, Attn: Pamela D. Calachan, 450 Columbus Blvd, Ste 1, Hartford, CT 06103-1837 |
| 9402503 | | Email/Text: denise.mondell@ct.gov | |
| | | Feb 06 2026 18:24:00 | CT Office of the Attorney General, Attn: Bankruptcy Division, 165 Capitol Ave, Hartford, CT 06106 |
| 9402474 | | Email/Text: service@creditcenterinc.com | |
| | | Feb 06 2026 18:24:00 | CREDIT CENTER, INC., Attn: Noel C. Roy II, President, 7 FINANCE DR., Danbury, CT 06810 |
| 9402468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Feb 06 2026 18:30:48 | Capital One Bank (USA), N.A., Attn: Matt Cooper, Esq., General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9402470 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Feb 06 2026 18:30:48 | Chase, Attn: Stacey Friedman, Esq., General Counsel, PO Box 15123, Wilmington, DE 19850-5123 |
| 9402471 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Feb 06 2026 18:31:02 | CitiBank, Attn: Brent McIntosh, Esq., General Counsel, 701 E. 60th St., Sioux Falls, SD 57104-0432 |
| 9428675 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Feb 06 2026 18:31:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9402472 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Feb 06 2026 18:24:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 9403128 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Feb 06 2026 18:24:00 | Credit Collection Service, Attn: STEVEN SANDS, PO Box 710, Norwood, MA 02062-0710 |
| 9402478 | | Email/Text: mrdiscen@discover.com | |
| | | Feb 06 2026 18:24:00 | Discover Bank, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9402477 | + | Email/Text: mrdiscen@discover.com | |
| | | Feb 06 2026 18:24:00 | Discover, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 9427595 | | Email/Text: mrdiscen@discover.com | |
| | | Feb 06 2026 18:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 9402479 | ^ | MEBN | |
| | | Feb 06 2026 18:22:42 | EASTERN ACCOUNT SYST, Attn: JOSEPH P. COURTNEY JR, President, 3 CORPORATE DR, Danbury, CT 06810-4166 |
| 9402493 | + | Email/Text: bankruptcynotices@eversource.com | |
| | | Feb 06 2026 18:24:00 | Eversource, Attn: Greg Butler, Esq., General Counsel, 107 Selden Street, Berlin, CT 06037-1616 |
| 9402494 | ^ | MEBN | |
| | | Feb 06 2026 18:22:51 | Fidelity Brokerage Services LLC, Attn: Jonathan Chiel, Esq., General Counsel, 900 Salem St., Smithfield, RI 02917-1243 |
| 9402481 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
| | | Feb 06 2026 18:24:00 | GM FINANCIAL, Attn: Doug Johnson, Esq., Chief Legal Officer, PO Box 181145, Arlington, TX 76096-1145 |
| 9403129 | + | Email/Text: Bankruptcy@ICSystem.com | |
| | | Feb 06 2026 18:24:00 | I. C. System, Inc., Attn: Michelle Dove, Esq., General Counsel & CCO, PO Box 64378, Saint Paul, MN 55164-0378 |
| 9402482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Feb 06 2026 18:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9402485 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 06 2026 18:30:48 | LVNV FUNDING LLC, Attn: Bankruptcy Dept., 55 BEATTIE PLACE, Greenville, SC 29601-2165 |
| 9430017 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 06 2026 18:30:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9402484 | + | Email/Text: Bankruptcies@londonandlondon.com | |
| | | Feb 06 2026 18:24:00 | London & London, Attn: Dora Richwine, Esq., 48 |

| | | | |
|---|---|---|---|
| | | | Christian Ln, Newington, CT 06111-5437 |
| 9402486 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2026 18:24:00 | MIDLAND CREDIT MANAGEMENT, INC., Attn: Addison Crawford, Esq., General Counsel, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 9446603 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2026 18:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9403130 | + Email/Text: bankruptcy@nairlevin.com | Feb 06 2026 18:24:00 | Nair & Levin PC, Attn: Robert M. Levin, Esq., 707 Bloomfield Ave, Bloomfield, CT 06002-2406 |
| 9402487 | + Email/Text: bankruptcy@rubinrothman.com | Feb 06 2026 18:24:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 9403131 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2026 18:30:54 | Resurgent Capital Services, Attn: Compliance Department, PO Box 10497, Greenville, SC 29603-0497 |
| 9402488 | ^ MEBN | Feb 06 2026 18:22:43 | SCHREIBER LAW LLC, Attn: Jeffrey A. Schreiber, Esq., 53 STILES ROAD, STE. A102, SALEM, NH 03079-2890 |
| 9402500 | + Email/Text: secbankruptcy@sec.gov | Feb 06 2026 18:24:00 | U.S. Securities & Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-2001 |
| 9402490 | ^ MEBN | Feb 06 2026 18:22:41 | UHG I LLC, Attn: Darren Turco, Manager, 6400 SHERIDAN DR., STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9402491 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 06 2026 18:30:48 | WELLS FARGO, Attn: Ellen Patterson, Esq., General Counsel, PO Box 10347, Des Moines, IA 50306-0347 |
| 9444742 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 06 2026 18:30:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| 9402475 | ##+ | Cross River Bank, Best Egg Personal Loans, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 9402480 | ##+ | EK REAL ESTATE FUND I LLC, Attn: Bankruptcy Dept., 111 W 33RD ST, # 1901, NEW YORK, NY 10001-2904 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026                          Signature:        /s/Gustava Winters

District/off: 0205-2                          User: admin                                    Page 4 of 4
Date Rcvd: Feb 06, 2026                    Form ID: pdfdoc1                         Total Noticed: 51

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anthony S. Novak | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Spec. Counsel Law Offices of Jeffrey Hellman  LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jennifer L. Joubert | on behalf of Creditor Bank of America  N.A. jjoubert@bglaw.com, mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com |
| Kelly A. Carden | on behalf of Creditor Bank of America  N.A. MLGBK@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Walter J. Onacewicz | on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | **Chapter 7** |
| **Alan E. Waskowicz** | **Case No. 23-20091** |
| | **Re: ECF No. 93** |
| Debtor. | |

---

### ORDER APPROVING COMPENSATION OF CHAPTER 7 TRUSTEE

The Trustee's Final Report and Application for Compensation, ECF No. 93, after notice and a hearing held on February 5, 2025, upon a statement by the Office of the U.S. Trustee and in the absence of any objections; it is hereby

ORDERED that the Trustee's compensation in the amount of $3,895.00 and reimbursement of expenses in the amount of $45.56 be allowed, with payment to be made at the time of the distribution to creditors, if any.

Dated at Hartford, Connecticut this 6th day of February, 2026.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut