**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re: ALAN E. WASKOWICZ                  §        Case No. 23-20091
                                          §
                                          §
                                          §
                 Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Anthony S. Novak, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $127,852.28 *(without deducting any secured claims)* | Assets Exempt: $81,775.33 |
| Total Distributions to Claimants: $16,184.83 | Claims Discharged Without Payment: $213,983.65 |
| Total Expenses of Administration: $15,265.17 | |

3) Total gross receipts of $31,450.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $31,450.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $15,265.17 | $15,265.17 | $15,265.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $11,192.18 | $515.82 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $149,869.65 | $87,794.54 | $80,298.83 | $16,184.83 |
| **TOTAL DISBURSEMENTS** | $161,061.83 | $103,575.53 | $95,564.00 | $31,450.00 |

4) This case was originally filed under chapter 7 on 02/12/2023.  The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:        05/06/2026

By: /s/ Anthony S. Novak

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible fraudulent conveyance of real property | 1241-000 | $31,450.00 |
| **TOTAL GROSS RECEIPTS** | | **$31,450.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Anthony S. Novak | 2100-000 | NA | $3,895.00 | $3,895.00 | $3,895.00 |
| Trustee, Expenses - Anthony S. Novak | 2200-000 | NA | $45.56 | $45.56 | $45.56 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $132.43 | $132.43 | $132.43 |
| Attorney for Trustee Fees (Other Firm) - LAW OFFICES OF JEFFREY HELLMAN, LLC | 3210-000 | NA | $10,483.33 | $10,483.33 | $10,483.33 |
| Attorney for Trustee Expenses (Other Firm)  - LAW OFFICES OF JEFFREY HELLMAN, LLC | 3220-000 | NA | $708.85 | $708.85 | $708.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$15,265.17** | **$15,265.17** | **$15,265.17** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Town of Southington Tax Collector | 5800-000 | $0.00 | $515.82 | $0.00 | $0.00 |
| N/F | Department of Revenue Services | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Law Offices of Jeffrey Hellman LLC | 5600-000 | $11,192.18 | NA | NA | NA |
| N/F | Southington Tax Collector | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$11,192.18** | **$515.82** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $2,915.75 | $2,915.75 | $587.70 |
| 2 | Discover Bank | 7100-000 | $0.00 | $13,894.86 | $13,894.86 | $2,800.61 |
| 3 | Citibank, N.A. | 7100-000 | $0.00 | $4,358.28 | $4,358.28 | $878.44 |
| 4 | LVNV Funding, LLC | 7100-000 | $0.00 | $31,421.01 | $31,421.01 | $6,333.14 |
| 5 | Town of Southington Tax Collector | 7100-000 | $0.00 | $7,495.71 | $0.00 | $0.00 |
| 7 | American Express National Bank | 7100-000 | $0.00 | $1,680.40 | $1,680.40 | $338.70 |
| 8 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $6,550.69 | $6,550.69 | $1,320.34 |
| 9 | Midland Credit Management, Inc. | 7100-000 | $0.00 | $5,172.78 | $5,172.78 | $1,042.61 |
| 10 | Midland Credit Management, Inc. | 7100-000 | $0.00 | $9,553.31 | $9,553.31 | $1,925.54 |
| 11 | Midland Credit Management, Inc. | 7100-000 | $0.00 | $4,751.75 | $4,751.75 | $957.75 |
| N/F | American Express | 7100-000 | $1,680.00 | NA | NA | NA |
| N/F | BARCLAYS | 7100-000 | $2,470.00 | NA | NA | NA |
| N/F | BARCLAYS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BARCLAYS | 7100-000 | $9,553.31 | NA | NA | NA |
| N/F | CCS COLLECTIONS | 7100-000 | $425.00 | NA | NA | NA |
| N/F | CREDIT CENTER, INC. | 7100-000 | $15.00 | NA | NA | NA |
| N/F | CREDIT CENTER, INC. | 7100-000 | $15.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | CREDIT CENTER, INC. | 7100-000 | $13.00 | NA | NA | NA |
|-----|-----|-----|-----|-----|-----|-----|
| N/F | CREDIT CENTER, INC. | 7100-000 | $172.00 | NA | NA | NA |
| N/F | Capital One Bank (USA), N.A. | 7100-000 | $2,775.19 | NA | NA | NA |
| N/F | Chase | 7100-000 | $7,895.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $7,691.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $7,690.00 | NA | NA | NA |
| N/F | CitiBank | 7100-000 | $11,576.54 | NA | NA | NA |
| N/F | Discover | 7100-000 | $2,915.00 | NA | NA | NA |
| N/F | Discover Bank | 7100-000 | $13,894.86 | NA | NA | NA |
| N/F | EASTERN ACCOUNT SYST | 7100-000 | $851.00 | NA | NA | NA |
| N/F | Eversource | 7100-000 | $794.85 | NA | NA | NA |
| N/F | Fidelity Brokerage Services LLC | 7100-000 | $14,243.45 | NA | NA | NA |
| N/F | GM FINANCIAL | 7100-000 | $976.00 | NA | NA | NA |
| N/F | Hartford Hospital | 7100-000 | $172.00 | NA | NA | NA |
| N/F | I. C. System, Inc. | 7100-000 | $266.56 | NA | NA | NA |
| N/F | Jefferson Radiology | 7100-000 | $57.85 | NA | NA | NA |
| N/F | Kilbourne & Tully, P.C. | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | LVNV FUNDING LLC | 7100-000 | $31,421.00 | NA | NA | NA |
| N/F | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | $5,186.74 | NA | NA | NA |
| N/F | Meriden Imaging Center | 7100-000 | $757.28 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Orthopedic Associates of Hartford Surgery Center LLC | 7100-000 | $1,721.26 | NA | NA | NA |
| N/F | Southington Family Dentistry, P.C. | 7100-000 | $1,222.00 | NA | NA | NA |
| N/F | UHG I LLC | 7100-000 | $14,368.76 | NA | NA | NA |
| N/F | WELLS FARGO | 7100-000 | $6,550.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$149,869.65** | **$87,794.54** | **$80,298.83** | **$16,184.83** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  1

