United States Bankruptcy Court

District of Connecticut

In re:                                                      Case No. 23-20091-jjt

Alan E. Waskowicz                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2                    User: admin                    Page 1 of 4

Date Rcvd: May 07, 2026                Form ID: pdfdoc1                Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| sp | + | Law Offices of Jeffrey Hellman, LLC, 195 Church Street, 10th Floor, New Haven, CT 06510-2009 |
| 9402501 | + | ALAN WASKOWICZ, 67 Little Fawn Rd, Southington, CT 06489-1736 |
| 9402495 | + | Hartford Hospital, Attn: David Mack, Esq., Chief Legal Officer, 80 Seymour Street, Hartford, CT 06102-8000 |
| 9402496 | + | Jefferson Radiology, Attn: Theresa Szymanski, Esq., General Counsel, PO Box 3484, Toledo, OH 43607-0484 |
| 9402483 | + | Kilbourne & Tully, P.C., Attn: Dean B. Kilbourne, Esq., 120 Laurel St., Bristol, CT 06010-5706 |
| 9402497 | + | Meriden Imaging Center, Attn: HARRY HAJEDEMOS, MD, 101 N Plains Industrial Rd., Bldg. 1A, Wallingford, CT 06492-2360 |
| 9402498 | | Orthopedic Associates of, Hartford Surgery Center LLC, Attn: PIETRO A. MEMMO MD, President, 150 Enterprise Dr Rocky Hill, CT 06067-3579 |
| 9402499 | + | Southington Family Dentistry, P.C., Attn: GINO A. BRINO, DMD, President, 954 S Main St., Plantsville, CT 06479-1645 |
| 9402489 | + | Town of Southington Tax Collector, P.O. Box 579, Southington, CT 06489-0579 |
| 9402502 | | Willcutts & Habib LLC, Attn: Michael J. Habib, Esq., 100 Pearl St., Fl. 14, Hartford, CT 06103-4500 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | May 07 2026 18:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: bankruptcy@nairlevin.com | May 07 2026 18:31:00 | Credit Acceptance Corporation, c/o Law Offices of Nair & Levin, P.C., 707 Bloomfield Avenue, Bloomfield, CT 06002-2406 |
| 9402465 | ^ | MEBN | May 07 2026 18:26:36 | ADP, Inc., Attn: Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 9402492 | ^ | MEBN | May 07 2026 18:26:54 | AT&T/Direct TV, Attn: Michael Hartman, Esq., General Counsel, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 9405374 | | Email/Text: bnc@atlasacq.com | May 07 2026 18:31:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9402466 | + | Email/PDF: bncnotices@becket-lee.com | May 07 2026 18:35:31 | American Express, World Financial Center, Attn: Laureen Seeger, Esq., General Counsel, 200 Vesey Street, New York, NY 10285-1000 |
| 9432864 | | Email/PDF: bncnotices@becket-lee.com | May 07 2026 18:35:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9402467 | | Email/Text: BarclaysBankDelaware@tsico.com | May 07 2026 18:31:00 | BARCLAYS, Attn: Mark Shelton, Esq., General Counsel, PO Box 8802, Wilmington, DE 19899-8802 |
| 9402469 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 07 2026 18:31:00 | CCS COLLECTIONS, Attn: STEVEN SANDS, 725 CANTON STREET, Norwood, MA |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 4 |
| Date Rcvd: May 07, 2026 | Form ID: pdfdoc1 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | | 02062-2679 |
| 9402476 | | Email/Text: DRS.Bankruptcy@ct.gov | |
| | | May 07 2026 18:31:00 | CT Department of Revenue Services, Bankruptcy Division, Attn: Pamela D. Calachan, 450 Columbus Blvd, Ste 1, Hartford, CT 06103-1837 |
