United States Bankruptcy Court

District of Connecticut

| | |
|---|---|
| In re: | Case No. 23-20091-jjt |
| Alan E. Waskowicz | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 09, 2026 | Form ID: fnldec | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan E. Waskowicz, 67 LITTLE FAWN RD, SOUTHINGTON, CT 06489-1736 |
| sp | + | Law Offices of Jeffrey Hellman, LLC, 195 Church Street, 10th Floor, New Haven, CT 06510-2009 |
| 9402501 | + | ALAN WASKOWICZ, 67 Little Fawn Rd, Southington, CT 06489-1736 |
| 9402495 | + | Hartford Hospital, Attn: David Mack, Esq., Chief Legal Officer, 80 Seymour Street, Hartford, CT 06102-8000 |
| 9402496 | + | Jefferson Radiology, Attn: Theresa Szymanski, Esq., General Counsel, PO Box 3484, Toledo, OH 43607-0484 |
| 9402483 | + | Kilbourne & Tully, P.C., Attn: Dean B. Kilbourne, Esq., 120 Laurel St., Bristol, CT 06010-5706 |
| 9402497 | + | Meriden Imaging Center, Attn: HARRY HAJEDEMOS, MD, 101 N Plains Industrial Rd., Bldg. 1A, Wallingford, CT 06492-2360 |
| 9402498 | | Orthopedic Associates of, Hartford Surgery Center LLC, Attn: PIETRO A. MEMMO MD, President, 150 Enterprise Dr Rocky Hill, CT 06067-3579 |
| 9402499 | + | Southington Family Dentistry, P.C., Attn: GINO A. BRINO, DMD, President, 954 S Main St., Plantsville, CT 06479-1645 |
| 9402489 | + | Town of Southington Tax Collector, P.O. Box 579, Southington, CT 06489-0579 |
| 9402502 | | Willcutts & Habib LLC, Attn: Michael J. Habib, Esq., 100 Pearl St., Fl. 14, Hartford, CT 06103-4500 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Jun 09 2026 18:40:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: bankruptcy@nairlevin.com | Jun 09 2026 18:40:00 | Credit Acceptance Corporation, c/o Law Offices of Nair & Levin, P.C., 707 Bloomfield Avenue, Bloomfield, CT 06002-2406 |
| 9402465 | ^ | MEBN | Jun 09 2026 18:38:58 | ADP, Inc., Attn: Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 9402492 | ^ | MEBN | Jun 09 2026 18:38:51 | AT&T/Direct TV, Attn: Michael Hartman, Esq., General Counsel, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 9405374 | | Email/Text: bnc@atlasacq.com | Jun 09 2026 18:40:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9402466 | + | Email/PDF: bncnotices@becket-lee.com | Jun 09 2026 18:49:16 | American Express, World Financial Center, Attn: Laureen Seeger, Esq., General Counsel, 200 Vesey Street, New York, NY 10285-1000 |
| 9432864 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2026 18:49:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9402467 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 09 2026 18:40:00 | BARCLAYS, Attn: Mark Shelton, Esq., General Counsel, PO Box 8802, Wilmington, DE 19899-8802 |
| 9402469 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 09 2026 18:41:00 | CCS COLLECTIONS, Attn: STEVEN SANDS, 725 CANTON STREET, Norwood, MA |

| | | | |
|---|---|---|---|
| | | | 02062-2679 |
| 9402476 | | Email/Text: DRS.Bankruptcy@ct.gov | |
| | | Jun 09 2026 18:40:00 | CT Department of Revenue Services, Bankruptcy Division, Attn: Pamela D. Calachan, 450 Columbus Blvd, Ste 1, Hartford, CT 06103-1837 |
| 9402503 | | Email/Text: denise.mondell@ct.gov | |
| | | Jun 09 2026 18:41:00 | CT Office of the Attorney General, Attn: Bankruptcy Division, 165 Capitol Ave, Hartford, CT 06106 |
| 9402474 | | Email/Text: service@creditcenterinc.com | |
| | | Jun 09 2026 18:40:00 | CREDIT CENTER, INC., Attn: Noel C. Roy II, President, 7 FINANCE DR., Danbury, CT 06810 |
| 9402468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jun 09 2026 18:49:26 | Capital One Bank (USA), N.A., Attn: Matt Cooper, Esq., General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9402470 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Jun 09 2026 18:49:13 | Chase, Attn: Stacey Friedman, Esq., General Counsel, PO Box 15123, Wilmington, DE 19850-5123 |
| 9402471 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 09 2026 18:49:30 | CitiBank, Attn: Brent McIntosh, Esq., General Counsel, 701 E. 60th St., Sioux Falls, SD 57104-0432 |
| 9428675 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 09 2026 18:49:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9402472 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jun 09 2026 18:40:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 9403128 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Jun 09 2026 18:41:00 | Credit Collection Service, Attn: STEVEN SANDS, PO Box 710, Norwood, MA 02062-0710 |
| 9402478 | | Email/Text: mrdiscen@discover.com | |
| | | Jun 09 2026 18:40:00 | Discover Bank, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9402477 | + | Email/Text: mrdiscen@discover.com | |
| | | Jun 09 2026 18:40:00 | Discover, Attn: Hope Mehlman, Esq., General Counsel, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 9427595 | | Email/Text: mrdiscen@discover.com | |
| | | Jun 09 2026 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 9402479 | ^ | MEBN | |
| | | Jun 09 2026 18:38:24 | EASTERN ACCOUNT SYST, Attn: JOSEPH P. COURTNEY JR, President, 3 CORPORATE DR, Danbury, CT 06810-4166 |
| 9402493 | + | Email/Text: bankruptcynotices@eversource.com | |
| | | Jun 09 2026 18:41:00 | Eversource, Attn: Greg Butler, Esq., General Counsel, 107 Selden Street, Berlin, CT 06037-1616 |
| 9402494 | ^ | MEBN | |
| | | Jun 09 2026 18:38:45 | Fidelity Brokerage Services LLC, Attn: Jonathan Chiel, Esq., General Counsel, 900 Salem St., Smithfield, RI 02917-1243 |
| 9402481 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
| | | Jun 09 2026 18:40:00 | GM FINANCIAL, Attn: Doug Johnson, Esq., Chief Legal Officer, PO Box 181145, Arlington, TX 76096-1145 |
| 9403129 | + | Email/Text: Bankruptcy@ICSystem.com | |
| | | Jun 09 2026 18:40:00 | I. C. System, Inc., Attn: Michelle Dove, Esq., General Counsel & CCO, PO Box 64378, Saint Paul, MN 55164-0378 |
| 9402482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jun 09 2026 18:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9402485 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 09 2026 18:49:20 | LVNV FUNDING LLC, Attn: Bankruptcy Dept., 55 BEATTIE PLACE, Greenville, SC 29601-2165 |
| 9430017 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 09 2026 18:49:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9402484 | + | Email/Text: Bankruptcies@londonandlondon.com | |
| | | Jun 09 2026 18:40:00 | London & London, Attn: Dora Richwine, Esq., 48 |