**Case No.:**   23-20091

**Case Name:**   ALAN E. WASKOWICZ

**For Period Ending:**   05/06/2026

**Trustee Name:**   (270060) Anthony S. Novak

**Date Filed (f) or Converted (c):**   02/12/2023 (f)

**§ 341(a) Meeting Date:**   03/13/2023

**Claims Bar Date:**   10/16/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2017 Ford Explorer | 18,138.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods | 1,300.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 1,100.00 | 0.00 | | 0.00 | FA |
| 4 | Fishing equipment, skiing equipment | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Firearms | 1,050.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | TD Bank account | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Fidelity 401k | 39,438.91 | 0.00 | | 0.00 | FA |
| 9 | Fidelity 403b | 26,993.37 | 0.00 | | 0.00 | FA |
| 10* | EK Real Estate (See Footnote) | 31,450.00 | 0.00 | | 0.00 | FA |
| 11 | 2021 federal tax refund | 3,951.00 | 0.00 | | 0.00 | FA |
| 12 | 2021 State tax refund | 2,831.00 | 0.00 | | 0.00 | FA |
| 13 | 2022 Federal and State tax refunds (u) | Unknown | 0.00 | | 0.00 | FA |
| 14* | Possible fraudulent conveyance of real property (u)<br>Value for reporting purposes only (See Footnote) | 31,450.00 | 31,450.00 | | 31,450.00 | FA |
| 15 | 2023 Tax Refunds (if any) (u) | Unknown | 0.00 | | 0.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$159,302.28** | **$31,450.00** | | **$31,450.00** | **$0.00** |

RE PROP# 10      SAME AS ASSET #14 - FRAUDULENT CONVEYANCE ADV. FILED

RE PROP# 14      (Same as asset #10)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  23-20091