| 9402503 | | Email/Text: denise.mondell@ct.gov | |
| | | May 07 2026 18:31:00 | CT Office of the Attorney General, Attn: Bankruptcy Division, 165 Capitol Ave, Hartford, CT 06106 |
| 9402474 | | Email/Text: service@creditcenterinc.com | |
| | | May 07 2026 18:31:00 | CREDIT CENTER, INC., Attn: Noel C. Roy II, President, 7 FINANCE DR., Danbury, CT 06810 |
| 9402468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | May 07 2026 18:35:25 | Capital One Bank (USA), N.A., Attn: Matt Cooper, Esq., General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9402470 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | May 07 2026 18:35:25 | Chase, Attn: Stacey Friedman, Esq., General Counsel, PO Box 15123, Wilmington, DE 19850-5123 |
| 9402471 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 07 2026 18:35:27 | CitiBank, Attn: Brent McIntosh, Esq., General Counsel, 701 E. 60th St., Sioux Falls, SD 57104-0432 |
| 9428675 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 07 2026 18:35:21 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9402472 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | May 07 2026 18:31:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 9403128 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | May 07 2026 18:31:00 | Credit Collection Service, Attn: STEVEN SANDS, PO Box 710, Norwood, MA 02062-0710 |
| 9402478 | | Email/Text: mrdiscen@discover.com | |
| | | May 07 2026 18:31:00 | Discover Bank, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9402477 | + | Email/Text: mrdiscen@discover.com | |
| | | May 07 2026 18:31:00 | Discover, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 9427595 | | Email/Text: mrdiscen@discover.com | |
| | | May 07 2026 18:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 9402479 | ^ | MEBN | |
| | | May 07 2026 18:26:24 | EASTERN ACCOUNT SYST, Attn: JOSEPH P. COURTNEY JR, President, 3 CORPORATE DR, Danbury, CT 06810-4166 |
| 9402493 | + | Email/Text: bankruptcynotices@eversource.com | |
| | | May 07 2026 18:31:00 | Eversource, Attn: Greg Butler, Esq., General Counsel, 107 Selden Street, Berlin, CT 06037-1616 |
| 9402494 | ^ | MEBN | |
| | | May 07 2026 18:26:43 | Fidelity Brokerage Services LLC, Attn: Jonathan Chiel, Esq., General Counsel, 900 Salem St., Smithfield, RI 02917-1243 |
| 9402481 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
| | | May 07 2026 18:31:00 | GM FINANCIAL, Attn: Doug Johnson, Esq., Chief Legal Officer, PO Box 181145, Arlington, TX 76096-1145 |
| 9403129 | + | Email/Text: Bankruptcy@ICSystem.com | |
| | | May 07 2026 18:31:00 | I. C. System, Inc., Attn: Michelle Dove, Esq., General Counsel & CCO, PO Box 64378, Saint Paul, MN 55164-0378 |
| 9402482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | May 07 2026 18:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9402485 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 07 2026 18:35:26 | LVNV FUNDING LLC, Attn: Bankruptcy Dept., 55 BEATTIE PLACE, Greenville, SC 29601-2165 |
| 9430017 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 07 2026 18:35:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9402484 | + | Email/Text: Bankruptcies@londonandlondon.com | |
| | | May 07 2026 18:31:00 | London & London, Attn: Dora Richwine, Esq., 48 |