| District/off: 0205-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: fnldec | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Christian Ln, Newington, CT 06111-5437 |
| 9402486 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2026 18:41:00 | MIDLAND CREDIT MANAGEMENT, INC., Attn: Addison Crawford, Esq., General Counsel, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 9446603 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2026 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9403130 | + | Email/Text: bankruptcy@nairlevin.com | Jun 09 2026 18:40:00 | Nair & Levin PC, Attn: Robert M. Levin, Esq., 707 Bloomfield Ave, Bloomfield, CT 06002-2406 |
| 9402487 | + | Email/Text: bankruptcy@rubinrothman.com | Jun 09 2026 18:40:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 9403131 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 18:49:18 | Resurgent Capital Services, Attn: Compliance Department, PO Box 10497, Greenville, SC 29603-0497 |
| 9402488 | ^ | MEBN | Jun 09 2026 18:38:30 | SCHREIBER LAW LLC, Attn: Jeffrey A. Schreiber, Esq., 53 STILES ROAD, STE. A102, SALEM, NH 03079-2890 |
| 9402500 | + | Email/Text: secbankruptcy@sec.gov | Jun 09 2026 18:41:00 | U.S. Securities & Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-2001 |
| 9402490 | ^ | MEBN | Jun 09 2026 18:38:22 | UHG I LLC, Attn: Darren Turco, Manager, 6400 SHERIDAN DR., STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9402491 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 09 2026 18:49:15 | WELLS FARGO, Attn: Ellen Patterson, Esq., General Counsel, PO Box 10347, Des Moines, IA 50306-0347 |
| 9444742 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 09 2026 18:49:27 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| 9402475 | ##+ | Cross River Bank, Best Egg Personal Loans, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 9402480 | ##+ | EK REAL ESTATE FUND I LLC, Attn: Bankruptcy Dept., 111 W 33RD ST, # 1901, NEW YORK, NY 10001-2904 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026          Signature:          /s/Gustava Winters

District/off: 0205-2

User: admin

Page 4 of 4

Date Rcvd: Jun 09, 2026

Form ID: fnldec

Total Noticed: 51

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony S. Novak | AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com  ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Jeffrey Hellman | on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Spec. Counsel Law Offices of Jeffrey Hellman  LLC jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Plaintiff Anthony S. Novak jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jennifer L. Joubert | on behalf of Creditor Bank of America  N.A. jjoubert@mlg-defaultlaw.com, mboor@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;golah@bglaw.com |
| Kelly A. Carden | on behalf of Creditor Bank of America  N.A. MLGBK@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Debtor Alan E. Waskowicz mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Steven E. Mackey | on behalf of U.S. Trustee U. S. Trustee steven.e.mackey@usdoj.gov |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Walter J. Onacewicz | on behalf of Creditor Credit Acceptance Corporation wonacewicz@nairlevin.com |

TOTAL: 11

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 9, 2026

In re:

     Alan E. Waskowicz                             Case Number: 23−20091

     Debtor*                                       Chapter: 7

## FINAL DECREE, DISCHARGE OF TRUSTEE, CANCELLING TRUSTEE'S BOND, AND CLOSING THE CASE

        Pursuant to 11 U.S.C. § 350(a), and based on the record of this case, the Court concludes the estate of Alan E. Waskowicz has been fully administered.

        Pursuant to 11 U.S.C. § 554(c), unless the court orders otherwise, any property scheduled under 11 U.S.C. § 521(a)(1) not otherwise administered at the time of closing of a case is abandoned to the debtor and administered for purposes of 11 U.S.C. § 350. Accordingly, it is hereby

**ORDERED:** Anthony S. Novak is discharged as the Chapter 7 Trustee of the estate of Alan E. Waskowicz; and it is further

**ORDERED:** the Chapter 7 Trustee's bond as it applies to this case is cancelled unless otherwise ordered; and it is further

**ORDERED:** the Chapter 7 case of Alan E. Waskowicz is hereby closed.

Dated: June 9, 2026                                 BY THE COURT

                                         *James J. Tancredi*
                                      *United States Bankruptcy Judge*
                                      *District of Connecticut*

United States Bankruptcy Court                         Tel. (860) 240−3675
District of Connecticut                                 VCIS* (866) 222−8029
450 Main Street, 7th Floor                          * Voice Case Information System
Hartford, CT 06103                                    http://www.ctb.uscourts.gov
                                                Form fnldec − acj

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.