**Case Name:**    ALAN E. WASKOWICZ

**For Period Ending:**   05/06/2026

**Trustee Name:**   (270060) Anthony S. Novak

**Date Filed (f) or Converted (c):**   02/12/2023 (f)

**§ 341(a) Meeting Date:**   03/13/2023

**Claims Bar Date:**   10/16/2023

**Major Activities Affecting Case Closing:**

READY FOR TDR WHEN ALL DISTRIBUTION CHECKS CLEAR AND RECEIVE ZERO BANK STATEMENT

9/8/25: Efile Motion to Compel Turnover of 2023 tax returns (2023 returns  provided. Withdrew motion to compel)

Amendment filed 7/11/25 found deficient by clerk's office.  Counsel did not revise

7/22/25: Email debtor's counsel re: copy of 2023 tax returns

7/17/25: 9019 granted

1/29/25: Complaint v. EK Real Estate/Easy Knock filed by Atty.Hellman. Adversary proceeding is pending in Bankruptcy Court.

1/28/25: Request status update from special counsel.

8/8/24: Request status update from special counsel

02/27/24: Request update from special counsel re: possible fraudulent conveyance of real property

07/19/23 Rec'd and reviewed 2022 tax returns.

05/30/23: Efile App to Appt Hellman(granted 6/30/23). Adv. Pro filed

05/18/23: Letter to URI

04/27/23: Draft App to Appt Hellman as special counsel

04/11/23: Email to Jeff Hellman re: interest in being appted special counsel re: Southington property, probate estate, etc

04/11/23: Request 2022 tax returns

Probate estate of Donald Waskowicz

**Initial Projected Date Of Final Report (TFR):**  10/30/2023

**Current Projected Date Of Final Report (TFR):**   09/30/2025 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

### Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 23-20091 | Trustee Name: | Anthony S. Novak (270060) |
|---|---|---|---|
| Case Name: | ALAN E. WASKOWICZ | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5966 | Account #: | ******1506 Checking |
| For Period Ending: | 05/06/2026 | Blanket Bond (per case limit): | $35,084,429.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/05/25 | {14} | LAW OFFICES OF JEFFREY HELLMAN, LLC | Fraudulent conveyance | 1241-000 | 31,450.00 | | 31,450.00 |
| 06/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.64 | 31,411.36 |
| 07/30/25 | 101 | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per court order allowing fees/expenses dated 7/17/25 | | | 11,192.18 | 20,219.18 |
| | | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per court order allowing fees dated 7/17/25 $10,483.33 | 3210-000 | | | |
| | | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per court order allowing expenses dated 7/17/25 $708.85 | 3220-000 | | | |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.38 | 20,163.80 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.41 | 20,125.39 |
| 02/17/26 | 102 | Anthony S. Novak | Combined trustee compensation & expense dividend payments. | | | 3,940.56 | 16,184.83 |
| | | Anthony S. Novak | Claims Distribution - Tue, 09-30-2025 $3,895.00 | 2100-000 | | | |
| | | Anthony S. Novak | Claims Distribution - Tue, 09-30-2025 $45.56 | 2200-000 | | | |
| 02/17/26 | 103 | Town of Southington Tax Collector | Distribution payment - Dividend paid at 100.00% of $515.82; Claim # 6; Filed: $515.82 Voided on 03/05/2026 | 5800-000 | | 515.82 | 15,669.01 |
| 02/17/26 | 104 | Discover Bank | Distribution payment - Dividend paid at 19.51% of $2,915.75; Claim # 1; Filed: $2,915.75 | 7100-000 | | 568.96 | 15,100.05 |
| 02/17/26 | 105 | Discover Bank | Distribution payment - Dividend paid at 19.51% of $13,894.86; Claim # 2; Filed: $13,894.86 | 7100-000 | | 2,711.36 | 12,388.69 |
| 02/17/26 | 106 | Citibank, N.A. | Distribution payment - Dividend paid at 19.51% of $4,358.28; Claim # 3; Filed: $4,358.28 | 7100-000 | | 850.45 | 11,538.24 |
| 02/17/26 | 107 | LVNV Funding, LLC | Distribution payment - Dividend paid at 19.51% of $31,421.01; Claim # 4; Filed: $31,421.01 | 7100-000 | | 6,131.30 | 5,406.94 |
| 02/17/26 | 108 | American Express National Bank | Distribution payment - Dividend paid at 19.51% of $1,680.40; Claim # 7; Filed: $1,680.40 | 7100-000 | | 327.90 | 5,079.04 |
| 02/17/26 | 109 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 19.51% of $6,550.69; Claim # 8; Filed: $6,550.69 | 7100-000 | | 1,278.26 | 3,800.78 |
| 02/17/26 | 110 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 19.51% of $5,172.78; Claim # 9; Filed: $5,172.78 | 7100-000 | | 1,009.38 | 2,791.40 |
| 02/17/26 | 111 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 19.51% of $9,553.31; Claim # 10; Filed: $9,553.31 | 7100-000 | | 1,864.17 | 927.23 |
| 02/17/26 | 112 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 19.51% of $4,751.75; Claim # 11; Filed: $4,751.75 | 7100-000 | | 927.23 | 0.00 |