| | | | |
|---|---|---|---|
| District/off: 0205-2 | | User: admin | Page 3 of 4 |
| Date Rcvd: May 07, 2026 | | Form ID: pdfdoc1 | Total Noticed: 51 |

|  |  |  |  |
|---|---|---|---|
| | | | Christian Ln, Newington, CT 06111-5437 |
| 9402486 | + Email/Text: bankruptcydpt@mcmcg.com | May 07 2026 18:31:00 | MIDLAND CREDIT MANAGEMENT, INC., Attn: Addison Crawford, Esq., General Counsel, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 9446603 | + Email/Text: bankruptcydpt@mcmcg.com | May 07 2026 18:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9403130 | + Email/Text: bankruptcy@nairlevin.com | May 07 2026 18:31:00 | Nair & Levin PC, Attn: Robert M. Levin, Esq., 707 Bloomfield Ave, Bloomfield, CT 06002-2406 |
| 9402487 | + Email/Text: bankruptcy@rubinrothman.com | May 07 2026 18:31:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 9403131 | + Email/PDF: resurgentbknotifications@resurgent.com | May 07 2026 18:35:26 | Resurgent Capital Services, Attn: Compliance Department, PO Box 10497, Greenville, SC 29603-0497 |
| 9402488 | ^ MEBN | May 07 2026 18:26:30 | SCHREIBER LAW LLC, Attn: Jeffrey A. Schreiber, Esq., 53 STILES ROAD, STE. A102, SALEM, NH 03079-2890 |
| 9402500 | + Email/Text: secbankruptcy@sec.gov | May 07 2026 18:31:00 | U.S. Securities & Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-2001 |
| 9402490 | ^ MEBN | May 07 2026 18:26:22 | UHG I LLC, Attn: Darren Turco, Manager, 6400 SHERIDAN DR., STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9402491 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | May 07 2026 18:35:25 | WELLS FARGO, Attn: Ellen Patterson, Esq., General Counsel, PO Box 10347, Des Moines, IA 50306-0347 |
| 9444742 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | May 07 2026 18:35:25 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| 9402475 | ##+ | Cross River Bank, Best Egg Personal Loans, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 9402480 | ##+ | EK REAL ESTATE FUND I LLC, Attn: Bankruptcy Dept., 111 W 33RD ST, # 1901, NEW YORK, NY 10001-2904 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026          Signature:          /s/Gustava Winters

District/off: 0205-2                     User: admin                                    Page 4 of 4
Date Rcvd: May 07, 2026                  Form ID: pdfdoc1                                Total Noticed: 51

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anthony S. Novak | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Spec. Counsel Law Offices of Jeffrey Hellman  LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jennifer L. Joubert | on behalf of Creditor Bank of America  N.A. jjoubert@mlg-defaultlaw.com, mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com |
| Kelly A. Carden | on behalf of Creditor Bank of America  N.A. MLGBK@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Steven E. Mackey | on behalf of U.S. Trustee U. S. Trustee steven.e.mackey@usdoj.gov |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Walter J. Onacewicz | on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com |

TOTAL: 11

ct 203                                                                                            04/2022

# United States Bankruptcy Court
## District of Connecticut

In re:

    Alan E. Waskowicz

                  Debtor*

Case Number:  23-20091

Chapter:      7

### NOTICE OF DEADLINE TO OBJECT
### TO THE TRUSTEE'S FINAL REPORT AND FINAL ACCOUNT

      **PLEASE TAKE NOTICE** that on May 6, 2026, Anthony S. Novak, the Chapter 7 Trustee, filed a "Chapter 7 Trustee's Final Account and Distribution Report", ECF No. 110, constituting the final report and final account required by Fed.R.Bankr.P. 5009(a), in which the Trustee certified that the Debtor's estate has been fully administered and requested that the Trustee be discharged.  ECF No. 110 is attached.

      **NOTICE IS FURTHER GIVEN** that any objection to the Chapter 7 Trustee's Final Report and Final Account pursuant to Fed.R.Bankr.P. 5009(a) must be filed with the Clerk's Office on or before June 8, 2026 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

      **NOTICE IS FURTHER GIVEN** that the Chapter 7 Trustee's Final Report and Final Account pursuant to Fed.R.Bankr.P. 5009(a) is available for inspection at any Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut.  You may also view the document on the Court's PACER system (**www.pacer.psc.uscourts.gov**).