Page Subtotals:     $31,450.00     $31,450.00

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 23-20091 | | Trustee Name: | Anthony S. Novak (270060) |
|---|---|---|---|---|
| Case Name: | ALAN E. WASKOWICZ | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5966 | | Account #: | ******1506 Checking |
| For Period Ending: | 05/06/2026 | | Blanket Bond (per case limit): | $35,084,429.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/05/26 | 103 | Town of Southington Tax Collector | Distribution payment - Dividend paid at 100.00% of $515.82; Claim # 6; Filed: $515.82 Voided: check issued on 02/17/2026 | 5800-000 | | -515.82 | 515.82 |
| 03/05/26 | 113 | Discover Bank | Distribution payment - Dividend paid at 0.64% of $2,915.75; Claim # 1; Filed: $2,915.75 | 7100-000 | | 18.74 | 497.08 |
| 03/05/26 | 114 | Discover Bank | Distribution payment - Dividend paid at 0.64% of $13,894.86; Claim # 2; Filed: $13,894.86 | 7100-000 | | 89.25 | 407.83 |
| 03/05/26 | 115 | Citibank, N.A. | Distribution payment - Dividend paid at 0.64% of $4,358.28; Claim # 3; Filed: $4,358.28 | 7100-000 | | 27.99 | 379.84 |
| 03/05/26 | 116 | LVNV Funding, LLC | Distribution payment - Dividend paid at 0.64% of $31,421.01; Claim # 4; Filed: $31,421.01 | 7100-000 | | 201.84 | 178.00 |
| 03/05/26 | 117 | American Express National Bank | Distribution payment - Dividend paid at 0.64% of $1,680.40; Claim # 7; Filed: $1,680.40 | 7100-000 | | 10.80 | 167.20 |
| 03/05/26 | 118 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 0.64% of $6,550.69; Claim # 8; Filed: $6,550.69 | 7100-000 | | 42.08 | 125.12 |
| 03/05/26 | 119 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 0.64% of $5,172.78; Claim # 9; Filed: $5,172.78 | 7100-000 | | 33.23 | 91.89 |
| 03/05/26 | 120 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 0.64% of $9,553.31; Claim # 10; Filed: $9,553.31 | 7100-000 | | 61.37 | 30.52 |
| 03/05/26 | 121 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 0.64% of $4,751.75; Claim # 11; Filed: $4,751.75 | 7100-000 | | 30.52 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 31,450.00 | 31,450.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 31,450.00 | 31,450.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $31,450.00 | $31,450.00 | |

## Form 2

### Cash Receipts And Disbursements Record

Exhibit 9

Page:  3

| | | |
|---|---|---|
| **Case No.:** 23-20091 | **Trustee Name:** | Anthony S. Novak (270060) |
| **Case Name:** ALAN E. WASKOWICZ | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***5966 | **Account #:** | ******1506 Checking |
| **For Period Ending:** 05/06/2026 | **Blanket Bond (per case limit):** | $35,084,429.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1506 Checking | $31,450.00 | $31,450.00 | $0.00 |
| | **$31,450.00** | **$31,450.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**