Dated: May 7, 2026

Pietro Cicolini
Clerk of Court

    *Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: ALAN E. WASKOWICZ | § | Case No. 23-20091 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Anthony S. Novak, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned:  $127,852.28 | | Assets Exempt:  $81,775.33 |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants:  $16,184.83 | | Claims Discharged Without Payment:  $213,983.65 |
| Total Expenses of Administration:  $15,265.17 | | |

3) Total gross receipts of $31,450.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $31,450.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $15,265.17 | $15,265.17 | $15,265.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $11,192.18 | $515.82 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $149,869.65 | $87,794.54 | $80,298.83 | $16,184.83 |
| **TOTAL DISBURSEMENTS** | $161,061.83 | $103,575.53 | $95,564.00 | $31,450.00 |

4) This case was originally filed under chapter 7 on 02/12/2023.  The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    05/06/2026          By: /s/ Anthony S. Novak

                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible fraudulent conveyance of real property | 1241-000 | $31,450.00 |
| **TOTAL GROSS RECEIPTS** | | **$31,450.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Anthony S. Novak | 2100-000 | NA | $3,895.00 | $3,895.00 | $3,895.00 |
| Trustee, Expenses - Anthony S. Novak | 2200-000 | NA | $45.56 | $45.56 | $45.56 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $132.43 | $132.43 | $132.43 |
| Attorney for Trustee Fees (Other Firm) - LAW OFFICES OF JEFFREY HELLMAN, LLC | 3210-000 | NA | $10,483.33 | $10,483.33 | $10,483.33 |
| Attorney for Trustee Expenses (Other Firm) - LAW OFFICES OF JEFFREY HELLMAN, LLC | 3220-000 | NA | $708.85 | $708.85 | $708.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$15,265.17** | **$15,265.17** | **$15,265.17** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Town of Southington Tax Collector | 5800-000 | $0.00 | $515.82 | $0.00 | $0.00 |
| N/F | Department of Revenue Services | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Law Offices of Jeffrey Hellman LLC | 5600-000 | $11,192.18 | NA | NA | NA |
| N/F | Southington Tax Collector | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$11,192.18** | **$515.82** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $2,915.75 | $2,915.75 | $587.70 |
| 2 | Discover Bank | 7100-000 | $0.00 | $13,894.86 | $13,894.86 | $2,800.61 |
| 3 | Citibank, N.A. | 7100-000 | $0.00 | $4,358.28 | $4,358.28 | $878.44 |
| 4 | LVNV Funding, LLC | 7100-000 | $0.00 | $31,421.01 | $31,421.01 | $6,333.14 |
| 5 | Town of Southington Tax Collector | 7100-000 | $0.00 | $7,495.71 | $0.00 | $0.00 |
| 7 | American Express National Bank | 7100-000 | $0.00 | $1,680.40 | $1,680.40 | $338.70 |
| 8 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $6,550.69 | $6,550.69 | $1,320.34 |
| 9 | Midland Credit Management, Inc. | 7100-000 | $0.00 | $5,172.78 | $5,172.78 | $1,042.61 |
| 10 | Midland Credit Management, Inc. | 7100-000 | $0.00 | $9,553.31 | $9,553.31 | $1,925.54 |
| 11 | Midland Credit Management, Inc. | 7100-000 | $0.00 | $4,751.75 | $4,751.75 | $957.75 |
| N/F | American Express | 7100-000 | $1,680.00 | NA | NA | NA |
| N/F | BARCLAYS | 7100-000 | $2,470.00 | NA | NA | NA |
| N/F | BARCLAYS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BARCLAYS | 7100-000 | $9,553.31 | NA | NA | NA |
| N/F | CCS COLLECTIONS | 7100-000 | $425.00 | NA | NA | NA |
| N/F | CREDIT CENTER, INC. | 7100-000 | $15.00 | NA | NA | NA |
| N/F | CREDIT CENTER, INC. | 7100-000 | $15.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | CREDIT CENTER, INC. | 7100-000 | $13.00 | NA | NA | NA |
| N/F | CREDIT CENTER, INC. | 7100-000 | $172.00 | NA | NA | NA |
| N/F | Capital One Bank (USA), N.A. | 7100-000 | $2,775.19 | NA | NA | NA |
| N/F | Chase | 7100-000 | $7,895.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $7,691.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $7,690.00 | NA | NA | NA |
| N/F | CitiBank | 7100-000 | $11,576.54 | NA | NA | NA |
| N/F | Discover | 7100-000 | $2,915.00 | NA | NA | NA |
| N/F | Discover Bank | 7100-000 | $13,894.86 | NA | NA | NA |
| N/F | EASTERN ACCOUNT SYST | 7100-000 | $851.00 | NA | NA | NA |
| N/F | Eversource | 7100-000 | $794.85 | NA | NA | NA |
| N/F | Fidelity Brokerage Services LLC | 7100-000 | $14,243.45 | NA | NA | NA |
| N/F | GM FINANCIAL | 7100-000 | $976.00 | NA | NA | NA |
| N/F | Hartford Hospital | 7100-000 | $172.00 | NA | NA | NA |
| N/F | I. C. System, Inc. | 7100-000 | $266.56 | NA | NA | NA |
| N/F | Jefferson Radiology | 7100-000 | $57.85 | NA | NA | NA |
| N/F | Kilbourne & Tully, P.C. | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | LVNV FUNDING LLC | 7100-000 | $31,421.00 | NA | NA | NA |
| N/F | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | $5,186.74 | NA | NA | NA |
| N/F | Meriden Imaging Center | 7100-000 | $757.28 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Orthopedic Associates of Hartford Surgery Center LLC | 7100-000 | $1,721.26 | NA | NA | NA |
| N/F | Southington Family Dentistry, P.C. | 7100-000 | $1,222.00 | NA | NA | NA |
| N/F | UHG I LLC | 7100-000 | $14,368.76 | NA | NA | NA |
| N/F | WELLS FARGO | 7100-000 | $6,550.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$149,869.65** | **$87,794.54** | **$80,298.83** | **$16,184.83** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 23-20091
**Case Name:** ALAN E. WASKOWICZ

**For Period Ending:** 05/06/2026

**Trustee Name:** (270060) Anthony S. Novak
**Date Filed (f) or Converted (c):** 02/12/2023 (f)
**§ 341(a) Meeting Date:** 03/13/2023
**Claims Bar Date:** 10/16/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2017 Ford Explorer | 18,138.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods | 1,300.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 1,100.00 | 0.00 | | 0.00 | FA |
| 4 | Fishing equipment, skiing equipment | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Firearms | 1,050.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | TD Bank account | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Fidelity 401k | 39,438.91 | 0.00 | | 0.00 | FA |
| 9 | Fidelity 403b | 26,993.37 | 0.00 | | 0.00 | FA |
| 10* | EK Real Estate (See Footnote) | 31,450.00 | 0.00 | | 0.00 | FA |
| 11 | 2021 federal tax refund | 3,951.00 | 0.00 | | 0.00 | FA |
| 12 | 2021 State tax refund | 2,831.00 | 0.00 | | 0.00 | FA |
| 13 | 2022 Federal and State tax refunds (u) | Unknown | 0.00 | | 0.00 | FA |
| 14* | Possible fraudulent conveyance of real property (u)<br>Value for reporting purposes only (See Footnote) | 31,450.00 | 31,450.00 | | 31,450.00 | FA |
| 15 | 2023 Tax Refunds (if any) (u) | Unknown | 0.00 | | 0.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$159,302.28** | **$31,450.00** | | **$31,450.00** | **$0.00** |

RE PROP# 10     SAME AS ASSET #14 - FRAUDULENT CONVEYANCE ADV. FILED

RE PROP# 14     (Same as asset #10)

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  2

**Case No.:**   23-20091

**Case Name:**    ALAN E. WASKOWICZ

**For Period Ending:**   05/06/2026

**Trustee Name:**    (270060) Anthony S. Novak

**Date Filed (f) or Converted (c):**   02/12/2023 (f)

**§ 341(a) Meeting Date:**   03/13/2023

**Claims Bar Date:**   10/16/2023

**Major Activities Affecting Case Closing:**

READY FOR TDR WHEN ALL DISTRIBUTION CHECKS CLEAR AND RECEIVE ZERO BANK STATEMENT

9/8/25: Efile Motion to Compel Turnover of 2023 tax returns (2023 returns  provided. Withdrew motion to compel)

Amendment filed 7/11/25 found deficient by clerk's office.  Counsel did not revise

7/22/25: Email debtor's counsel re: copy of 2023 tax returns

7/17/25: 9019 granted

1/29/25: Complaint v. EK Real Estate/Easy Knock filed by Atty.Hellman. Adversary proceeding is pending in Bankruptcy Court.

1/28/25: Request status update from special counsel.

8/8/24: Request status update from special counsel

02/27/24: Request update from special counsel re: possible fraudulent conveyance of real property

07/19/23 Rec'd and reviewed 2022 tax returns.

05/30/23: Efile App to Appt Hellman(granted 6/30/23). Adv. Pro filed

05/18/23: Letter to URI

04/27/23: Draft App to Appt Hellman as special counsel

04/11/23: Email to Jeff Hellman re: interest in being appted special counsel re: Southington property, probate estate, etc

04/11/23: Request 2022 tax returns

Probate estate of Donald Waskowicz

**Initial Projected Date Of Final Report (TFR):**  10/30/2023      **Current Projected Date Of Final Report (TFR):**   09/30/2025 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 2

### Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 1

| Case No.: | 23-20091 | Trustee Name: | Anthony S. Novak (270060) |
|---|---|---|---|
| Case Name: | ALAN E. WASKOWICZ | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5966 | Account #: | ******1506 Checking |
| For Period Ending: | 05/06/2026 | Blanket Bond (per case limit): | $35,084,429.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/05/25 | {14} | LAW OFFICES OF JEFFREY HELLMAN, LLC | Fraudulent conveyance | 1241-000 | 31,450.00 | | 31,450.00 |
| 06/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.64 | 31,411.36 |
| 07/30/25 | 101 | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per court order allowing fees/expenses dated 7/17/25 | | | 11,192.18 | 20,219.18 |
| | | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per court order allowing fees dated 7/17/25 $10,483.33 | 3210-000 | | | |
| | | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per court order allowing expenses dated 7/17/25 $708.85 | 3220-000 | | | |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.38 | 20,163.80 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.41 | 20,125.39 |
| 02/17/26 | 102 | Anthony S. Novak | Combined trustee compensation & expense dividend payments. | | | 3,940.56 | 16,184.83 |
| | | Anthony S. Novak | Claims Distribution - Tue, 09-30-2025 $3,895.00 | 2100-000 | | | |
| | | Anthony S. Novak | Claims Distribution - Tue, 09-30-2025 $45.56 | 2200-000 | | | |
| 02/17/26 | 103 | Town of Southington Tax Collector | Distribution payment - Dividend paid at 100.00% of $515.82; Claim # 6; Filed: $515.82 Voided on 03/05/2026 | 5800-000 | | 515.82 | 15,669.01 |
| 02/17/26 | 104 | Discover Bank | Distribution payment - Dividend paid at 19.51% of $2,915.75; Claim # 1; Filed: $2,915.75 | 7100-000 | | 568.96 | 15,100.05 |
| 02/17/26 | 105 | Discover Bank | Distribution payment - Dividend paid at 19.51% of $13,894.86; Claim # 2; Filed: $13,894.86 | 7100-000 | | 2,711.36 | 12,388.69 |
| 02/17/26 | 106 | Citibank, N.A. | Distribution payment - Dividend paid at 19.51% of $4,358.28; Claim # 3; Filed: $4,358.28 | 7100-000 | | 850.45 | 11,538.24 |
| 02/17/26 | 107 | LVNV Funding, LLC | Distribution payment - Dividend paid at 19.51% of $31,421.01; Claim # 4; Filed: $31,421.01 | 7100-000 | | 6,131.30 | 5,406.94 |
| 02/17/26 | 108 | American Express National Bank | Distribution payment - Dividend paid at 19.51% of $1,680.40; Claim # 7; Filed: $1,680.40 | 7100-000 | | 327.90 | 5,079.04 |
| 02/17/26 | 109 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 19.51% of $6,550.69; Claim # 8; Filed: $6,550.69 | 7100-000 | | 1,278.26 | 3,800.78 |
| 02/17/26 | 110 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 19.51% of $5,172.78; Claim # 9; Filed: $5,172.78 | 7100-000 | | 1,009.38 | 2,791.40 |
| 02/17/26 | 111 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 19.51% of $9,553.31; Claim # 10; Filed: $9,553.31 | 7100-000 | | 1,864.17 | 927.23 |
| 02/17/26 | 112 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 19.51% of $4,751.75; Claim # 11; Filed: $4,751.75 | 7100-000 | | 927.23 | 0.00 |

Page Subtotals:      $31,450.00      $31,450.00

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

## Form 2
### Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| Case No.: | 23-20091 | |
| Case Name: | ALAN E. WASKOWICZ | |
| Taxpayer ID #: | **-***5966 | |
| For Period Ending: | 05/06/2026 | |

| | |
|---|---|
| Trustee Name: | Anthony S. Novak (270060) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******1506 Checking |
| Blanket Bond (per case limit): | $35,084,429.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/05/26 | 103 | Town of Southington Tax Collector | Distribution payment - Dividend paid at 100.00% of $515.82; Claim # 6; Filed: $515.82 Voided: check issued on 02/17/2026 | 5800-000 | | -515.82 | 515.82 |
| 03/05/26 | 113 | Discover Bank | Distribution payment - Dividend paid at 0.64% of $2,915.75; Claim # 1; Filed: $2,915.75 | 7100-000 | | 18.74 | 497.08 |
| 03/05/26 | 114 | Discover Bank | Distribution payment - Dividend paid at 0.64% of $13,894.86; Claim # 2; Filed: $13,894.86 | 7100-000 | | 89.25 | 407.83 |
| 03/05/26 | 115 | Citibank, N.A. | Distribution payment - Dividend paid at 0.64% of $4,358.28; Claim # 3; Filed: $4,358.28 | 7100-000 | | 27.99 | 379.84 |
| 03/05/26 | 116 | LVNV Funding, LLC | Distribution payment - Dividend paid at 0.64% of $31,421.01; Claim # 4; Filed: $31,421.01 | 7100-000 | | 201.84 | 178.00 |
| 03/05/26 | 117 | American Express National Bank | Distribution payment - Dividend paid at 0.64% of $1,680.40; Claim # 7; Filed: $1,680.40 | 7100-000 | | 10.80 | 167.20 |
| 03/05/26 | 118 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 0.64% of $6,550.69; Claim # 8; Filed: $6,550.69 | 7100-000 | | 42.08 | 125.12 |
| 03/05/26 | 119 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 0.64% of $5,172.78; Claim # 9; Filed: $5,172.78 | 7100-000 | | 33.23 | 91.89 |
| 03/05/26 | 120 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 0.64% of $9,553.31; Claim # 10; Filed: $9,553.31 | 7100-000 | | 61.37 | 30.52 |
| 03/05/26 | 121 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 0.64% of $4,751.75; Claim # 11; Filed: $4,751.75 | 7100-000 | | 30.52 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| COLUMN TOTALS | 31,450.00 | 31,450.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 31,450.00 | 31,450.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $31,450.00 | $31,450.00 | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

**Case No.:** 23-20091

**Case Name:** ALAN E. WASKOWICZ

**Taxpayer ID #:** **-***5966

**For Period Ending:** 05/06/2026

**Trustee Name:** Anthony S. Novak (270060)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** ******1506 Checking

**Blanket Bond (per case limit):** $35,084,429.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1506 Checking | $31,450.00 | $31,450.00 | $0.00 |
| | $31,450.00 | $31,450.00 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)